# United States District Court

DISTRICT OF **Massachusetts**

**SUMMONS IN A CIVIL ACTION**

Heather Kiernan

V.

Armored Motor Service of America, Inc., and
Francesco Ciambriello

CASE NUMBER: **04 10131 MLW**

TO: (Name and Address of Defendant) ARMORED MOTOR SERVICE OF AMERICA, INC.
RESIDENT AGENT: Robert N. Fratar, 1391 Main Street, Springfield, MA  01103

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)   William J. McLeod & Robert S. Messinger
Cutler McLeod, PC
77 Franklin Street
Boston, MA  02110

an answer to the complaint which is herewith served upon you, within ___20 (Twenty)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS

CLERK

BY DEPUTY CLERK

DATE   JAN 21 2004

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

February 12, 2004

I hereby certify and return that on 2/11/2004 at 11:05 am I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT & JURY TRIAL DEMAND W/CIVIL COVER SHEET in this action in the following manner: To wit, by delivering in hand to RES. AGENT ROBERT N. FRATAR FOR ARMORED MOTOR SERVICE OF AMERICA INC. at 1441 MAIN Street, 8TH FL. SPRINGFIELD, MA 01103 <>.Attestation X 1 ($5.00), Travel ($1.28), Basic Service Fee ($30.00), Mailing1 ($1.00) Total Charges $37.28

Deputy Sheriff JORGE DIAZ

_____
Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
            Date                Signature of Server

_____
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.