# United States District Court

DISTRICT OF Massachusetts

2004 FEB 17 A 11: 41

SUMMONS IN A CIVIL ACTION

Heather Kiernan

V.

Armored Motor Service of America, Inc. and Francesco Ciambriello

CASE NUMBER:

04 10131 MLW

TO: (Name and Address of Defendant)

FRANCESCO CIAMBRIELLO
242 Temi Road
Raynham, MA 02767

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

William J. McLeod, & Robert S. Messinger
Cutler McLeod, P.C.
77 Franklin Street
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ___20 (Twenty)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS

CLERK

BY DEPUTY CLERK

DATE: JAN 21 2004

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631

Bristol, ss.

February 11, 2004

I hereby certify and return that on 2/10/2004 at 03:15 pm I served a true and attested copy of the Summons and Complaint, Jury Demand Trial, CA Cover Sheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of Francesco Ciambriello, 242 Temi Road Raynham, MA 02767 and by mailing first class mail to the above-mentioned address on 2/10/2004. Copies ($4.00), Conveyance ($3.75), Travel ($16.00), Basic Service Fee ($20.00), Postage and Handling ($3.25), Attest Fee ($10.00) Total Charges $57.00

Deputy Sheriff Floyd, A. Teague

_____
Deputy Sheriff

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
           Date                      Signature of Server

_____
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.