UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEATHER KIERNAN,<br>   Plaintiff,<br><br>V<br><br>ARMORED MOTOR SERVICE<br>OF AMERICA, INC. and<br>FRANCESCO CIAMBRIELLO,<br>   Defendants. | Civil Action No: 04-10131-MLW |

## NOTICE OF APPEARANCE

Now comes David R. Ardito, who has been retained by Defendant, Francesco Ciambriello in the above-entitled matter, and hereby enters his appearance as legal counsel.

Dated: March 10, 2004

                Respectfully submitted,
                David R. Ardito,

                David R. Ardito, Esq.
                Bisio & Dupont Building
                228 County Street
                Attleboro, MA 02703-3534
                (508) 431-2222
                BBO# 630025

### Certificate of Service

I, David R. Ardito hereby certify that I have served a copy of the foregoing document to counsel for the Plaintiff by mailing first-class, postage pre-paid on this 10th day of March 2004 to William J. McLeod of Cutler McLeod, P.C. at 77 Franklin Street, Boston, MA 02110 and to counsel for co-defendant, AMSA by mailing first-class, postage pre-paid to Allison Romantz of Morgan, Brown & Joy, LLP to One Boston Place, Suite 1616, Boston, MA 02108-4472.

The Law Office of

## David R. Ardito

Telephone (508) 431-2222
Facsimile (508) 431-2211

Bisio & Dupont Building
228 County Street
Attleboro, Massachusetts
02703-3534

March 10, 2004

Clerk of Court
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02110.

**In Re**: Heather Kiernan v. Armored Motor Service of America, Inc. and Francesco Ciambriallo
Civil Action No: 04-10131-MLW

Dear Sir or Madam:

Enclosed herewith for filing with the Court, please find my Notice of Appearance for the above-entitled matter.

Thank you for your kind attention to this matter. Please do not hesitate to contact this office with any questions or concerns that you may have.

Very truly yours,

David R. Ardito

DRA/ld
Enclosure

cc:   William McLeod, Esq.
      Allison Romantz, Esq.