UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HEATHER KIERNAN )
)
Plaintiff, )
)
v. )  Civil Action No.: 04-10131MLW
)
ARMORED MOTOR SERVICE OF AMERICA, )
INC. and FRANCESCO CIAMBRIELLO )
)
Defendants. )

FILED
CLERK'S OFFICE
2004 JUN 16  P 12: 14
U.S. DISTRICT COURT
DISTRICT OF MASS.

### DEFENDANT ARMORED MOTOR SERVICE OF AMERICA, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE 7.1 AND LOCAL RULE 7.3

Pursuant to Federal Rule 7.1(A) and Local Rule 7.3(A), the Defendant Armored Motor Service of America, Inc. ("AMSA") hereby certifies that on July 1, 2003, AMSA sold all of its assets to Loomis, Fargo & Co. located at 2500 City West Boulevard, Houston, Texas 77042. Further, effective July 1, 2003, AMSA Amended its Certificate of Incorporation to reflect a name change from "Armored Motor Service of America, Inc." to "Victor Heights Holding Corp." Further, effective September 30, 2003, Victor Heights Holding Corp. merged with and was subsumed by "New Mallard, LLC" located at 101 Victor Heights Parkway, Victor, New York 14654.

Further, AMSA hereby certifies that New Mallard, LLC does not have a parent company, and no publicly held corporations own 10% or more of its stock.

          Respectfully submitted,

          ARMORED MOTOR SERVICE
          OF AMERICA, INC.

          By its attorneys,

June 15, 2004

          */s/ Karen E. Olson*
          Robert P. Joy
          Allison K. Romantz
          Karen E. Olson
          MORGAN, BROWN & JOY, LLP
          One Boston Place, Suite 1616
          Boston, MA 02108-4472
          (617) 523-6666

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above pleading was served upon Plaintiff's counsel of record, William J. McLeod, Cutler McLeod, P.C., 77 Franklin Street, Boston, MA 02110 and Defendant Francisco Ciambriello's counsel of record, David R. Ardito, 228 County Road, Attleboro, MA 02703, by first class mail, postage prepaid on this 15th day of June, 2004.

        */s/ Karen E. Olson*
        Karen E. Olson

MR. TU CHAN TRAN
REGISTER NUMBER  27234-086
CCA/EDEN DETENTION CENTER
POST OFFICE BOX 605
EDEN, TEXAS 76837-0605

DEFENDANT - PETITIONER IN PROPRIA PERSONA

FILED
IN CLERKS OFFICE
2004 JUN 16  P 12: 19
U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, § § § Plaintiff - Respondent, § § v. § CASE NO. 97-10295-MLW § TU CHAN TRAN, § § Defendant - Petitioner, § § | |

DEFENDANT - PETITIONER'S NOTICE OF CHANGE OF ADDRESS

TO:  THE CLERK OF THE COURT AND COUNSEL FOR THE PLAINTIFF - RESPONDENT:

Notice is hereby respectfully given of the Defendant - Petitioner's change of address, to wit:

Defendant - Petitioner's **old** address was:

    MR. TU CHAN TRAN
    REGISTER NUMBER  27234-086
    FEDERAL CORRECTIONAL INSTITUTION
    POST OFFICE BOX 7000, UNIT  F
    TEXARKANA, TEXAS  75505-7000

Defendant - Petitioner's **NEW ADDRESS** is:

    MR. TU CHAN TRAN
    REGISTER NUMBER  27234-086
    CCA/EDEN DETENTION CENTER
    POST OFFICE BOX 605
    EDEN, TEXAS 76837-0605

Please correct your records accordingly. Thank you.

Respectfully submitted this 14th day of June, 2004:

FILED
IN OFFICE
2004 JUN 16 P 12: 19
U.S. DISTRICT COURT
DISTRICT OF MASS.

_____
TU CHAN TRAN, DEFENDANT - PETITIONER


### CERTIFICATE OF SERVICE

I, Tu Chan Tran, hereby certify that on this date I did serve a true and correct copy of the foregoing/attached document, **Defendant - Petitioner's Notice of Change of Address**, on the attorney for the Plaintiff - Respondent, by placing said copy into a preaddressed first class U.S. Mail envelope with sufficient postage properly affixed thereon and mailing the same to:

> UNITED STATES ATTORNEY'S OFFICE
> DISTRICT OF MASSACHUSETTS
> ATTN: A.U.S.A. JAMES D. HERBERT
> UNITED STATES COURTHOUSE
> SUITE 9200
> 1 COURTHOUSE WAY
> BOSTON, MASSACHUSETTS  02210

the last known address.

Executed this 14th day of June, 2004:

_____
TU CHAN TRAN

-2-