UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HEATHER KIERNAN

    Plaintiff,

-v-

CIVIL NO. 04-10131 RBC

ARMORED MOTOR SERVICE OF
AMERICA, INC.,

    Defendant.

## CERTIFICATION
### Local Rule 16.1(D)(3)

The undersigned hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation in this matter, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rules of the United States District Court for the District of Massachusetts.

| Plaintiff's Counsel | Plaintiff |
|---|---|
| *[signature]*<br>William J. McLeod, BBO No. 560572<br>Cutler McLeod, P.C.<br>77 Franklin Street<br>Boston, MA 02110<br>(617) 695-2777 | *[signature]*<br>Heather Kiernan |
| DATED: 8/9/04 | DATED: 8-6-04 |