# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEATHER KIERNAN,  Plaintiff, | ) ) ) ) ) ) |
| v. | ) Civil Action No.: 04-10131MLW ) |
| ARMORED MOTOR SERVICE OF AMERICA, INC. and FRANCESCO CIAMBRIELLO  Defendants. | ) ) ) ) ) ) |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to United States District Court for the District of Massachusetts Local Rule 16.1(D)(3), Armored Motor Service of America, Inc. (hereinafter "AMSA" or "Defendant") and its counsel, hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation. In addition, Defendant and its counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs.

                                                Respectfully submitted,

                                                ARMORED MOTOR SERVICE
                                                OF AMERICA, INC.

Dated: September 27, 2004

                                                ___s/ Michael Bucci_____
'                                              NAME: Michael Bucci
                                                TITLE: President

and

                                                Its Attorneys,

September 27, 2004                        ____s/ Karen E. Olson_____
                                                Allison K. Romantz (BBO #554909)
                                                Karen E. Olson  (BBO# 633179)
                                                MORGAN, BROWN & JOY, LLP
                                                One Boston Place, Suite 1616
                                                Boston, MA 02108-4472
                                                (617) 523-6666

## CERTIFICATE OF SERVICE

     I hereby certify that a courtesy copy of the above pleading was served upon Plaintiff's counsel of record, William J. McLeod, Cutler McLeod, P.C., 77 Franklin Street, Boston, MA 02110 and upon Defendant Francisco Ciambriello's counsel of record, David R. Ardito, 228 County Road, Attleboro, MA  02703, by first class mail, postage prepaid on this 27th day of September, 2004.

                                                _s/ Karen E. Olson_____
                                                Karen E. Olson