UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HEATHER KIERNAN,

    Plaintiff,

-v-

CIVIL NO. 04-10131 RBC

ARMORED MOTOR SERVICE OF
AMERICA, INC., ET AL.

    Defendant.

### NOTICE OF FIRM NAME CHANGE

TO THE CLERK:

The undersigned hereby gives notice that the undersigned has changed contact information as reflected below.

Respectfully submitted:

DATED:    September 22, 2004

William J. McLeod, BBO # 560572
McLeod Law Offices, P.C.
77 Franklin Street
Boston, MA 02110
(617) 542-2956

### Certificate of service

I hereby certify that a true copy of this document was served on all counsel and/or pro se parties of record via U.S. Mail today, September 22, 2004.

William J. McLeod