UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HEATHER KIERNAN

Plaintiff,

-v-                                                    CIVIL NO.  04-10131 RBC

ARMORED MOTOR SERVICE OF
AMERICA, INC., ET AL.

Defendant.

## JOINT STATEMENT OF THE PARTIES
## PURSUANT TO LOCAL RULE 16.1(D)

Pursuant to Rule 16.1(D) of the Local Rules of the United States District

Court for the District of Massachusetts, the parties in the above-captioned matter

submit the following Joint Statement.

I.      **The parties propose that the agenda at the scheduling conference include the following proposed schedule:**

   a.    Voluntary Disclosures (Rule 26(a)(1)):    On or before October 6, 2004;

   b.    Deadline to Amend Pleadings:  May 1, 2005;

   c.    All written discovery served by (including request for admissions):  July 1, 2005;

   d.    Discovery Completed by (including depositions, written discovery, and motions thereunder):  August 31, 2005;

   e.    Rule 26(a)(2)(B) Expert Disclosure by Plaintiff:  June 15, 2005

   f.    Rule 26(a)(2)(B) Expert Disclosure by Defendants:  July 15, 2005

   g.    Expert Depositions, if any, completed:  August 31, 2005.

   h.    Dispositive Motions Filed:  October 7, 2005;

1

i.    Pretrial Date:  On or about December 2005.

II.   **Other Matters**

a.    The parties have conferred and will consent to a trial by a
magistrate judge.

b.    A written settlement proposal has been presented by Plaintiff to
Defendants, and defense counsel will be prepared to respond to
the proposal at the Scheduling Conference.

c.    Certifications required under Local Rule 16(D)(3) were previously
filed with the Court, with copies being sent to the parties.

Respectfully submitted,

HEATHER KIERNAN

By her Attorney,

_____
William J. McLeod, BBO #560572
McLeod Law Offices, PC
77 Franklin Street – 2rd Floor
Boston, MA  02110
Phone: 617-542-2956

Francesco Ciambriello

By his Attorney,

_____
David R. Ardito, BBO #630025
Bisio and Dupont Building
228 County Street
Attleboro, MA  02703
508-431-2222

Dated:     September 22, 2004

ARMORED MOTOR SERVICE OF
AMERICA, INC.

By its Attorneys,

_____
Allison K. Romantz
Morgan, Brown & Joy, LLP
One Boston Place
Boston, MA  02108
Phone: 617-523-6666

2