# United States District Court
# District of Massachusetts

HEATHER KIERNAN,
    Plaintiff,

v.                     CIVIL ACTION NO. 04-10131-RBC

ARMORED MOTOR SERVICE
    OF AMERICA, INC.,
FRANCESCO CIAMBRIELLO,
    Defendants.

## SCHEDULING ORDER - RULE 16(b), FED. R. CIV. P.

COLLINGS, U.S.M.J.

    The Court enters the within Scheduling Order pursuant to Rule 16(b), Fed. R. Civ. P.

    (1)    All automatic disclosures must be COMPLETED *on or before the close of business on Wednesday, October 20, 2004.*

    (2)    Initial set(s) of interrogatories and requests for production of documents as between the plaintiff and the defendant Ciambriello must be served *on or before the close of business on Wednesday, December 15, 2004;*

responses, answers and/or objections shall be served *within the time provided by the Federal Rules.*

(3)  All other non-expert discovery shall be filed and/or served *on or before the close of business on Tuesday, May 24, 2005* and *COMPLETED on or before the close of business on Thursday, June 30, 2005.*

(4)  Counsel shall report for a further scheduling conference on *Wednesday, February 16, 2005 at 10:30 A.M.* at Courtroom #14 (5th floor), John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.  At said conference, the Court should hear counsel as to (a) the status of discovery, (b) whether the case should be sent to mediation, (c) whether expert witness will be called at trial, and (d) if so, what the schedule for expert discovery should be, and (e) any dispositive motions which are contemplated, and if any are, a schedule for the filing of pleadings relative to the motions.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

October 7, 2004.