UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HEATHER KIERNAN

        Plaintiff,

v.

ARMORED MOTOR SERVICE OF AMERICA, INC. and FRANCESCO CIAMBRIELLO

        Defendants.

Civil Action No.: 04-10131MLW

## LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to United States District Court for the District of Massachusetts Local Rule 16.1(D)(3), Armored Motor Service of America, Inc. (hereinafter "AMSA" or "Defendant") and its counsel, hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation. In addition, Defendant and its counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs.

Respectfully submitted,

ARMORED MOTOR SERVICE
OF AMERICA, INC.

Dated: September 27, 2004

/s/ Michael Bucci

NAME: Michael Bucci
TITLE: President

and

September 27, 2004

Its Attorneys,

Allison K. Romantz (BBO #554909)
Karen E. Olson (BBO# 633179)
MORGAN, BROWN & JOY, LLP
One Boston Place, Suite 1616
Boston, MA 02108-4472
(617) 523-6666

## CERTIFICATE OF SERVICE

I hereby certify that a courtesy copy of the above pleading was served upon Plaintiff=s counsel of record, William J. McLeod, Cutler McLeod, P.C., 77 Franklin Street, Boston, MA 02110 and upon Defendant Francisco Ciambriello's counsel of record, David R. Ardito, 228 County Road, Attleboro, MA 02703, by first class mail, postage prepaid on this ~~27th~~ 1st day of ~~September,~~ October 2004.

Karen E. Olson