AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Heather Kiernan
v.
Armored Motor

## APPEARANCE

Case Number: 04-10131-RBC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for defendant Armored Motor Services of America

I certify that I am admitted to practice in this court.

Oct. 6, 2004
Date

Signature

Laurence J. Donoghue — 130140
Print Name — Bar Number

Morgan Brown & Joy
One Boston Place
Address

Boston MA 02108
City State Zip Code

(617) 523-6666 (617) 367-3125
Phone Number Fax Number

10/6/04