UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HEATHER KIERNAN,

    Plaintiff,

-v-

CIVIL NO. 04 CV 10131 RBC

ARMORED MOTOR SERVICE
OF AMERICA, INC. and
FRANCESCO CIABRIELLO,

    Defendants.

## PLAINTIFF HEATHER KIERNAN'S CONSOLIDATED RESPONSE TO THE OBJECTION OF THE BRISTOL COUNTY DISTRICT ATTORNEY TO THE SUBPOENA ON THE KEEPER OF THE RECORDS, AND HER OPPOSITION TO ITS MOTION FOR PROTECTIVE ORDER

The Plaintiff hereby responds to the objection of the Bristol County District Attorney's Offices and Opposes the Motion for Protective Order. As grounds in support, the Plaintiff, by and through her counsel, respectfully represents:

1. The District Attorney's Offices has not met its burden that the subject matter sought to be inquired into and the documents sought fall under any privilege;

A memorandum of law in support of her Opposition is filed herewith and incorporated herein.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule Plaintiff requests a hearing in the event the Court deems it helpful in ruling on this issue.

1

WHEREFORE, the Plaintiff respectfully requests that the Objection of the Bristol County District Attorney be OVERRULED and its Motion for Protective Order be DENIED.

Respectfully submitted,

THE PLAINTIFF,
Heather Kiernan,
By her attorney:

DATED: November 9, 2004

William J. McLeod, BBO 560572
McLeod Law Offices, PC
77 Franklin Street
Boston, MA 02110
(617) 542-2956

## CERTIFCATE OF SERVICE

I hereby certify that on November 9, 2004, a true and complete copy of this document was served via first class mail upon:

Robert P. Joy
Allison K. Romantz
Morgan, Brown & Joy LLP
One Boston Place
Boston, MA 02108

David R. Ardito
Bisio and Dupont Building
228 County Street
Attleboro, MA 02703

William R. Connolly
Assistant District Attorney, Bristol District
P.O. Box 973
888 Purchase Street
New Bedford, MA 02741

William J. McLeod