# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**HEATHER KIERNAN,**
    **Plaintiff,**

    **v.**

**ARMORED MOTOR SERVICE**
**OF AMERICA, INC., et al,**
    **Defendants.**

**CIVIL ACTION NO:**
**04-10131-RBC**

## NOTICE OF MOTION HEARING

Please take notice that a **HEARING** on **MOTION OF BRISTOL COUNTY DISTRICT ATTORNEY, a non-party, FOR PROTECTIVE ORDER (#23)** has been scheduled in the above-entitled case for **Tuesday, December 28, 2004 at 11:30 A.M.** at Courtroom #14, 5th Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210 before Robert B. Collings, United States Magistrate Judge.

                                                **ROBERT B. COLLINGS**
                                                **United States Magistrate Judge**

                                                **/s/ Kathleen M. Dolan**
                                                **Deputy Clerk**
                                                **(617) 748-9229**

Dated: December 20, 2004.

Notice Sent to:
Messrs. David Ardito, Laurence Donoghue, Robert Joy, Karen Olson, Allison Romantz, William Connolly, William McLeod

Case 1:04-cv-10131-RBC    Document 31    Filed 12/20/2004    Page 2 of 2