# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**HEATHER KIERNAN,**
    **Plaintiff,**

                                              **CIVIL ACTION NO:**
    **v.**                                          **04-10131-RBC**

**ARMORED MOTOR SERVICE**
**OF AMERICA, INC., et al,**
    **Defendants.**

## RE-NOTICE OF MOTION HEARING

Please take notice that a **HEARING** on the following motions has been scheduled in the above-entitled case for **Wednesday, December 29, 2004 at 11:00 A.M.** at Courtroom #14, 5th Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210 before Robert B. Collings, United States Magistrate Judge:

1)     **MOTION OF BRISTOL COUNTY DISTRICT ATTORNEY, a non-party, FOR PROTECTIVE ORDER (#23) (re-scheduled from December 28, 2004); and**
2)     **PLAINTIFF'S CONSOLIDATED MOTION TO COMPEL DEPOSITION OF KEEPER OF RECORDS OF HARTFORD INSURANCE COMPANY AND MOTION FOR SANCTIONS (#29).**

                                                      **ROBERT B. COLLINGS**
                                                      **United States Magistrate Judge**

                                                      **/s/ Kathleen M. Dolan**
                                                      **Deputy Clerk**
                                                      **(617) 748-9229**

Dated: December 23, 2004.

Notice Sent to:

Messrs. David Ardito, Laurence Donoghue, Robert Joy, Karen Olson, Allison Romantz, William Connolly, William McLeod, Stacy Kegan, Esquire, and Legal Department at The Hartford Insurance Company