# United States District Court
# District of Massachusetts

HEATHER KIERNAN,
    Plaintiff,

V.                               CIVIL ACTION NO. 2004-10131-RBC

ARMORED MOTOR SERVICE
    OF AMERICA, INC.,
FRANCESCO CIAMBRIELLO,
    Defendants.

## *ORDER ON MOTION FOR PROTECTIVE ORDER (#23)*

COLLINGS, U.S.M.J.

    After hearing, it is ORDERED that the Motion for Protective Order (#23) be, and the same hereby is, DENIED. At the deposition, the deponent may invoke the protections of the work-product doctrine not to answer all or part of particular questions if the answers would require the revelation of protected information.

    Since it is the alleged victim of sexual abuse who seeking information about an investigation into her complaints of sexual abuse, it is ORDERED that information and materials otherwise subject to production and/or disclosure at

the deposition NOT be withheld from production and/or disclosure on the grounds set for in G.L. c. 41, § 97D and G.L. c. 265, § 24C.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date: December 29, 2004.