# United States District Court
# District of Massachusetts

HEATHER KIERNAN,
    Plaintiff,

V.                        CIVIL ACTION NO. 2004-10131-RBC

ARMORED MOTOR SERVICE
    OF AMERICA, INC.,
FRANCESCO CIAMBRIELLO,
    Defendants.

## ORDER ON OBJECTIONS TO SUBPOENA DUCES TECUM (#22)

COLLINGS, U.S.M.J.

After hearing, the Court takes the following action on the Objections (#22) filed by the Bristol County District Attorney's Office to the subpoena *duces tecum* served upon it by plaintiff:

Objection #1 - OVERRULED

Objections ## 2 & 3 -   The objections are SUSTAINED. The materials are clearly protected by the work-product doctrine, and since there are no facts contained on the documents which are not contained in the transcript of the hearing in the New Bedford Superior Court on August 25, 2003, the plaintiff has failed to demonstrate sufficient need for the

        materials to warrant their production.

Objection # 4 - SUSTAINED

Objection # 5 - WITHDRAWN

Objections ##  6 & 7 - SUSTAINED.

SO ORDERED.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

Date:  January 3, 2005.