UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEATHER KIERNAN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ARMORED MOTOR SERVICE OF AMERICA, )<br>INC. and FRANCESCO CIAMBRIELLO )<br>)<br>Defendants. )<br>) | Civil Action No.: 04-10131 |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that as of December 24, 2004, the address for Defendant Armored Motor Service of America's counsel in the above-entitled action will be:

Allison K. Romantz, Esq.
Laurence Donoghue, Esq.
Morgan, Brown & Joy, LLP
200 State Street
Boston, MA 02109
T: (617) 523-6666
F: (617) 367-3125

Respectfully submitted,

_____
Allison Romantz
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, MA 02109
617 523-6666

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above pleading was served upon Plaintiff's counsel of record, William J. McLeod, McLeod Law Office, 77 Franklin Street, Boston, MA 02110 and Defendant Francisco Ciambriello's counsel of record, David R. Ardito, 7 North Main Street, Bates Building, Suite 215A, Attleboro, MA 02703, by first class mail, postage prepaid on this 12th day of January, 2005.

_____
Allison Romantz