
**McLeod Law Offices**
A Professional Corporation

March 1, 2005

The Hon. Robert B. Collings, U.S.M.J.
U.S. District Court - District of Massachusetts
One Courthouse Way, Suite 6420
Boston, MA 02210

    RE:    Kiernan v. Armored Motor Service of America, Inc.
               Civil No. 04-10131 RBC

Dear Honorable Sir:

    Pursuant to your order of February 24, 2005, the Plaintiff wishes to have the deponent, the Hartford Insurance Company appear at the office of Plaintiff's counsel on Tuesday, March 29, 2005 at 10:00 a.m.

    Thank you for your time and attention to this important matter.

                                       Very truly yours,
                                       McLeod Law Offices, PC

                                       William J. McLeod

WJM
cc:    Allison Romantz, counsel for the Defendant AMSA
        David Aridito, counsel for the Defendant Ciambriello

                                                     ROBERT B. COLLINGS
                                                     MAGISTRATE JUDGE

                                                           MAR    2005

                                                    UNITED STATES DISTRICT COURT
                                                          BOSTON MASSACHUSETTS