The Law Office of

# *David R. Ardito*

Telephone  (508) 431-2222
Facsimile (508) 431-2211
E-Mail: drardito@aol.com

Bates Building
7 North Main Street, Suite 215A
Attleboro, Massachusetts 02703

March 24, 2005

United States District Court
United States Courthouse, Suite 2300
One Courthouse Way
Boston, MA 02210

**In Re: Heather Kiernan v. Armored Motor Service of America, Inc. and Francesco Ciambriello**
       **Civil Action No: 04-10313-MLW**

Dear Sir or Madam:

This office represents Mr. Francesco Ciambriello in the above-referenced matter. Enclosed herewith for filing with the Court, please find Motion of Defendant's Counsel for Protective Order as to Notice of Deposition; Rule 9A Statement of Reasons; and Rule 9A Request for Hearing. I ask if you would kindly mark same up for hearing in your Court for March 31, 2005.

Thank you for your kind attention and anticipated assistance in this matter.

Very truly yours,

David R. Ardito

DRA/ld
enclosure

cc:    William McLeod, Esq.
       Allison Romantz, Esq.