# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 MAR 25 P 12: 12
U.S. DISTRICT
DISTRICT OF MASS

| | |
|---|---|
| HEATHER KIERNAN, )<br>Plaintiff, )<br> )<br>V )<br> )<br>ARMORED MOTOR SERVICE )<br>OF AMERICA, INC. and )<br>FRANCESCO CIAMBRIELLO, )<br>Defendants. ) | Civil Action No: 04-10313-MLW |

## MOTION OF DEFENDANT'S COUNSEL FOR
## PROTECTIVE ORDER AS TO NOTICE OF DEPOSITION;
## RULE 9A STATEMENT OF REASONS; RULE 9A REQUEST FOR HEARING

Pursuant to Fed..R. Civ. P.26(c), David R. Ardito hereby moves this Honorable Court to enter a protective order as to his Notice of Deposition currently scheduled for April 8, 2005 at 10:00 a.m.

## RULE 9A STATEMENT OF REASONS

As grounds for this Motion, David R. Ardito states (1) He was Counsel of Record for Defendant, Francesco Ciambriello in the Bristol County Superior Court Criminal Matter and (2) He is Counsel of Record for the Defendant, Francesco Ciambriello in the matter at hand and (3) There is a Client/Attorney Privilege.

## RULE 9A REQUEST FOR HEARING

David R. Ardito, counsel for the Defendant, Francesco Ciambriello, respectfully requests that, unless the Court sees fit to allow its motion sua sponte, the Court permit him to be heard on ***March 31, 2005 at 9:00 a.m*** or as soon thereafter as the Court's calendar will permit.

Dated: March 24, 2005

Respectfully submitted,
David R. Ardito,

*[signature]*

David R. Ardito, Esq.
Bates Building, Suite #215A
7 North Main Street
Attleboro, MA 02703
508-431-2222
BBO# 630025

## Certificate of Service

I, David R. Ardito, hereby certify that I have served the foregoing Motion to all interested

parties by mailing first-class, postage pre-paid on this 24th day of March 2005 as follows:

*[signature]*

William McLeod
Cutler & McLeod
77 Franklin Street
Boston, MA 02110

Allison Romantz
Morgan, Brown & Joy, LLP
200 State Street
Boston, MA 02109