# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

HEATHER KIERNAN,
    Plaintiff,

V.

ARMORED MOTOR SERVICE
OF AMERICA, INC. and
FRANCESCO CIAMBRIELLO,
    Defendants.

CIVIL ACTION NO:
04-10131-RBC

## *NOTICE OF TELEPHONE CONFERENCE*

Please take notice that a Telephonic Hearing on **Motion of Defendant's Counsel for Protective Order as to Deposition Notice (#42)** in the above-entitled case has been scheduled for **Thursday, March 31, 2005 at 2: 00 P.M.** in Courtroom #14, 5th floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210 before Robert B. Collings, United States Magistrate Judge.

                         **ROBERT B. COLLINGS**
                         **United States Magistrate Judge**

                         *Kathleen M. Dolan*
                         **Deputy Clerk**
                         **(617) 748-9229**

March 28, 2005

Notice sent to:
Messrs. Ardito, Donaghue, Joy, McLeod, Olson, Romantz, Connolly