# Exhibit A

CERTIFIED ORIGINAL
LEGALINK BOSTON

```
                                           1

1                                VOLUME:  I

2                                PAGES:   1 to 114

3                                EXHIBITS: 1 to 7

4            UNITED STATES DISTRICT COURT

5            DISTRICT OF MASSACHUSETTS

6    - - - - - - - - - - - - - - - - - x

7    HEATHER KIERNAN,

8                 Complainant,

9         v.                     Civil Action

10                               No. 10131MLW

11   ARMORED MOTOR SERVICES OF

12   AMERICA, INC.,

13                Respondent.

14   - - - - - - - - - - - - - - - - - x

15

16

17            DEPOSITION OF JASON J. KHOURY

18                   March 2, 2005

19                    10:10 a.m.

20                 Gillette Corporation

21                  One Gillette Park

22              South Boston, Massachusetts

23

24       Reporter:  Karen A. Interbartolo, RPR
```

1    APPEARANCES:

2

3        MCLEOD LAW OFFICES

4        By William J. McLeod, Esquire

5        77 Franklin Street

6        Boston, Massachusetts 02110

7        (617) 695-2777

8        Counsel for the Complainant

9

10       MORGAN, BROWN & JOY, LLP

11       By Laurence J. Donoghue, Esquire

12       200 State Street

13       Boston, Massachusetts 02109-2605

14       (617) 523-6666

15       Counsel for the Respondent Armored Motor Services

16       of America, Inc.

17

18

19

20

21

22

23

24

1                       I N D E X

2    EXAMINATION OF:                                    PAGE

3    JASON J. KHOURY

4

5       Direct Examination by Mr. McLeod                4

6       Cross-Examination by Mr. Donoghue               96

7       Redirect Examination by Mr. McLeod              100

8

9

10                      E X H I B I T S

11   No.                                                Page

12

13   1        Applicant Reference Check/                18

14            Verbal

15   2        AMSA Written Reference Form               22

16   3        Memorandum dated 3/15/01                  26

17   4        Authorization Form                        28

18   5        Introductory Period Memorandum            30

19            dated 4/16/01

20   6        Handwritten Letter dated                  62

21            8/17/01

22   7        Letter dated 2/20/03                      67

23

24   *Original exhibits retained by Mr. McLeod.

```
                                                              4
1              P R O C E E D I N G S
2
3                   JASON J. KHOURY
4
5  having been satisfactorily identified and duly sworn by
6  the Notary Public, was examined and testified as
7  follows:
8
9                   DIRECT EXAMINATION
10 BY MR. MCLEOD:
11      Q.   Could you state your name for the record?
12      A.   Jason Khoury.
13      Q.   Mr. Khoury, my name is Bill McLeod.  I
14 represent Heather Kiernan in a case that she's brought
15 against Armored Motor Services of America and Francesco
16 Ciambriello.
17           I'm going to be asking you some questions
18 today.  You're under oath.  You need to give me verbal
19 answers.  The court reporter can't take down shakes of
20 the head or anything like that.
21           You're going to have an opportunity to review
22 your deposition transcript and make whatever changes.
23 Is that something that you'd like to do?
24      A.   Yes.
```

1  Q. Who let the people in the door?
2  A. It would have been the dispatcher in the
3  vault or operations manager in the vault at that time
4  would have had to buzz them in.
5  Q. And that would have been videotaped, right?
6  A. Yes, it would have.
7  Q. And the people leaving that day would have
8  also been videotaped?
9  A. Yes.
10  Q. Where were they physically in the building
11  when they were viewing the tapes?
12  A. In the video room.
13  Q. Which is that really small room you were
14  testifying about before?
15  A. The real tiny room near the manager's room,
16  yes.
17  Q. You said about three people could fit in
18  there, right?
19  A. Very tight, yes.
20  Q. How many people were in there?
21  A. Eddie, the DA, and the other attorney, three.
22  Q. The DA, was it a male or female?
23  A. Male.
24  Q. And was he physically carrying the tapes

1   when -- was he carrying the tapes in his hand or did he
2   have them in his hand when he arrived?
3       A.   Somebody had an envelope with them, a manila
4   envelope, yes. I don't know who was carrying them.
5       Q.   Were they little cassettes?
6       A.   No, big VHS cassettes.
7       Q.   How many tapes were there?
8       A.   Three. I think there were there.
9       Q.   But the police had left with six?
10      A.   Yes.
11      Q.   And how long were they there viewing the
12  tapes?
13      A.   Maybe a half hour.
14      Q.   Were there any other meetings or discussions
15  or anything like that at the time?
16      A.   Other than saying hello to them and good-bye,
17  Eddie O'Brien brought them in, viewed the tapes, and
18  escorted them out and left with them. So there was no
19  meeting, no.
20      Q.   Left with them who?
21      A.   Ardito and the district attorney.
22      Q.   They all left at the same time?
23      A.   Yes.
24      Q.   Neither Ardito nor the district attorney hung

```
 1   around?
 2       A.   No.
 3       Q.   And Mr. O'Brien didn't hang around?
 4       A.   I don't think so, no.
 5       Q.   And was anything left behind that you can
 6   recall?
 7       A.   No.
 8       Q.   When they left the building, would they have
 9   had to have signed out?
10       A.   No.
11       Q.   How long were they there?
12       A.   About a half hour.
13       Q.   And at some point did you come to learn that
14   tapes were missing?
15       A.   Yes.
16       Q.   How soon after that day?
17       A.   I want to say maybe like a month after or a
18   couple of weeks or so.
19       Q.   How did you come to learn they were missing?
20       A.   I got a phone call from someone, whether it
21   was Doug Wilson or Eddie O'Brien.  Somebody called me.
22   I don't remember who.  It might have even been the
23   detective.  I don't know -- Yes, it was.  I'm sorry.  I
24   remember him calling asking if I had the tapes.  And I
```