# Exhibit B



(508) 431-2222
FAX (508) 431-2211

THE LAW OFFICE OF

*David R. Ardito*

BISIO & DUPONT BUILDING
228 COUNTY STREET
ATTLEBORO, MASSACHUSETTS
02703-3534

February 20, 2003

Armored Motor Services of America
Attention: Jay Kory
41 Walton Street
Attleboro, MA 02703

In Re: Commonwealth v. Francesco Ciambriello

Dear Mr. Kory:

As you know, this office represents Mr. Francesco Ciambriello relative to the above-mentioned matter. Through counsel I have requested a copy of the video tape from the time that the alleged victim (Heather Kiernan) checked into the building to the time she checked out of the building on the date of the alleged incident.

I ask at this time that you kindly provide this office with same as soon as possible, as I am due into court on behalf of my client very soon.

Thank you for your kind attention to this matter. Please do not hesitate to contact this office with any questions or concerns that you may have relative to same.

Very truly yours,

David R. Ardito, Esq.

DRA/ld

A0003