# Exhibit D

THIS LETTER IS JUST TO CONFIRM THAT DETECTIVE OTRANDO HAS TAPES D, E, AND F FROM 5-19-01 AND HE HAS REQUESTED TAPES A, B, AND C FOR THAT DAY AS WELL.

DETECTIVE OTRANDO IS NOW IN POSSESSION OF ALL 6 VIDEO TAPES FROM 5-19-01 A-F #20

DETECTIVE John A Otrando 8/17/01

BRANCH MANAGER

DATE

A0004

# Exhibit E

D → "I'm not Gou In there"
#16
#13  # Hans Appas  WASTE

F → 17:33:49  CAme Her to office
       25
  → 17:40:37
     • Left office

   17:34:02 → In office

— "I'm not Gou in there" D
left onto                              D
West St  #16
          Date →13
(across Sturdy Rd.)

(4th)
right on North
Ave —
across Hayward field

17:54

# Exhibit F

To: Abreu, Christopher (BRI)
Subject: RE: Ciambriello rape screening

thanks chris....i'll check it out. jeanne

-----Original Message-----
From: Abreu, Christopher (BRI)
Sent: Monday, June 17, 2002 1:36 PM
To: Veenstra, Jeanne (BRI)
Subject: FW: Ciambriello rape screening

Ms. Veenstra, Check out the Attleboro file, I think I had written a memo. about my visit. Let me know. I also know that the facility still has tapes of the incident. Like I said, It will take some time though to go through them.

-----Original Message-----
From: Markey, Christopher (BRI)
Sent: Monday, June 17, 2002 12:39 PM
To: Abreu, Christopher (BRI); Saunders, Christopher (BRI)
Subject: FW: Ciambriello rape screening

This is the one -- please see if you two can get together and help out Ms. veenstra

-----Original Message-----
From: Veenstra, Jeanne (BRI)
Sent: Thursday, June 13, 2002 12:37 PM
To: Markey, Christopher (BRI)
Subject: Ciambriello rape screening

Hi Chris - SOOOO SORRY TO BOTHER YOU ........ but no choice.....this is the alleged adult workplace rape at the armored car facility. There were apparently some in house surveillance cameras which caught some activity of V & D. I am trying to locate the tapes and Det. Otrando said he forwarded them to you. I know we never had them with our district court file because C. Abreu actullay went to the facility to view them with defense counsel. Otrando is adamant that you had them. I know you have cleared out of here and given me a number of other tapes for other cases and this is not one of them. Can you just let me know what you recall. (I also note that your screening file had a copy of a GJ summons to the facility requiring the production of those tapes to the GJ for mid last summer - ....ring any bells...any ideas ?? SORRRRY AGAIN>    Jeanne

CTS thought there was a tape
Check ATDC file / office