**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HEATHER KIERNAN,<br><br>    **Plaintiff,**<br><br><br>        **v.**<br><br>ARMORED MOTOR SERVICES OF<br>AMERICA, INC.  and FRANCISCO<br>CIAMBRIELLO,<br><br>    **Defendants.** | **Civil Action No. 10131** |

**JOINT STATUS REPORT**

Pursuant to the Court's Order on August 16, 2005, the parties hereby submit the following status report:

I.    <u>Mediation</u>

All parties have agreed to participate in a mediation.  The parties are in the process of

exchanging the names of mediators and anticipate that a mutually acceptable

mediator will be selected by the parties by October 31, 2005 and that a mediation will

be held by December 31, 2005.

II.    <u>Discovery</u>

Discovery closed on September 2, 2005.  At the status conference held on August 16,

2005, the Court directed that Defendants would be permitted to re-open the

depositions of Plaintiff and John Kiernan outside of the discovery period for the

purpose of questioning these witnesses on the multiple restraining orders that had

been filed by Plaintiff against John Kiernan and by John Kiernan against Plaintiff.

The restraining orders were produced by Plaintiff to Defendant in August pursuant to a Court Order compelling their production.

The continued deposition of John Kiernan occurred on October 3, 2005.  Based on information Defendant learned from John Kiernan at that deposition, Defendant now believes it is necessary to take the depositions of Kathy Demers and Daniels Demers, the Plaintiff's parents and sought to have Plaintiff's assent to a motion to allow these depositions to proceed outside the close of discovery.  Plaintiff indicated that she would not assent and objects to these individuals being deposed outside the discovery period (as well as on the basis of relevancy).  Defendant AMSA intends to file an unassented to motion with the Court seeking permission to take those depositions.

The continued deposition of Heather Kiernan has not yet been scheduled.  The delay in scheduling her deposition has been conflicts in counsels' schedules.  The

parties anticipate that Plaintiff's continued deposition will be scheduled and

completed by the end of November.

                                                    Respectfully submitted,


HEATHER KIERNAN,                                    ARMORED MOTOR SERVICES
                                                    OF AMERICA,

By her attorney,                                    By its attorney,



_____/s/ William McLeod_____                        _____/s/ Allison Romantz____
William J. McLeod                                   Allison K. Romantz
McLeod Law Offices P.C.                             MORGAN, BROWN & JOY LLP
77 Franklin Street                                  200 State Street
Boston, MA 02110                                    Boston, MA  02109
(617) 542-2956                                      (617) 523-6666



                                                    FRANCISCO CIAMBRIELLO,

                                                    By his attorney,



                                                    _____/s/ David Ardito_____
                                                    David Ardito
                                                    Law Office of David A. Ardito
                                                    Bates Building
                                                    7 North Main Street, Suite 215A
                                                    Attleboro, MA 02702


3

4