UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

HEATHER KIERNAN

        Plaintiff,

-v-                                    CIVIL NO.  04-10131 RBC

ARMORED MOTOR SERVICE OF
AMERICA, INC., ET AL.

        Defendant.

_____

## **STATUS REPORT**

Pursuant to the Court's order of October 21, 2005, the parties hereby present this status report on the above captioned matter:

The parties have scheduled private mediation to take place on December 8, 2005.

Respectfully submitted,

| HEATHER KIERNAN | ARMORED MOTOR SERVICE OF AMERICA, INC. |
|---|---|
| By her Attorney, | By its Attorneys, |
| /s/ William J. McLeod | /s/ Allison K. Romantz |
| William J. McLeod, BBO #560572 | Allison K. Romantz, BBO #554909 |
| McLeod Law Offices, PC | Morgan, Brown & Joy, LLP |
| 77 Franklin Street – 2nd Floor | One Boston Place |
| Boston, MA  02110 | Boston, MA  02108 |
| Phone: 617-542-2956 | Phone: 617-523-6666 |

1

Francesco Ciambriello

By his Attorney,


/s/ David R. Ardito
David R. Ardito, BBO #630025
Bisio and Dupont Building
228 County Street
Attleboro, MA  02703
Phone 508-431-2222

Dated:    November 22, 2005