**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **HEATHER KIERNAN,**<br><br>    **Plaintiff,**<br><br>                       **v.**<br><br>**ARMORED MOTOR SERVICES OF AMERICA, INC. and FRANCISCO CIAMBRIELLO,**<br><br>    **Defendants.** | **Civil Action No. 10131** |

**TRANSMITTAL AFFIDAVIT OF ALLISON K. ROMANTZ**

I, Allison K. Romantz, hereby depose and state as follows, based on my personal knowledge:

1. I am an attorney at Morgan, Brown & Joy LLP and am one of the counsel for Defendant Armored Motor Services of America, Inc. ("AMSA") in the above referenced matter.

2. Attached hereto at Tab 1 is a true and accurate copy of the Declaration of Michael Bucci.

3. Attached hereto at Tab 2 is a true and accurate copy of excerpts from the deposition transcript of Jason Khoury.

4. Attached hereto at Tab 3 is a true and accurate copy of excerpts from the deposition transcript of Francesco Ciambriello.

5. Attached hereto at Tab 4 is a true and accurate copy of the Declaration of Jason Khoury.

6. Attached hereto at Tab 5 is a true and accurate copy of excerpts from the deposition transcript of Heather Kiernan.

7. Attached hereto at Tab 6 is a true and accurate copy of Heather Kiernan's Acknowledgement of Receipt of AMSA's sexual harassment policy which was maintained in Ms. Kiernan's personnel file by AMSA in the ordinary

1

        course of its business operation.

8. Attached hereto at Tab 7 is a true and accurate copy of AMSA's sexual harassment policy and acknowledgement of receipt of said policy signed by Francesco Ciambriello which was maintained in Mr. Ciambriello's personnel file by AMSA in the ordinary course of its business operation.

9. Attached hereto at Tab 8 is a true and accurate copy of AMSA's sexual harassment training materials maintained by AMSA in the ordinary course of its business operation.

10. Attached hereto at Tab 9 is a true and accurate copy of excerpts from the deposition transcript of Christina Parrott.

11. Attached hereto at Tab 10 is a true and accurate copy of excerpts from the deposition transcript of Christopher Abreu.

12. Attached hereto at Tab 11 is a true and accurate copy of excerpts from the deposition transcript of Edward O'Brien.

13. Attached hereto at Tab 12 is a true and accurate copy of excerpts from the deposition transcript of John Kiernan.

Signed under the pains and penalties of perjury this 10th day of February, 2006.

                                                                                          _____
                                                                                          Allison K. Romantz