TAB 5

1

1    UNITED STATES DISTRICT COURT

2    FOR THE DISTRICT OF MASSACHUSETTS

3    C.A. NO. 04-10131

ORIGINAL

4

5    * * * * * * * * * * * * * * * * * *

6    HEATHER KIERNAN,                        *

7              Plaintiff                      *

8    vs.                                      *

9    ARMORED MOTOR SERVICE OF AMERICA,        *

10   INC. AND FRANCESCO CIAMBRIELLO,          *

11             Defendants                     *

12   * * * * * * * * * * * * * * * * * *

13

14        DEPOSITION OF **HEATHER L. KIERNAN**

15        MORGAN, BROWN & JOY, LLP

16            200 State Street

17        Boston, Massachusetts

18        June 17, 2005      9:55 a.m.

19

20

21

22

23        Maryellen Coughlin

24   Registered Professional Reporter

67

1  ever observe your husband viewing pornographic

2  materials on the computer?

3          A.      No.

4          Q.      Did you ever observe him viewing

5  any type of pornographic materials?

6          A.      Not that I recall.

7          Q.      Did you ever tell anybody that you

8  had observed your husband viewing pornographic

9  materials and masturbating?

10          A.      No.

11          Q.      Okay.  I want to turn now to your

12  employment at AMSA.  When did you first begin

13  working there?

14          A.      I believe it was in April of 2001.

15          Q.      And why did you seek employment

16  with AMSA at that time?

17          A.      My husband had been laid off, and I

18  needed to find work.

19          Q.      Did you want to go to work at that

20  time?

21          A.      Not particularly, but I needed to

22  get some money coming into the house.

23          Q.      Okay.  Was your intent to keep your

24  job at AMSA only until the time that your husband

81

1    that.  I'm just asking you about this one
2    individual?
3        A.        I don't recall.  He did a couple of
4    things that were inappropriate but --
5        Q.        Okay.  Right now I'm asking you
6    about verbal.  Did he say anything verbal to you
7    that you considered to be inappropriate prior to
8    May 19th?
9        A.        Not that I recall.
10       Q.        Okay.  And now you indicated that
11   he did some things, and I'm assuming those were
12   nonverbal --
13       A.        Yes.
14       Q.        -- types of things.
15                 What it that he did prior to May
16   19th that you considered to be inappropriate?
17       A.        Unbuttoning his pants in my office
18   and tucking in his shirt, taking off his gun and
19   loading it and unloading it.
20       Q.        And when you say "in your office,"
21   where was your office located?
22       A.        Off of the dispatch area.  There
23   was an office that had three desks in it, maybe
24   even four, I can't remember exactly, and that's

82

1    where my office was.

2        Q.      Okay.  You were assigned to one of

3    those desks?

4        A.      Yes.

5        Q.      And who else was assigned to desks

6    in that office?

7        A.      I believe there was only one other

8    person, the ATM manager.

9        Q.      And who was that?

10       A.      I'm not sure of his name.

11       Q.      It was a man?

12       A.      Yes.

13       Q.      And when Mr. Ciambriello came into

14   your office and unbuttoned his pants and tucked

15   in his shirt, was the ATM manager there?

16       A.      No.  He was rarely ever there.

17       Q.      Were you alone in that office or

18   alone with Mr. Ciambriello?

19       A.      Yes.

20       Q.      And why was Mr. Ciambriello in that

21   office, if you know?

22       A.      I don't know.

23       Q.      And when you say he unbuttoned his

24   pants and tucked in his shirt, did he unzipper

83

1    his pants or just unbutton the button?

2        A.        I'm not sure.

3        Q.        Did you say anything to him when he

4    did that?

5        A.        I asked him why he was doing that

6    in my office.

7        Q.        And what did he say?

8        A.        He just said -- I believe he said

9    he was getting ready for work.

10        Q.        Was he wearing -- was it a uniform

11    that he was wearing?

12        A.        Yes.

13        Q.        And you say he also -- I'm sorry --

14    took his gun out from his holster, is that what

15    you said?

16        A.        Yes.

17        Q.        And loaded it?

18        A.        Yes.

19        Q.        And how many times did he do that

20    prior to May 19th in your presence?

21        A.        Once or twice.  More than likely

22    twice.

23        Q.        Okay.  And why did you consider

24    that inappropriate?

84

1       A.        'Cause it was the workplace.

2       Q.        Okay.  Was Mr. Ciambriello required

3   to wear a firearm while he was at work, if you

4   know?

5       A.        Yes.

6       Q.        And how many times did he unbutton

7   his pants to tuck in his shirt in your presence

8   prior to May 19th?

9       A.        Once or twice.

10      Q.        And when you asked him why he was

11  doing it there, did he respond in any way?

12                MR. McLEOD:  Objection.

13      A.        I don't remember if he responded.

14      Q.        Okay.  And did you say anything to

15  him when he loaded his gun in your office?

16      A.        I told him that I was

17  uncomfortable.

18      Q.        And did he respond in any way to

19  that?

20      A.        He told me he wasn't going to hurt

21  me.

22      Q.        Okay.  Now, you indicated that lots

23  of people said inappropriate things at AMSA.

24  What do you mean by that?

85

1    A.        Talking about their sex lives and
2  stuff like that, the ATM manager and people that
3  would come in and out of the office.
4    Q.        And when you say "in and out of the
5  office," are you meaning the office of three
6  desks where you and the ATM manager sat?
7    A.        Yes.
8    Q.        Okay.  And was it people coming in
9  to talk to the ATM manager?
10    A.        Yes.
11    Q.        And so he had conversations with
12  people in your presence in which either he or the
13  person who he was speaking with said things of a
14  sexual nature?
15    A.        Yes.
16    Q.        Okay.  And did you ever tell the
17  ATM manager that you didn't want those things
18  said in your presence?
19    A.        I didn't tell anyone, but someone
20  told Jason Khoury who is the supervisor or
21  whatever he is at the company.
22    Q.        The branch manager?
23    A.        Yeah, and I ended up going into a
24  meeting with him on that issue.

119

1   Christina Parrott?

2        A.        Maybe 3.

3        Q.        So shortly after you got there?

4        A.        Yes.

5        Q.        Was that the first time on May 19th

6   that you talked to Christina Parrott?

7        A.        No.

8        Q.        You had talked to her prior to that

9   time?

10       A.        Yeah.  I talk to her all the time,

11  so.

12       Q.        Okay.  Tell me when -- had you

13  talked to Christina Parrott on May 19th prior to

14  going to AMSA?

15       A.        Yes.

16       Q.        And when was that?

17       A.        Probably about 15 times before I

18  went to work.

19       Q.        Okay.  And what was the reason why

20  you talked to her about 15 times that day before

21  you went to work?

22       A.        One of the times was to make plans

23  to go out and get together after work, her and I.

24  She was just one of those friends that likes to

120

1    talk on the phone, so she called me all the time.

2        Q.        Did you see her on May 19th prior

3    to going to work?

4        A.        No.

5        Q.        And what were your plans, what were

6    the plans that you made with Ms. Parrott for

7    after work?

8        A.        Basically just to get together and

9    have a glass of wine or something like that, of

10   that nature.

11       Q.        Did you have specific plans about

12   where you would go in terms of location?

13                 MR. McLEOD:  Objection.

14       A.        No.

15       Q.        Okay.  Did the plans involve

16   anybody other than yourself and Christina?

17       A.        No.

18       Q.        Okay.

19                 MR. McLEOD:  Actually, can I just

20   for clarity purposes, that last question, were

21   you date specific or were you in general?

22                 MS. ROMANTZ:  About Christina

23   Parrott, the plans to go out?

24                 MR. McLEOD:  Yes, the last

121

1    question.

2                    MS. ROMANTZ:  Date specific, on May

3    19th.

4                    MR. McLEOD:  Okay.  I'm just going

5    to object to the form.

6         Q.        Did you understand when I asked you

7    that question about having plans with Christina

8    Parrott I was asking you about your plans on

9    May 19th?

10        A.        Like at night?

11        Q.        Yes.

12        A.        Yes.

13        Q.        Okay.  And so when you answered

14   that you didn't have specific plans, you were

15   talking about on May 19th?

16        A.        Right.

17        Q.        So is it fair to say you had plans

18   with Christina for the concept of going out and

19   having a drink, but in terms of what you were

20   going to do, that had not been set?

21        A.        Well, it was going to either be at

22   her house or my house.

23        Q.        Okay.  Where was she living at the

24   time?

122

1    A.    On Hood Street in Attleboro.

2    Q.    And that was with her family --

3    A.    Yes.

4    Q.    -- her parents?

5    A.    Yes.

6    Q.    At that time, how would you
7    describe the relationship between your husband
8    and Christina Parrott?

9    A.    I don't really know.  They didn't
10    really have a relationship.  He never let anybody
11    come over the house, so he never got to know
12    anybody at all.

13    Q.    Okay.  Was Christina Parrott
14    somebody that you ever smoked marijuana with?

15    A.    Yes.

16    Q.    Was she ever somebody that you
17    smoked crack cocaine with?

18    A.    No.

19    Q.    So tell me what it was that you
20    discussed with Christina Parrott at around three
21    o'clock when you called her from AMSA?

22    A.    I was basically just asking her if
23    she had gotten the bottle of wine and if we were
24    still going through with the plans that we had.

127

1    touching.

2         A.        I don't recall if it was before the

3    first truck or in between.

4         Q.        At some point did Ms. Parrott come

5    down to the facility?

6         A.        Yes.

7         Q.        And when was that?  Let me actually

8    strike that question and ask, did she come down

9    more than once on May 19th?

10        A.        I believe so, yes.

11        Q.        Do you recall how many times she

12   came down?

13        A.        I believe it was twice.

14        Q.        And when was the first time?

15        A.        The first time was I believe before

16   the first truck came.

17        Q.        And prior to her coming down, did

18   you have some type of communication with her by

19   telephone?

20        A.        Yes.

21        Q.        Did you know she was coming down?

22        A.        Yes.

23        Q.        And was there a purpose for her

24   coming down?

128

1    A.    I believe to get money from me.

2    Q.    And why was she getting money from

3  you?

4    A.    For my half of the wine.

5    Q.    Okay.  And had you spoken to her on

6  the telephone at AMSA to make the arrangement for

7  her to come down and get the money from you?

8    A.    I believe so, yes.

9    Q.    Okay.  And then she came down

10  shortly thereafter?

11    A.    Yes.

12    Q.    And in terms of the trucks, you

13  believe it was before the first truck came?

14    A.    I believe so.

15    Q.    Was it before you had the

16  conversation with Tony where he talked about

17  drugs and sex?

18    A.    Yes.

19    Q.    And when she came down to the

20  facility, take me through that.  What happened?

21    A.    I saw her on -- there's monitors up

22  on the screens that's right in front of dispatch.

23  I saw her pull up, and Tony said I could go

24  outside and have a cigarette.  He buzzed me out,

129

1    and I stood outside and had a cigarette, gave the

2    money to her and then got buzzed back in the

3    building.

4         Q.        Did Mr. Ciambriello go outside and

5    have a cigarette with you?

6         A.        I believe at one point he did come

7    out.

8         Q.        And was that while you were with

9    Christina?

10        A.        Yes.

11        Q.        Okay.  Did he come out after you

12   had already been buzzed out?

13        A.        I'm not sure.  I believe he came

14   out -- I think he let me out first and then came

15   out, but I'm not positive.  I don't recall.

16        Q.        Okay.  Where did you have the

17   cigarette with your friend?

18        A.        Right outside the door.

19        Q.        And how long were you outside with

20   her?

21        A.        Approximately 10 minutes.

22        Q.        Did you smoke more than one

23   cigarette?

24        A.        I don't recall.

131

1    about?

2        A.        No.

3        Q.        Did the two of them know each other

4    from working at AMSA?

5        A.        Yes.

6        Q.        Was there any other time during

7    your working on May 19th when you went outside

8    the facility to have a cigarette and

9    Mr. Ciambriello joined you?

10       A.        I don't believe so, no.

11       Q.        So what happens after Ms. Parrott

12    leaves?  Or let me ask you, were the three of you

13    still outside when Ms. Parrott left?  I guess it

14    would be the two of you that would be still

15    outside because she had left.

16       A.        Yeah.

17       Q.        Okay.  And did you go back into the

18    facility together?

19       A.        Yes.

20       Q.        How did you get back in?

21       A.        He had to open the door.

22       Q.        With the key?

23       A.        With the key, yeah.

24       Q.        And the door had been closed while

132

1   you were outside, the three of you were outside

2   together?

3         A.       I believe so, as far as I remember.

4         Q.       Did you have any understanding as

5   to whether or not during the day on Saturday you

6   were permitted to go outside the facility and

7   have a cigarette?

8         A.       No.

9         Q.       You didn't have any understanding

10  one way or another?

11        A.       Yeah, yes.

12        Q.       Yes, you did not have an

13  understanding?

14        A.       Yes.

15        Q.       And did you have any understanding

16  as to whether or not Mr. Ciambriello was suppose

17  to go outside on Saturdays leaving the building

18  unoccupied?

19        A.       No.

20        Q.       You didn't have an understanding?

21        A.       No.

22        Q.       So you go back in, and tell me what

23  happens from there, where do you go?

24        A.       I believe I had a bag of popcorn or

133

1   something like that, went back into dispatch, and

2   I think that's when we had -- I don't know the

3   time frame, but we had another cigarette in the

4   building, and we waited for the trucks to come in

5   some more.

6        Q.      And while you were waiting, did you

7   talk?

8        A.      Yeah.

9        Q.      And do you remember what you talked

10  about?

11       A.      I had hurt my shoulder, but I think

12  it was the day before, maybe two days before, and

13  I said that my shoulder was hurting me, and

14  that's when he proceeded to try to massage my

15  shoulder.

16       Q.      How had you hurt your shoulder?

17       A.      I'm not positive, but I believe it

18  was lifting something at work.  I'm not really

19  positive how I did it.

20       Q.      And when you say hurt your

21  shoulder, what do you mean?

22       A.      I had a sharp pain in my shoulder

23  that wouldn't go away.

24       Q.      Okay.  Which shoulder was it, if

136

1    Q.      Okay.  So tell me what happens when
2    you tell him that your shoulder hurts?
3    A.      He moves his chair up behind me,
4    his rolling chair, and he's sitting behind me
5    with his legs around the back of the chair, and
6    he starts to try to massage my shoulders.
7    Q.      And does he try to massage both of
8    your shoulders --
9    A.      I don't remember.
10    Q.      -- or just one?
11    A.      I believe both.
12    Q.      And you're still sitting in the
13    chair?
14    A.      Yes.
15    Q.      How high up does the back of the
16    chair go?
17    A.      Maybe halfway up my back.
18    Q.      Okay.  So sort of below your
19    shoulder blades?
20    A.      Yes.
21    Q.      And is it one of those chairs that
22    if you sort of push, lean back, does it go back?
23    A.      It probably could have, but I have
24    a lock on it so I wouldn't fall.

137

1     Q.      And the lock means so that it won't

2  sort of go back?

3     A.      Yes.

4     Q.      Okay.  And does he actually touch

5  your shoulders?

6     A.      Yes.

7     Q.      And what does he do?

8     A.      What does he do with my shoulders?

9     Q.      Yes.

10    A.      He just started massaging them, and

11 I told him not to do it.

12    Q.      Okay.  Did he use two hands?

13    A.      I believe so, yes.

14    Q.      And do you remember whether it was

15 one hand on each shoulder or was it two hands on

16 the injured shoulder?

17    A.      I don't remember.

18    Q.      Okay.  And how long did he massage

19 your shoulder or shoulders before you told him

20 not to?

21    A.      Not even a minute.

22    Q.      And what specifically did you say

23 to him?

24    A.      I told him I didn't want him to do