138

1    that.  I don't know my exact words, but I know I

2    told him not to do it.

3         Q.      What did he say, if anything, in

4    response to that?

5         A.      I don't think he responded to that.

6         Q.      Did he stop rubbing your shoulder?

7         A.      Yes.

8         Q.      Okay.  Did he move away from you in

9    terms of the chair?

10        A.      No.

11        Q.      Okay.  What happened next?

12        A.      He tried to put his hand up my

13   shirt.

14        Q.      And when you say up your shirt, do

15   you mean from going below so that it would --

16        A.      Yes.

17        Q.      -- come in -- did he try to put his

18   hand under your shirt?

19        A.      Yes.

20        Q.      And from the below as opposed --

21   and by below I mean from your waist up as opposed

22   to from the neck hole down.

23        A.      I believe so.

24        Q.      Okay.  And what hand was it?

139

1       A.        I have no idea.

2                 MR. McLEOD:  Objection.

3       Q.        Was he still behind you?

4       A.        Yes.

5       Q.        Okay.  And did he do that

6    immediately after he stopped rubbing your

7    shoulder?

8       A.        Yes.

9       Q.        And what did you say, if anything,

10   to him when he did that?

11      A.        I told him to stop.

12      Q.        Did you push his hand away?

13      A.        Yes.

14      Q.        Was it both hands or one hand?

15      A.        I believe it was only one hand, but

16   I'm not sure.

17                MR. McLEOD:  Objection.  When you

18   say both hands or one hand, I want to be

19   clear who's touching -- whose hands are you

20   talking about, hers or his?

21                MS. ROMANTZ:  His?

22                MR. McLEOD:  Okay.  I wasn't sure

23   if you were talking about the pushing away.

24                MS. ROMANTZ:  Oh, okay.

140

1          How did you push away, let me ask
2     you that?  Did you push his hand away?
3          A.     Yes.
4          Q.     And how did you do that?
5          A.     I just moved his hand and pulled my
6     shirt back down.
7          Q.     Where did he place his hands on
8     your body under your shirt, if anywhere?
9          A.     On my breasts.
10         Q.     And do you recall which breast it
11    was?
12         A.     No.
13         Q.     Were you wearing a bra?
14         A.     Yes.
15         Q.     And was it on top of your bra?
16         A.     No.
17         Q.     It was underneath your bra?
18         A.     Yes.
19         Q.     So did he put his hand under your
20    shirt and then under your bra?
21         A.     Yes.
22         Q.     And what did he do with his hand
23    once he put it there, if anything?
24         A.     He was basically touching me

141

1    inappropriately under my bra.

2         Q.        Was he moving his hand?

3         A.        Yes.

4         Q.        And how long was his hand there

5    before you pushed it away?

6         A.        Not even a minute.

7         Q.        And let me ask you, 'cause I know

8    witnesses have a tendency sometimes when I ask

9    how long something takes, they say something like

10   not even a minute.  A minute is a very long time.

11   I mean, do you think it was there for a minute or

12   do you think it was there for a few seconds?

13        A.        A few seconds.

14        Q.        Okay.  And let me ask you, because

15   I asked you how long he was massaging your

16   shoulder, and you said not even a minute.  Do you

17   think he was massaging your shoulder for longer

18   than a few seconds?

19             MR. McLEOD:  Objection.

20        A.        It wasn't very long.

21        Q.        Okay.  Did you ever tell him when

22   he was massaging your shoulders that it felt

23   good?

24        A.        No.

142

Q.      Did you ever make any type of vocal expressions which would indicate that it felt good?

MR. McLEOD:  Objection.

A.      No.

Q.      What happens -- do you both sort of physically take his hand away or push his hand away at the same time that you say something to indicate that you don't want him to do that?

MR. McLEOD:  Objection.

A.      Can you repeat the question?

Q.      Sure.  All right, let me ask you because I'm not even sure I did.  Did you both physically push his hand away as well as vocally tell him that you didn't like him touching your breast?

A.      Yes.

Q.      And did you do that simultaneously?

A.      Did I --

Q.      At the same time, push his hand away and tell him that you didn't like it?

A.      Yes.

Q.      And do you remember specifically what it was that you said to him?

143

1      A.      Not specifically.  I know I told

2   him to stop, but I don't know specifically the

3   words that I used.

4      Q.      Did you say it in a raised tone of

5   voice?

6      A.      I just told him to stop.  I don't

7   know what tone of voice I had or --

8      Q.      Okay.  Were you angry?

9      A.      Yes.

10      Q.      What did he say when you told him

11   to stop?

12      A.      He didn't really say anything.  He

13   just kept doing what he was doing.

14      Q.      Okay.  Was he saying anything to

15   you while he was putting his hand under your

16   shirt and touching your breast?

17      A.      Not that I recall, no.

18      Q.      I'm sorry, what was that?

19      A.      Not that I recall, no.

20      Q.      When you pushed his hand away and

21   told him to stop, what happened then?

22      A.      At some point he was attempting to

23   kiss me.

24      Q.      Was he still sitting behind you?

144

1        A.        Yes.

2        Q.        And when you say -- were his legs

3    sort of straddling you, and by that I mean one on

4    each side?

5        A.        Yes.

6        Q.        And so your back is to his front?

7        A.        Yes.

8        Q.        And how did he try to kiss you?

9    Did he try to kiss you on your face?

10        A.        Yes.

11        Q.        And how does he try to do that?

12                  MR. McLEOD:   Objection.

13        Q.        I guess I'm just trying to figure

14    out physically how that happened if the back of

15    your head is to him?

16        A.        He moved my head back.

17        Q.        And how did he move your head back?

18        A.        With his hands.

19        Q.        Okay.  With both hands?

20        A.        I believe so, yes.

21        Q.        Okay.  So he turns your head sort

22    of towards him?

23        A.        Yes.

24        Q.        And his hands are where on your

1  head?

2      A.      I don't recall.

3      Q.      And is this after he touches your

4  breast?

5      A.      Yes.

6      Q.      And what do you do when he puts his

7  hand on your head and turns your head?

8      A.      I turned away.

9      Q.      You turned your head away or your

10  body away?

11      A.      My head.

12      Q.      And did the two of you kiss?

13      A.      No.

14      Q.      Okay.  Did any part of his lips

15  make contact with any part of your head?

16      A.      Yes.

17      Q.      What part?

18      A.      I believe my cheek.  I remember

19  being scraped by his facial hair on my face.

20      Q.      Okay.  And did he say anything

21  while he was doing that?

22      A.      I believe I repeated again that I

23  didn't want to do that, and he said, "Why not?"

24  That's about the only thing he said.

146

1       Q.     And what did you say in response to
2  the why not?

3       A.     I believe I said, "I'm married.
4  It's not right."

5       Q.     And did he respond in any way to
6  that?

7       A.    No.

8       Q.     Could you smell alcohol on his
9  breath?

10      A.     Not that I recall.

11      Q.     And so what happens after you twist
12  your head away?

13      A.     Then he unbuttoned my pants and
14  tried to put his hand down my pants.

15      Q.     And are you still sitting down at
16  this point?

17      A.     Yes.

18      Q.     And is he still sitting down?

19      A.     I believe so, yes.

20      Q.     And is he still sort of behind you
21  with his legs one on each side of you?

22      A.     Yes.

23      Q.     And does he actually unbutton your
24  pants?

147

1      A.      Yes.

2      Q.      And does he use one hand or two

3   hands to unbutton the pants?

4      A.      I'm not positive.

5      Q.      Okay.  Does he put both of his arms

6   around you?

7      A.      I believe so, yes.

8      Q.      Okay.  And what are you doing with

9   your hands while he is unbuttoning your pants --

10              MR. McLEOD:  Objection.

11     Q.      -- if anything?

12     A.      I know I had the timecards in my

13  hands still.

14     Q.      Did you have the timecards in your

15  hands the entire time that he was massaging your

16  shoulder, putting his hand under your shirt to

17  touch your breast and then kissing you, or trying

18  to kiss you?

19     A.      I don't recall if I had them in my

20  hands the whole time, but they were in front of

21  me.

22     Q.      Okay.  But you do recall that you

23  had the timecards in your hands when he tries to

24  or does unbutton your pants?

148

1          A.        I don't recall.  I mean, they were

2    in front of me, I know that much.

3          Q.        Okay.  And so far we've sort of

4    talked about three or four different actions, for

5    lack of a better word.  Is this the chronology or

6    the correct order in which they occurred?  And by

7    that I mean first the shoulder massage, then the

8    hands under the shirt touching the breast, then

9    the attempt to kiss you and then the unbuttoning

10   of the pants.

11         A.        Yes.

12         Q.        Okay.  And so you don't remember

13   what, if anything, you did while he was

14   unbuttoning your pants?

15         A.        I know I pulled his hand out and

16   buttoned my pants back up and zipped them back

17   up.

18         Q.        So did he both unbutton your pants

19   and unzip your pants?

20         A.        I believe so, yes.

21         Q.        And you're still sitting down?

22         A.        Yes.

23         Q.        Did you try to stand up at all?

24         A.        When I buttoned them back up and

149

1    zipped them up.

2        Q.        Okay.  Did you try to stop him

3    after he had unbuttoned your pants but before he

4    had unzipped them?

5                  MR. McLEOD:   Objection.

6        A.        Yeah, I don't understand what you

7    mean by that.

8        Q.        Okay.  Did he unbutton the pants

9    before he unzipped the pants?

10       A.        I don't know which way, how he did

11   it.

12       Q.        Okay.  When he unbuttoned and

13   unzipped the pants, what did he do then?

14       A.        He put his hand down my pants.

15       Q.        Okay.  Were you wearing underwear?

16       A.        Yes.

17       Q.        Okay.  Did he put his hands under

18   your underwear?

19       A.        Yes.

20       Q.        And did he touch you anywhere on

21   your body?

22       A.        Yes.

23       Q.        Okay.  And where was that?

24       A.        On my vagina.

150

1    Q.    And other than touch you, did he do
2    anything with his hand?
3    A.    He didn't have time to.  I removed
4    his hand.
5    Q.    Okay.  And how long would you say
6    it was that his hand was in your pants touching
7    your vagina?
8    A.    A couple of seconds.
9    Q.    Okay.  And at that point, is that
10   when you stood up?
11   A.    Yes.
12   Q.    And when you stood up, is that when
13   his hand was removed?
14   A.    His hand was removed before I stood
15   up.
16   Q.    Okay.  Did you physically remove
17   his hand?
18   A.    Yes.
19   Q.    And how did you do that?
20   A.    I just took his hand and took it
21   out of my pants and buttoned my pants back up.
22   Q.    Okay.  Where did you touch him to
23   remove his hand?
24   A.    His wrist.

151

1    Q.    And was it just one hand that he

2  had down your pants?

3    A.    I'm not sure.

4    Q.    And he was still behind you?

5    A.    Yes.

6    Q.    Sitting down?

7    A.    Yes.

8    Q.    Okay.  And did you say anything to

9  him at that time?

10    A.    I believe I said that I didn't want

11  to do this and that it wasn't right, and that's

12  when I was buttoning my pants back up.

13    Q.    And is that when he said, "Why

14  Not"?

15    A.    Yes.

16    Q.    Was he still sitting when you stood

17  up?

18    A.    I believe he also stood up.

19    Q.    Okay.  And what happened next?

20    A.    That's when he asked me to go

21  through the money room.

22    Q.    Okay.  What did he say

23  specifically?

24    A.    I'm not positive on his exact

152

1    words, but I know he said something along the

2    line of come with me.

3         Q.        And did he indicate where it was

4    that he wanted you to go?

5         A.        No.

6         Q.        And what did you say when he said

7    come with me?

8         A.        I said no.

9         Q.        And what happened next?

10        A.        He ended up taking me through the

11   money room down into Jay's office.

12        Q.        Okay.  Now, when you say he ended

13   up taking me down through the money room or to

14   the money room, where is the money room in

15   relation to the dispatch area where you are?

16        A.        Basically the desk you're sitting

17   at at the window is to the left of that, and you

18   got to go through the money room to get to Jay's

19   office.

20        Q.        Okay.  And once you get through the

21   money room, is there a corridor?

22        A.        Yes.

23        Q.        And Jay's office is at the end of

24   that corridor?

153

1      A.      Yes.

2      Q.      And were the doors to the money

3   room -- so you entered the money room and exited

4   the money room through two different doors --

5      A.      Yes.

6      Q.      -- on opposite ends of the room?

7      A.      Yes.

8      Q.      And were both of those doors open?

9      A.      Yes.

10      Q.      And how was it -- when he said come

11   with me, or words to that effect and you said no,

12   how was it that you started walking?

13      A.      He put his arm behind me and

14   started to bring me down there.

15      Q.      Did he threaten you in any way

16   verbally?

17      A.      Not verbally, no.

18      Q.      Did he threaten you in any way

19   nonverbally?

20      A.      Yes.

21      Q.      And how was that?

22      A.      He was very forceful and stern I

23   guess, I would say.

24      Q.      And was he was forceful and stern

154

1    when he said come with me?

2        A.       Yes, and when I kept telling him no

3    and he kept going.

4        Q.       And that's while you were

5    proceeding into Jay's office?

6        A.       Yes.  I believe I said I didn't

7    want to go in there, I don't want to go in there.

8        Q.       And did he respond in any way?

9        A.       No.

10       Q.       Nothing?

11       A.       No.

12       Q.       Just silence?

13       A.       I believe so.

14       Q.       Okay.  How many times -- how long

15   did it take you to walk from where you were at

16   dispatch to go into Jason's office?

17       A.       Seconds.

18       Q.       Okay.  And how many times during

19   that walk, if any, did you tell him you didn't

20   want to go back there or in there?

21       A.       At least twice.

22       Q.       Did you say anything else?

23       A.       Not that I recall.

24       Q.       Did he say anything?

155

1      A.      I don't think so.

2      Q.      Okay.  And while you walked from

3   the dispatch area into Jason's office, did he

4   touch you in any way?

5      A.      He had his arm around me the whole

6   time, in back of me.

7      Q.      Okay.  On what side of you was he?

8      A.      On my left side.

9      Q.      He was on your left side, and did

10  he have both arms around you?

11     A.      No.

12     Q.      Okay.  One arm?

13     A.      Yes.

14     Q.      So if he was on your left side,

15  what arm did he have around you?  Was it his

16  right arm?

17     A.      I believe so.

18     Q.      And when you say it was around you,

19  was it touching your body?

20     A.      Yes.

21     Q.      Okay.  Where was it touching your

22  body?

23     A.      I believe it was around my lower

24  back and into the front.

156

1      Q.      Okay.  And so his right hand was

2  actually -- was it on your waist?

3      A.      Yes.

4      Q.      And was he pulling you like toward

5  him?

6      A.      Yes.

7      Q.      Okay.  And did he have his gun with

8  him at that time?

9      A.      Yes.

10     Q.      Where was it?

11     A.      I'm not positive, but I believe it

12  was on his left hip.

13     Q.      In his holster?

14     A.      Yeah, in his holster.

15     Q.      Had he ever up until that period of

16  time taken his gun out of the holster?

17     A.      Yes.

18     Q.      Okay.  And by that I mean -- you

19  understood that to be on May 19th?

20     A.      No.

21     Q.      Okay.  Good thing I clarified that.

22  On May 19th in your presence did he ever take his

23  gun out of the holster?

24     A.      No.

157

1      Q.      And do you believe that his gun

2   remained in the holster at all times on May 19th

3   when you were in his presence?

4      A.      What do you mean by in the holster?

5   Like the way it's suppose to be in the holster

6   or --

7      Q.      I guess.  I'm not that familiar

8   with it, so, yes, the proper way it's suppose to

9   be in the holster?

10             MR. McLEOD:  I'll just object.

11     A.      I'm really not sure if it was in

12  there the way it was suppose to be or not, but I

13  think it was there.

14     Q.      Okay.  Did he ever have the gun

15  tucked into the back of his pants?

16     A.      I'm not sure.

17     Q.      Okay.  Did you ever see him on

18  May 19th remove his gun from the holster and put

19  it into the back, tuck it into the back of his

20  pants?

21     A.      Not that I recall, no.

22     Q.      Did you ever see him remove his gun

23  or move his gun at all on May 19th?

24     A.      When he was pulling his pants down,