158

1   yes.
2       Q.    And is that when he's in
3   Mr. Khoury's office?
4       A.    Yes.
5       Q.    Okay, we'll get to that in a little
6   bit. But until that time, did you ever see him
7   touch his gun?
8       A.    On May 19th?
9       Q.    On May 19th.
10      A.    No.
11      Q.    Okay. You walked through the money
12  room, and you're in that corridor, and as you're
13  walking through the corridor, does he still have
14  his arm around you?
15      A.    Yes.
16      Q.    Okay. And at some point you get to
17  the end of the corridor and there's a door?
18      A.    Yes.
19      Q.    And is that door open or closed?
20      A.    Closed.
21      Q.    And is it locked or unlocked?
22      A.    Locked.
23      Q.    And what happens?
24      A.    Tony opens the door with a key.

159

1   Q.   Where is the key?
2   A.   On a big ring of keys that he had.
3   Q.   Does he have to take the key -- is
4   the key ring like attached to his belt loop?
5   A.   I don't recall.
6   Q.   Does he have to take the keys into
7   his hand in some way?
8   A.   Yeah. I'm not really sure how he
9   went about unlocking the door. I know that he
10  unlocked it.
11  Q.   As he's unlocking it, is his right
12  arm still around you?
13  A.   Yes.
14  Q.   And is his hand still sort of
15  grabbing your waist?
16  A.   Yes.
17  Q.   And he opens the door with then his
18  other hand?
19  A.   Yes.
20  Q.   And would that be his left hand?
21  A.   Yes.
22  Q.   And where are you all standing in
23  relation to the doorknob?
24  A.   I'm not sure where the doorknob

160

1  was, but I know that he just got the door
2  unlocked with the key and opened it.
3      Q.      And is the doorknob at what
4  appeared to you to be like a normal level?
5          MR. McLEOD:  Objection.
6      A.      Yes.
7      Q.      Okay.  And when he puts the key in
8  to open it, does he do that all with one hand?
9      A.      Yes.
10      Q.     And at the same time he's doing
11 that, his other hand is around you?
12     A.      Yes.
13     Q.      Okay.  And does he pull the key out
14 of the door?
15     A.      I don't recall.
16     Q.      Okay.  And that door gets you into
17 where?
18     A.      Jay's office.
19     Q.      Okay.  Was there like an office --
20 was Jay's office -- did you have to go through
21 like Cindy's office to get to Jay's office?
22     A.      Yes.  Her office was never locked.
23     Q.      Okay.  And was there a door there?
24     A.      Not that was shut.

1   Q.      Not that was shut, okay.  So you go
2   into Jay's office, and tell me what happens.
3   A.      He holds one of my hands behind my
4   back, pulls my pants down and has oral sex with
5   me.
6   Q.      Okay.  Are you standing?
7   A.      Yes.
8   Q.      And is he holding both of your
9   hands with one of his hands?
10  A.      I don't recall if he's holding -- I
11  believe he's holding both of my hands.  I'm not
12  sure.  I know he has one on my pants that are on
13  the floor.  I don't recall if he's holding both
14  hands or not.
15  Q.      Okay.  And he unbuttons and unzips
16  your pants?
17  A.      Yes.
18  Q.      And while he unbuttons and unzips
19  your pants, is he still holding your hands?
20  A.      Yes.
21  Q.      Okay.  And is he holding your hands
22  behind your back?
23  A.      Yes.
24  Q.      And I'm just not clear, are you

162

1  sure he's holding both hands or are you not sure
2  he's holding both hands?
3      A.   I'm not sure if he's holding both
4  hands.
5      Q.   Okay. But you do know he's at
6  least holding one hand behind your back?
7      A.   Yes.
8      Q.   And how is he holding it behind
9  your back? Is your hand bent?
10     A.   Yes.
11     Q.   And is he pressing it against your
12 back, is that how he's holding it?
13     A.   I don't recall exactly how he was
14 holding my hand.
15     Q.   Okay. Could you move that hand?
16     A.   No.
17     Q.   Did you try?
18     A.   Yes.
19     Q.   Okay. And it's possible that he
20 might have been holding both of your hands behind
21 your back?
22     A.   Yes.
23     Q.   Okay. And he pulls down your pants
24 and your underwear?

1   A.   Yes.

2   Q.   And pulls them all the way down to
3   the floor, below your knees?

4   A.   Yes.

5   Q.   Okay. And you're standing there
6   while he's doing that?

7   A.   Yes.

8   Q.   And is he standing up?

9   A.   He was before he pulled down my
10  pants, and then he kneeled. Well, he knelt and
11  held my pants.

12  Q.   Okay. So he's got one hand holding
13  either one of your lands or both of your hands
14  behind your back --

15  A.   Yes.

16  Q.   -- and the other hand he's using to
17  unbutton your pants and unzip your pants and pull
18  them down.

19  A.   Yes.

20  Q.   And while he's doing that, pulling
21  your pants to the ground, he's kneeling?

22  A.   Yes.

23  Q.   And when he's kneeling, is he like
24  on both knees?

164

1  A.  I don't believe so. I think he was
2  on one knee. I'm not positive.
3  Q.  And what does he do then?
4  A.  He has oral sex with me.
5  Q.  And how long did that happen?
6  A.  It felt like forever. Five
7  minutes. I don't know.
8  Q.  Okay. And are you trying to move
9  away from him?
10 A.  Yes.
11 Q.  And do you have the use of either
12 one of your hands?
13 A.  No.
14 Q.  So if you don't have the use of
15 either one of your hands, is it because he's
16 holding both of them?
17 A.  I believe so, yes.
18 Q.  Okay. And that's behind your back?
19 A.  Yes.
20 Q.  Okay. And when you say he has oral
21 sex, what does he do specifically?
22 A.  He was putting his tongue on my
23 vagina.
24 Q.  Okay. Anything else?

165

1  A.  He also used his fingers.

2  Q.  Okay. Do you know what hand?

3  A.  I have no idea what hand.

4  Q.  Okay. Did he insert his finger in
5  your vagina?

6  A.  Yes.

7  Q.  Was it more than one finger?

8  A.  I'm not sure how many fingers.

9  Q.  Okay. And what were you doing
10 while he was doing that?

11 A.  Panicking.

12 Q.  Were you moving at all?

13 A.  Yes.

14 Q.  Were you trying to get your hands
15 free?

16 A.  Yes.

17 Q.  And were you able to?

18 A.  No.

19 Q.  So would it be fair to say that
20 he's holding your hands behind your back tightly?

21 A.  Yes.

22 Q.  And then what happens?

23 A.  Then I finally was able to get out,
24 and on my way out, he pulled his pants down and

1 asked me to suck it, were his exact words, and I
2 walked out and into the bathroom down the hall.
3     Q.    While he was kneeling in front of
4 you, did you ever try to knee him?
5     A.    I couldn't even move.
6     MR. McLEOD:  Objection.
7     A.    I couldn't move my legs.
8     Q.    You couldn't move your legs, okay.
9 And how does that end, the oral sex part of him
10 performing oral sex on you?
11     MR. McLEOD:  Objection.
12     A.    How does it end?
13     Q.    How does that stop happening?
14     A.    I told him I had to leave and go to
15 the bathroom, and I got my hands free and went
16 out to the bathroom.
17     Q.    Okay.  And while he was performing
18 oral sex on you, were you saying anything?
19     A.    I'm telling him no.
20     Q.    How many times did you tell him no
21 while you were in that room?
22     A.    I don't know.  A number of times.
23     Q.    Okay.  More than ten?
24     A.    Yes.

172

1    A.    Yes.

2    Q.    So it sort of goes Cindy's office, bathroom, break room?

4    A.    Sort of, yeah.

5    Q.    And what do you do when you're in the bathroom?

7    A.    I try to calm down. I sat in one of the stalls and tried to lock the stall, and it didn't lock, and I don't know how long I was in there, but I just basically got a drink of water and tried to calm down.

12    Q.    How long were you in the bathroom for?

14    A.    Five or ten minutes.

15    Q.    And then what happens?

16    A.    And then I went out into the break room, which is to the left again, and Tony was at the soda machine, and he asked me if I wanted a soda, and I told him no, and then we went back into the dispatch area.

21    Q.    Okay. Did he get a soda?

22    A.    Yeah, I believe so.

23    Q.    Now, when you came out of the bathroom, could you have gone the other way?

1   having contact with both your husband and your
2   son?
3       A.   Yes.
4       Q.   And that's based, as far as you
5   understand it, on your husband's allegation that
6   you came to the house and knocked on the door?
7            MR. McLEOD:   Objection.
8       A.   Yes.
9       Q.   When we had stopped right before
10  lunch, I think we ended with you being in the
11  break room with Mr. Ciambriello, so why don't we
12  pick up from there and tell me what happens from
13  the break room.  You had testified that you both
14  went back into the dispatch area.
15      A.   Yes.
16      Q.   And what happened once you went
17  back in there?
18      A.   Basically we went right back in.
19  The truck came in shortly after.  We verified the
20  money.  At that time Christina had come back into
21  the building.
22      Q.   Okay.  Let me just ask you.  When
23  you went back into the dispatch area, did you go
24  back and sit at the dispatch desk, the desk that

```
1    you were sitting at?
2         A.    Yes.
3         Q.    And did Mr. Ciambriello sit back in
4    the same chair that he had been sitting in
5    previously?
6         A.    He sat over near the Nextels.
7         Q.    And the Nextels are the
8    communication --
9         A.    For the trucks.
10        Q.    -- for the trucks.  And can you
11   just put on Exhibit 3 where those were --
12        A.    Sure.
13        Q.    -- and just write "Nextels"?
14        A.    (Witness complies.)
15        Q.    And so he stood right there?
16        A.    Yes.
17        Q.    And how long was it from the time
18   that you returned to the dispatch area to the
19   time that the next truck came in?
20        A.    Approximately an hour.
21        Q.    Okay.  And so for an hour you and
22   Mr. Ciambriello remained in that area?
23        A.    Yes.
24        Q.    Okay.  Did you talk at all during
```

184

1  that period of time?
2  A.  Not really, no.
3  Q.  Okay. What did he do?
4  A.  He was in contact with the truck
5  that was out on the road. I guess it was running
6  late.
7  Q.  Okay.
8  A.  At one point Christina Parrott
9  came. We went outside -- I went outside with her
10 and had a cigarette, and she ended up coming back
11 in because I told her I was uncomfortable.
12 Q.  Okay. When did Christina come back
13 down to the facility in relation to when you
14 returned to the dispatch area?
15 A.  Probably about a half hour.
16 Q.  A half hour after you had returned?
17 A.  Yes.
18 Q.  And how was it that she came back
19 down? Had you already prearranged for her to
20 come back down?
21 A.  No.
22 Q.  Did she just decide to come visit?
23 A.  No, I called her.
24 Q.  Oh, you called her, okay. Where

189

1    use the phone?
2        A.    No.
3        Q.    And did he have any response when
4    you told him -- I'm assuming you told him you
5    were calling your friend Christina.
6        A.    Yes.
7        Q.    And did he have any response to
8    that?
9        A.    No.
10       Q.    Did he make any phone calls?
11       A.    I don't recall.
12       Q.    So Christina comes into the
13   facility --
14       A.    Yes.
15       Q.    -- or comes down to the facility, I
16   should say.  And again, do you see her arrive in
17   the parking lot --
18       A.    Yes.
19       Q.    -- on the video monitor?
20       A.    (Witness nods.)
21       Q.    And what happens then?
22       A.    I went outside to meet her, and I
23   told her not to make any facial expressions or
24   anything like that 'cause I didn't want him to

190

1  see her on the monitor, and I asked her to come
2  back inside with me because I was scared, and she
3  did. Tony let her in.
4      Q.      How long were you outside for?
5      A.      I really don't know the amount of
6  time specifically, but 10 minutes, maybe not
7  even.
8      Q.      Okay. And when you were outside
9  with her, was the door to the facility closed?
10     A.      Yes.
11     Q.      And where were you standing?
12     A.      Over near Chris's car.
13     Q.      And her car was parked in the
14  parking lot?
15     A.      Yes.
16     Q.      Did Mr. Ciambriello go out with
17  you --
18     A.      No.
19     Q.      -- outside?
20     A.      No.
21     Q.      Did he join you outside?
22     A.      I don't believe so at that time.
23     Q.      Did he buzz you out?
24     A.      Yes.

1  Q. Did he say anything to you before
2  he buzzed you out?
3  A. Not that I remember, no.
4  Q. And when you told Christina not to
5  make any faces, did you tell her why?
6  A. I just told her something bad
7  happened, but I didn't get into any details.
8  Q. So when you said something bad
9  happened, did she have any response?
10 A. She knew, she knew something was
11 wrong. She's been my best friend for 20 years,
12 so she kind of looked at me like, okay, I'm not
13 going to say anything. I'm just going to be
14 there for her.
15 Q. Did the two of you smoke a
16 cigarette?
17 A. I believe so, yes.
18 Q. When you left the building when
19 Ms. Parrott came down, why didn't you just leave
20 at that time and not go back in, get into her car
21 and go away?
22 A. I was afraid to lose my job.
23 Q. Prior to going out into the parking
24 lot with Ms. Parrott, were you in fear for your

1   see your faces?
2       A.      I really had no clue where the
3   cameras were.
4       Q.      When you asked her to come into the
5   facility, what did she say?
6       A.      She asked me if she was going to
7   lose her job, and I told her that I'd make sure
8   that she wouldn't lose her job, that I'd explain
9   it to them why she came in, and that's why she
10  came in.
11      Q.      Why was she fearful that if she
12  came in she would lose her job, if you know?
13      A.      I don't know.
14      Q.      How do you let -- when you're
15  outside, how is it that you would let
16  Mr. Ciambriello know that you're ready to come
17  back in?
18      A.      He can see everything.
19      Q.      Is there like a buzzer that you
20  push, you know, like a doorbell?
21      A.      No.  I don't think so.
22      Q.      So you just go to the door and wait
23  until he sees you?
24      A.      Yes.

195

1  Q.  And did he buzz you in?
2  A.  Yes.
3  Q.  Is there an intercom or something
4  so that the person who is inside can speak to the
5  person who is outside?
6  A.  I believe so. I believe there was
7  some sort of, something like that in place.
8  Q.  And did he come over the intercom
9  and ask, you know, whether Christina, why
10 Christina was coming in or say anything about
11 that?
12 A.  No.
13 Q.  He just buzzed you in?
14 A.  Yes.
15 Q.  And you go in, and tell me what
16 happens.
17 A.  He let's Chris and I come into the
18 dispatch area through the locked door.
19 Q.  And again, is it the locked door
20 through the garage that you come in through?
21 A.  Yes.
22 Q.  Okay. And where is he when you
23 come in?
24 A.  He's right over where we were

202

1     A.    Ten, fifteen minutes.

2     Q.    And then what happens, what do you
3 do after that?

4     A.    The next truck came in.

5     Q.    Okay.

6     A.    And we had to do basically the same
7 routine, verify the money, and then I have to go
8 put it into the computer, and that's what I did.

9     Q.    Okay. Do you see the truck before
10 it comes? I mean, do you have advance notice
11 that the truck is going to be there in the next
12 couple of minutes? Does the truck buzz a
13 doorbell? I mean, how do you know when the truck
14 comes?

15     MR. McLEOD: Objection.

16     A.    Tony usually knew when the trucks
17 came 'cause he was the supervisor of the drivers
18 at that time, and he would be communicating with
19 them through the Nextels.

20     Q.    Okay.

21     A.    And, I mean, you could see them
22 pulling up on the cameras, too, but that's about
23 it.

24     Q.    Okay. And did that truck, did Tony

```
 1   do something to allow that truck to come into the
 2   facility, to drive into the facility, into the
 3   building?
 4              MR. McLEOD:  Objection.
 5       A.     I believe that the trucks actually
 6   have something in their truck that they can open
 7   the door with --
 8       Q.     Mm-hmm.
 9       A.     -- and then they shut the door
10   behind them.
11       Q.     Okay.  And was there both a driver
12   and a messenger on that truck?
13       A.     I believe so, yes.
14       Q.     And so tell me what happens when
15   they come in?
16       A.     They gave us all their money and
17   verified with us where they had stopped and what
18   times and how much the amount was, and then they
19   leave and I put the amounts and stuff like that
20   into the computer.
21       Q.     Okay.  And who assisted them, or
22   let me first ask you was it the same process that
23   they followed as you discussed before where one
24   of them goes into the area right in front of the
```