204

1 dispatch where there's a half door and hands bags
2 of money?
3     A.    Yes.
4     Q.    Okay. And who did that person hand
5 the bags of money to?
6     A.    I believe they handed the bags of
7 money to Tony, and he read the numbers off again
8 as I checked them off on the paper.
9     Q.    Okay. And where were you located
10 while that was happening?
11     A.    I believe I was standing at the
12 second trap over to the left so I could write on
13 something.
14     Q.    And did you say anything to the
15 person who was handing the money over about what
16 had occurred?
17     A.    No.
18     Q.    How long was that driver/messenger
19 team in the building?
20     A.    Maybe 10 minutes.
21     Q.    And then they left by walking?
22 They used the pedestrian, the front entrance to
23 the building to go out?
24     A.    I'm pretty sure they did, yeah.

1   A.   Yes.

2   Q.   And then what happens?

3   A.   The money goes into the vault, Tony
4 let's us out, and we both leave.

5   Q.   And did you exit by -- is that the
6 only way you could exit, that front door where
7 you come in?

8   A.   As far as I know.

9   Q.   And that's where you exited?

10  A.   Yes.

11  Q.   Did you and Christina leave
12 together?

13  A.   Yes.

14  Q.   And on the prior Saturdays that you
15 had worked, had you left before Tony?

16  A.   I believe so.

17  Q.   Okay.  Was there something that
18 Tony had to do still inside the facility, if you
19 know, that made him stay while you left?

20  A.   I don't know.

21  Q.   When you left, did you say anything
22 to him?

23  A.   No.

24  Q.   Did you say "Good-Bye"?

211

1    A.    Yes.

2    Q.    When you left the building -- had you talked inside the building about what you were going to do when you left at all?

5    A.    No, no.

6    Q.    And when you exited the building, did you have a discussion about what you were going to do?

9    A.    We wanted to get out of the parking lot as fast as possible. We went down the street and parked and left one of our cars there and discussed it then.

13    Q.    Did you when you were in the parking lot have a place where -- I mean, you had to have some discussion about where you were going to go and meet up.

17    A.    She just said basically follow me down here, follow me down the street, so I followed, and I left my car, and she drove to Mike's.

21    Q.    So you both drove separately out of the AMSA parking lot?

23    A.    Yes.

24    Q.    And you followed her?

1   A.   Yes.
2   Q.   And where did you go?
3   A.   I believe it was the Shaw's parking
4   lot. I think I left my car there.
5   Q.   And you got into her car?
6   A.   Yes.
7   Q.   And then what did you do?
8   A.   We went to Mike's house.
9   Q.   And how did it come about that you
10  went to Mike's house?
11  A.   Chris had actually called him on
12  the phone and let him know that we were coming
13  there, something bad had happened, she didn't say
14  over the phone, and then we went there.
15  Q.   Where did she call him from?
16  A.   Her cell phone.
17  Q.   In the car?
18  A.   Yes.
19  Q.   Were you in the car while she
20  called him?
21  A.   I don't recall. I don't think I
22  was.
23  Q.   Okay. When you got into the car
24  and took her car, did she say anything to you?

1  A.  'Cause I was raped.  I didn't know
2  how to tell my husband I was raped, especially
3  with an infant.
4  Q.  While you were telling Mike and
5  Christina, were you drinking alcohol?
6  A.  I had a glass of wine.
7  Q.  Okay.  Was Christina drinking
8  alcohol?
9  A.  No.
10  Q.  Was Mike drinking alcohol?
11  A.  I don't think so.  I don't know.
12  Q.  Were you drinking a glass of wine
13  from the wine that you had brought?
14  A.  Yes.
15  Q.  Did Mike appear intoxicated to you?
16  A.  No.
17  Q.  Did he tell you he had been
18  drinking alcohol all day?
19  A.  No.
20  Q.  Was the movie playing while you
21  were telling them that you had been raped at
22  work?
23  A.  Honestly, I really don't know what
24  was going on around me?

1  everything.
2      Q.    Okay. Did you call your husband
3  from Mike's house?
4      A.    No.
5      Q.    How long were you at Mike's house?
6      A.    About an hour, hour and a half.
7      Q.    And what did you do during that
8  hour and a half?
9      A.    Talked and sat there and drank my
10 glass of wine.
11     Q.    Did you drink more than one glass
12 of wine?
13     A.    No. I don't even think I finished
14 one glass.
15     Q.    And did you stay in -- was it the
16 living room that you were in?
17     A.    Yes.
18     Q.    And did you stay in there?
19     A.    Yes.
20     Q.    Were you crying?
21     A.    Yes.
22     Q.    Were you crying the whole time that
23 you were there?
24     A.    Yes.

```
 1    A.    Yes.
 2    Q.    What time was that at?
 3    A.    9:30.  I really don't know.
 4    Q.    Okay.  During the hour, hour and a
 5  half that you were there, did you eat anything?
 6    A.    I don't think so, no.
 7    Q.    Did Christina eat anything?
 8    A.    No.
 9    Q.    Did Mike eat anything?
10    A.    Not that I know of.
11    Q.    And Mike didn't drink any alcohol
12  the entire time that you were there?
13    A.    Not that I know of.
14    Q.    Was he in your presence the whole
15  time that you were there?
16    A.    No.  He was in the kitchen doing
17  stuff and then coming back in the room.
18    Q.    Okay.  Where did you go from there?
19    A.    I had Chris drop me off at my car
20  and go to my house.
21    Q.    And how long was it -- how long did
22  it take you to get back from Mike's house to your
23  car?
24    A.    About a half hour, forty minutes.
```

1  Q. And then when she dropped you off,
2  did you get right in your car and drive right
3  home?
4  A. No, I talked to her before then.
5  She made sure I was all right. She wanted to
6  know if I wanted her to follow me home, and then
7  I left.
8  Q. How long did you talk to her while
9  you were at Shaw's?
10 A. Maybe 20 minutes.
11 Q. All right. And did you go straight
12 home from there?
13 A. Yes.
14 Q. And what time did you get home?
15 A. I believe it was around 11 p.m.,
16 11, 11:30.
17 Q. And tell me what happens when you
18 got home.
19 A. When I walked in the door, I told
20 my husband that something bad had happened at
21 work, and then I went right into the bathroom
22 because I wanted to brush my teeth and take a
23 shower, and my husband came right into the
24 bathroom after me and ask me what had happened,

1    and I told him I had been raped at work, and he
2    told me, "Do not brush your teeth, don't get in
3    the shower," and he called an ambulance, and my
4    father came over and watched my son, and I was
5    taken by an ambulance to Sturdy Memorial
6    Hospital.
7         Q.    When you -- I'm sorry, it was an
8    apartment that you were living in at that time?
9         A.    Yes.
10        Q.    When you walked into the apartment,
11   where was your husband?
12        A.    In the living room which was right
13   inside the door.
14        Q.    What was he doing?
15        A.    Watching TV.
16        Q.    Where was your son?
17        A.    Sleeping.
18        Q.    What was the first thing that your
19   husband said to you when you walked in the door?
20        A.    He asked me what was wrong, where
21   have I been, and that's when I said something bad
22   happened to me at work.
23        Q.    And that's all you said, "Something
24   bad happened to me at work"?

1   A. Yes.
2   Q. And then you didn't wait to finish
3   that conversation, you just went into the
4   bathroom?
5   A. I wanted to take a shower.
6   Q. Okay. Did you tell him you were
7   going to take a shower?
8   A. Yes.
9   Q. And he comes into the bathroom, and
10  what are you doing in the bathroom when he comes
11  in?
12  A. Getting ready to brush my teeth and
13  take a shower.
14  Q. Are your clothes on?
15  A. Yeah.
16  Q. And so when you say you were
17  getting ready to brush your teeth and take a
18  shower, can you be more specific with me as to
19  what exactly you were doing?
20  A. I was getting a towel ready,
21  putting toothpaste on the toothbrush.
22  Q. And he comes in and says what?
23  A. "Don't take a shower and don't
24  brush your teeth. You can't do that. Whatever

229

1   you might have on you is" --
2       Q.    Okay. Well, let's back up, because
3   all you've testified to so far is that you told
4   him something bad had happened?
5       A.    No, I told him I was raped at work
6   after I told him that.
7       Q.    Okay. Did you say that while you
8   were still in the living room?
9       A.    When he came to the bathroom.
10      Q.    Okay. So when he comes into the
11  bathroom, you're getting ready to take a shower,
12  getting a towel, putting toothpaste on your
13  toothbrush.
14      A.    Yes.
15      Q.    At that point tell me exactly what
16  it was that you said to him.
17      A.    I said I was raped at work because
18  he came in and asked me obviously what happened,
19  and I told him.
20      Q.    And when you said you were raped at
21  work, did you tell him by who?
22      A.    He didn't even give me a chance to
23  even get that out of my mouth. He didn't want me
24  to take a shower. He didn't want me to brush my

1   teeth.
2       Q.      He didn't ask you for the details
3   of the rape --
4       A.      Not at that moment he didn't, no.
5       Q.      -- or how you were raped?
6       A.      Not at that time.  After the
7   ambulance and everything was called, he did.
8       Q.      Okay.  So you tell him that, he
9   immediately says stop what you're doing, and then
10  what?
11      A.      After --
12      Q.      Does he call the ambulance from the
13  bathroom?
14      A.      No.  Out in the living room.
15      Q.      And is that the first phone call
16  that he made?
17      A.      I'm not sure if he called my dad to
18  watch my son first or if it was the ambulance.
19  He might have even called the police.  Honestly,
20  I really don't know who called who first or what.
21  I was very upset.
22      Q.      Where were you while he was making
23  these phone calls?
24      A.      In the bathroom.

1  there or not.
2      Q.    Did you tell any police officer in
3  the hospital that after Mr. Ciambriello sexually
4  assaulted you your friend Christina Parrott came
5  down to the facility to stay with you?
6      A.    I don't think so.
7      Q.    Why not?
8      A.    I don't know. I had so much going
9  on in my mind, the rape kit, everything else.
10     Q.    Did you tell any police officer
11 that night in the hospital that after you left
12 the building when you finished your work you
13 waited in the parking lot for about an hour for
14 Mr. Ciambriello to leave because you were afraid
15 he would follow you home?
16     A.    Yes.
17     Q.    Was that a truthful statement?
18     A.    I had waited in the Shaw's parking
19 lot for Chris. I had said that because I was
20 afraid of telling my husband where I had gone
21 after work. I didn't want him to think that I
22 was not wanting to tell him anything.
23     Q.    Okay. I'm not following you. I
24 guess my question to you was, did you tell a

1  police officer that night in the hospital that
2  after you left AMSA's building you waited in the
3  AMSA parking lot for about an hour for
4  Mr. Ciambriello to leave because you were afraid
5  that he would follow you home?
6     A.     I believe so, yes.
7     Q.     Okay. And then my second question
8  to you was, was that a truthful statement?
9     A.     Not waiting in the parking lot at
10 AMSA for an hour, no.
11    Q.     Did you tell a police officer that
12 night in the hospital that after leaving AMSA and
13 before going home you went to Johnston, Rhode
14 Island with your friend Christina Parrott to
15 visit Mike Pascetta?
16    A.     I don't believe so.
17    Q.     Why didn't you tell them that?
18    A.     I was afraid that my husband was
19 going to find out that I told somebody else first
20 before him.
21    Q.     Did you tell the police that night
22 at the hospital that you went straight home from
23 AMSA to your house or your apartment?
24    A.     I don't believe so.