# TAB 6

My signature below verifies that I received a copy of the AMSA, Inc. Sexual Harassment Policy on the date as noted.

_____Heather Kiernan_____  _____Heather Kiernan_____
Employee Name (Please Print)                Employee Signature

_____4/10/01_____
Date

POSTED BY JH
APR 1 8 2001
CORPORATE HR

Revised 9.00

\* As defined in FMXSR Section 395.2 paragraph ..., On Duty Time

---

**I have read the Armored Motor Service of America policy on Drugs and Alcohol and will comply with all provision of the policy.**

_____Heather Kiernan_____ __4/10/01__      _____[signature]_____ __4-10-01__
Signature            Date                                  Witness              Date

POSTED BY JH
APR 1 8 2001
CORPORATE HR

A0025
Revised: 4/00