

Armored Motor Service of America, Inc.

FAX                Total Pages Inc. This: 7

To: Deb Miller                                    (315) 477-0160
From: Debbie Gates - AMSA                         (716) 924-2477
Date: 2/26/01
Subject: Sexual Harassment - Constructive Discipline Seminar

Deb - Here is the list of attendees for the Seminar in Boston.

3/2    Friday = 17

3/3    Saturday = 26

PS - Pls. fax over quote for cost of Boston Seminar + any deposit due on 3/2/01.

—Deb—
DG

CORPORATE OFFICE
101 Victor Heights Parkway  Victor, NY  14564  (716) 924-2310

A0054

SEXUAL HARRASSMENT MEETING
START TIME 9:00 A.M.
END TIME 4:00 P.M.

| NAME | BRANCH | FRIDAY 3/2/01 | SATURDAY 3/3/01 |
|---|---|---|---|
| Shawn Perry ✓ | Boston | X | |
| Phil Sciascia ✓ | Boston | X | |
| ~~Frank VanBemmel~~ ✓ | ~~Boston~~ | ~~X~~ | |
| Michael McCartin ✓ | Boston | X | |
| Ellen Campbell | Boston | X | |
| Patricia Jouki ✓ | Boston | X | |
| Joyce Reed ✓ | Boston | X | |
| Dennis Yacino ✓ | Boston | X | |
| Bruce Campbell ✓ | Boston | | X |
| Robert O'Brien ✓ | Boston | | X |
| Teisha Vincent ✓ | Boston | | X |
| Ezekiel Rodriguez ✓ | Boston | | X |
| Jim Hartford ✓ | Boston | | X |

A0055

SEXUAL HARRASMENT MEETING
START TIME 9:00 A.M.
END TIME 4:00 P.M.

| NAME | BRANCH | FRIDAY 3/2/01 | SATURDAY 3/3/01 |
|---|---|---|---|
| ~~Michael Rzewnicki~~ | ~~Westfield~~ ✓ | ~~X~~ | |
| Scott Thagard | Westfield ✓ | X | |
| Lise Case | Westfield ✓ | X | |
| Varnie Tucker | Westfield ✓ | | X |
| Darrel Bewsee | Westfield ✓ | | X |
| (John Deroches) | Westfield ✓ | | X |
| Diane Schwalm | Westfield ✓ | | X |
| Paula Sullivan | Westfield (X) | | ~~X~~ |
| Lizianette Gilbes | Westfield ✓ | | X |

A0056

SEXUAL HARRASMENT MEETING
START TIME 9:00 A.M.
END TIME 4:00 P.M.

| NAME | BRANCH | FRIDAY 3/2/01 | SATURDAY 3/3/01 |
|---|---|---|---|
| Lee Ciulla | Attleboro ✓ | | X |
| Clinton Stauff | Attleboro ✓ | | X |
| Angelic Grassi | Attleboro ✓ | | X |
| Tina Green | Attleboro ✓ | | X |
| Michael Kozlowski | Attleboro ✓ | | X |

A0057

SEXUAL HARRASMENT MEETING
START TIME 9:00 A.M.
END TIME 4:00 P.M.

| NAME | BRANCH | FRIDAY 3/2/01 | SATURDAY 3/3/01 | |
|---|---|---|---|---|
| Todd Lemieux | Vermont ✓ | | X | * |
| Jim Cole | Vermont ✓ | | X | * |

ROOM FRI NIGHT MARCH 2, 2001

A0058

SEXUAL HARRASMENT MEETING
START TIME 9:00 A.M.
END TIME 4:00 P.M.

| NAME | BRANCH | FRIDAY 3/2/01 | SATURDAY 3/3/01 | |
|---|---|---|---|---|
| Ian Tait | Maine ✓ | ✗ | | * |
| Terry Dinkins | Maine ✓ | ✗ | | * |
| Steven Novak | Maine ✓ | | X | * |
| Dianna Twitchell | Maine ✓ | | X | * |

ROOM FRI NIGHT MARCH 2, 2001

A0059

A0060

SEXUAL HARRASMENT MEETING
START TIME 9:00 A.M.
END TIME 4:00 P.M.

| NAME | BRANCH | FRIDAY 3/2/01 | SATURDAY 3/3/01 |
|---|---|---|---|
| Jason Pinault | New Hampshire ✓ | X | |
| Jim Nelson | New Hampshire ✓ | X | |
| Rob Kawejsza | New Hampshire | X | |
| Melissa Brien | New Hampshire ✓ | ⊗ | X |
| Kim Porter | New Hampshire ✓ | X | |
| Susan Capri | New Hampshire ✓ | X | |
| Jody Lavine | New Hampshire ✓ | | X |
| Ed Nelson | New Hampshire ✓ | | X |
| Andy Furey | New Hampshire ✓ | | X |
| Rick Moreton | New Hampshire | | X |
| Lorraine Watkins | New Hampshire ✓ | (X) | ~~X~~ |
| Nancy Laurendeau | New Hampshire ✓ | | X |
| Tiffany | | ✓ | X |

Date: 4/6/01

# AMSA "Sexual Harassment" Training

| #  | Name | Branch | Position | #Employees Supervised |
|----|------|--------|----------|------------------------|
| 1. | Alex Hodges | Buffalo | Asst. Manager | |
| 2. | Kevin M. Skorski | Buffalo | Day Supervisor | |
| 3. | Bret A. Brosko | Buffalo | Night Supervisor | |
| 4. | Michael French | Training Dept | Instructor | |
| 5. | Russell Tourangeau | Newburgh | ATM Supervisor | |
| 6. | Jennifer Janicki | Albany | Money Room Supervisor | 25-30 |
| 7. | Brian Paneros | Albany | Asst. Manager | |
| 8. | Daniel Hayner | Albany | Asst. Manager | |
| 9. | Carl Miller | Syracuse E/C | Supervisor | |
| 10.| Rick Fowler | Syracuse | Branch Manager | All (100-110) |
| 11.| Les Schubeck | Syracuse | Money Room Manager | |
| 12.| Alan Faville | Rochester | Asst. Branch Manager | 10 |
| 13.| Tom Rogers | Rochester | ATM Coordinator | |
| 14.| Gary Cingmars | Syracuse | Asst Branch Manager | |
| 15.| Robin Kenner | Rochester | Night Vault Supervisor | |
| 16.| Raymond Pike | Courier Division | General Manager | 100 |

A0061

# AMSA "Sexual Harassment" Training

| Date: | | |
|---|---|---|
| 17. | Ken Rolfridge | Corporate Maintenance Director |
| 18. | | |
| 19. | | |
| 20. | | |
| 21. | | |
| 22. | | |
| 23. | | |
| 24. | | |
| 25. | | |
| 26. | | |
| 27. | | |
| 28. | | |
| 29. | | |
| 30. | | |

A0062

Date: 4/5/01

## AMSA "Sexual Harassment" Training

| # | Name | Branch | Position | #Employees Supervised |
|---|---|---|---|---|
| 1. | Linda Kush | Corp | Asst. Personnel Dir. | |
| 2. | Dan Une | Roch | B.M. | 110 |
| 3. | Barbara Tabaczynski | Buffalo | Office Manager | |
| 4. | Jim Hicks | Bflo | B. Manager | 80 |
| 5. | Thomas Aloi | Roch | Asst Manager | 60 |
| 6. | Paul Goldberg | Reg Mgr Small Bs | Asst Manager | syr |
| 7. | David Leonard | Corp | Training | 80 |
| 8. | Jim Bellis | Elc Syracuse | On | |
| 9. | Timothy O'Connor | Syracuse | Asst. Manager | 65 |
| 10. | Rich Weiss | Syracuse | ATm Support supvr | 6 |
| 11. | Ken Clover | Sp. Courier | Night Supv | 15 |
| 12. | Jim Nagel | w/l Rochester | Operations Super | 26 |
| 13. | Walt Smith | Utica | Courier Mgr | 15 |
| 14. | Thomas Hoffman | Newburgh | Manager | 50 |
| 15. | Pat DeTorre | Newburgh | Asst. Manager | 50 |
| 16. | Jim Kommer | Albany | General Manager Albany | 80+ |

A0063

# AMSA "Sexual Harassment" Training

Date: _____

| # | Name | | |
|---|---|---|---|
| 17. | Dennis Kloss | Albany | Asst. Manager |
| 18. | Michael E. Jacobie | Albany | Asst. Manager | Scott |
| 19. | Linda Briggs | Roberts | Currency Center Supervisor | 30 |
| 20. | | | Nancy Ramos Nill | 25 |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. | | | | |
| 30. | | | | |

A0064

Date: 3/2/01

## AMSA "Sexual Harassment" Training

| # | Name | Branch | Position | #Employees Supervised |
|---|---|---|---|---|
| 1. | Mike Rzewnicki | Westfield | ATM Super. | 128 |
| 2. | Ken Campbell | Marlboro | Money Room Manager | 128 |
| 3. | Pat Goika | Marlboro | Money Room Sup | 12 |
| 4. | Shawn Perry | Marlboro | Gen'l Manager | Alot |
| 5. | Bill Sensia | Marlboro | OPP Mgr. | Alot. |
| 6. | Carla Sullivan | Westfield | Money Room Manager | 15 |
| 7. | Dennis Young | Marlboro | ATM Supervisor | 10 |
| 8. | Frank VanBemmel | Marlboro | Control Mgr. | 8 |
| 9. | Bill Callaghan | Security | VP Security Mgr | 0 |
| 10. | Scott Thigard | Springfield | Coin Dept Mgr | 7 |
| 11. | Mike McCarthy | Marlboro NE | Region ATM M.G.R | 4 |
| 12. | Jason A. Pileart | Manchester | Assistant Branch Manager | 105 |
| 13. | James R. Nason | Manchester | Ant Manager | 55 |
| 14. | Terry Dutkins | Gorham Me | Route Supervisor | 4 |
| 15. | Linda Hopin | Manchester | Supervisor | 10 |
| 16. | Ian F. Tait | Gorham ME | Branch Mgr | 24 |

A0065

## AMSA "Sexual Harassment" Training

Date: 3/2/01

| # | | | | | |
|---|---|---|---|---|---|
| 17. | Dennis Whalen | Manchester | Supervisor | | |
| 18. | Jim Coates | Manchester | Supervising | | |
| 19. | | | | | |
| 20. | | | | | |
| 21. | | | | | |
| 22. | | | | | |
| 23. | | | | | |
| 24. | | | | | |
| 25. | | | | | |
| 26. | | | | | |
| 27. | | | | | |
| 28. | | | | | |
| 29. | | | | | |
| 30. | | | | | |

A0066