# TAB 9

```
                                                          Page 1
 1              UNITED STATES DISTRICT COURT

 2                DISTRICT OF MASSACHUSETTS

 3

 4                           C.A. No. 04-10131-RBC

 5

 6    *******************************

 7    HEATHER KIERNAN,                        *

 8              Plaintiff                     *

 9    vs.                                     *

10    ARMORED MOTOR SERVICE OF AMERICA,       *

11    INC., and FRANCESCO CIAMBRIELLO,        *

12              Defendants                    *

13    *******************************

14

15        DEPOSITION OF:  CHRISTINA PARROTT

16              MORGAN, BROWN & JOY

17                One Boston Place

18              Boston, Massachusetts

19          December 16, 2004   10:00 a.m.

20

21

22                   GAYLE OHMAN

23          CERTIFIED SHORTHAND REPORTER

24                    #1353S94
```

CHRISTINA PARROTT
December 16, 2004

Page 34

1   Q.   And when did you start that?
2   A.   Beginning of October probably.
3   Q.   And you don't expect that to last
4   beyond the holiday season?
5   A.   I have no idea. They haven't
6   definitely said so I don't know.
7   Q.   When did you first meet Heather
8   Kiernan?
9   A.   Oh, when we were younger. I have
10  no idea how old we were or any of that. I've
11  known her for years.
12  Q.   Did you both grow up in the same
13  town?
14  A.   Down the street from each other.
15  We had a mutual friend.
16  Q.   Did you know Heather Kiernan in
17  elementary school?
18  A.   No.
19  Q.   Junior high school?
20  A.   No, I'm older than her. I knew her
21  when I was in there, but I didn't know her from
22  school.
23  Q.   Did you know Heather when you were
24  in elementary school?

Page 35

1   A.   No, she didn't live in the same
2   town as me.
3   Q.   What's your earliest memory of when
4   you became friendly with Heather?
5       MR. MCLEOD: Objection.
6       THE WITNESS: I don't even recall.
7   She was in high school. I may have -- I
8   don't recall if I was friends with her
9   while I was in high school, but I remember
10  she was in high school.
11  Q.   (By Ms. Romantz) Did her family
12  live on Hood Street?
13  A.   No.
14  Q.   What street did they live on?
15  A.   North Avenue.
16  Q.   And do you recall how it was that
17  you actually met Heather?
18  A.   Through a mutual friend.
19  Q.   Who was that?
20  A.   Her name is different now. Do you
21  want her last name then?
22  Q.   Give me her first name, maiden
23  name, and last?
24  A.   Kelly Brown, Dyl, D-Y-L.

Page 36

1   Q.   When did you first meet John
2   Kiernan?
3   A.   When Heather was dating him. I
4   don't know when that was.
5   Q.   When Heather was dating John did
6   you socialize together with the two of them?
7   A.   I think we went out maybe a few
8   times here and there, but not very much.
9   Q.   Did you attend the wedding of John
10  and Heather?
11  A.   Yes.
12  Q.   Did you have a role in it?
13  A.   No.
14  Q.   How old was Heather when she got
15  married if you know?
16  A.   I don't remember how old she was.
17  Q.   Do you know how long it was that
18  she had been dating John Kiernan?
19  A.   No. I don't remember what year she
20  met him. I don't remember any of that.
21  Q.   Was it several years after?
22  A.   I believe, but I have -- I don't
23  recall at all how long they were together.
24  Q.   Did you socialize with Heather and

Page 37

1   John after they got married?
2       MR. MCLEOD: Objection.
3       THE WITNESS: I think we went out
4   maybe once. Like, I'd go over to their
5   house, but not go out, no.
6   Q.   (By Ms. Romantz) How frequently
7   did you go over to their house after they got
8   married?
9   A.   It varied. Not -- you know, maybe
10  a couple times a week. It all depended.
11  Q.   When you went over to their house
12  was John present in the house?
13  A.   Sometimes.
14  Q.   Where were they living; do you
15  recall?
16  A.   When they first got married?
17  Q.   Yup.
18  A.   In North Attleboro. I don't
19  remember the street. I know -- I can show you
20  where it is, but I don't know what the street
21  name is.
22  Q.   When you would go over there what
23  would you do?
24  A.   Just talk and hang out. They

10 (Pages 34 to 37)

CHRISTINA PARROTT
December 16, 2004

Page 42

1  Q.  And to the extent that you recall
2  can you tell me what it was that she said to you
3  about what had happened that caused John to hit
4  her?
5  A.  I don't recall at all what it was.
6  I just remember because I tried to take a
7  picture of it but they never came out.
8    MR. MCLEOD:  Can you read back that
9    answer?
10
11    (Last answer read back)
12
13    THE WITNESS:  The picture never
14    came out.
15    MS. ROMANTZ:  Let's take a quick
16    break.
17
18    (Short break taken)
19
20    MS. ROMANTZ:  Back on the record.
21  Q.  (By Ms. Romantz)  During that period
22  of time that I'm asking you about, which is from
23  when they got married to February of 2001, did
24  Heather ever talk about divorcing -- getting a

Page 43

1  divorce from John?
2  A.  Not to my knowledge.  I don't
3  remember.  I don't know which is a better way to
4  put it.
5  Q.  Do you know from the period of time
6  that they got married to the time that they had
7  Matthew in 2001 whether Heather ever had an
8  extra marital affair?
9  A.  No.
10  Q.  You don't know?
11  A.  I don't know.
12  Q.  Now I want to turn to the period of
13  time after Matthew was born.  And let me ask you
14  from the time that Matthew was born in February
15  of 2001 until May 19, 2001, which is the day
16  that Heather is claiming she was assaulted by
17  Francesco Ciambriello.  In that period of eight
18  or nine weeks did Heather ever express to you an
19  unhappiness in being married to John Kiernan?
20  A.  No.
21  Q.  Did she ever express to you a
22  desire or indicate that she was thinking about
23  seeking a divorce from John?
24  A.  Is this from Matthew was born

Page 44

1  until --
2  Q.  The day of the incident.
3  A.  No.
4  Q.  Are you aware that John Kiernan
5  lost his job either right before Matthew was
6  born or right after Matthew was born?
7  A.  Yes.
8  Q.  And did you ever talk to Heather
9  about the fact that her husband had lost his
10  job?
11  A.  No.
12  Q.  Did Heather ever indicate to you
13  that she had anxiety because John had lost his
14  job right around the same time that her son was
15  born?
16  A.  I don't recall.
17  Q.  At some point after Matthew was
18  born did you learn that Heather was going to
19  look for a job?
20  A.  I don't remember if she said she
21  was going to look.  I remember her getting the
22  job.  I don't remember how it came about.
23  Q.  Did Heather ever indicate to you
24  that she didn't want to go to work because she

Page 45

1  had a newborn son, but she felt she needed to
2  because her husband was unemployed?
3    MR. MCLEOD:  Objection.
4    THE WITNESS:  I don't know if she
5    felt she needed to.  I know she wanted to
6    stay home with her son.  I don't recall.
7    I remember she didn't particularly want to
8    go back to work.
9    I don't remember if she had to or
10    she felt the need to, but -- I don't know,
11    I know she didn't want to.
12  Q.  (By Ms. Romantz)  Was Heather
13  working at AMSA when you applied for a job
14  there?
15  A.  Yes.  That's how I heard of the job
16  opening.
17  Q.  That was my next question.  Do you
18  recall how long Heather had been working there
19  at the time?
20  A.  No, I don't.  It wasn't long but I
21  don't recall how long it was.
22  Q.  Did she recommend AMSA as a place
23  to work?
24  A.  She said they had an opening and

12 (Pages 42 to 45)

Page 58

1  Q.  -- where she had been?
2      MR. MCLEOD: Objection. Again, one
3  at a time, please, for the record. Also
4  so I can --
5      THE WITNESS: Sorry, my mouth is
6  dry.
7      MR. MCLEOD: That's all right.
8  Q.  (By Ms. Romantz) Let me ask you
9  where is the Wendy's in relation to the AMSA
10 facility?
11 A.  Two minutes down the road. Yeah,
12 about a mile.
13 Q.  And you drove?
14 A.  I believe so.
15 Q.  Heather was in your car?
16 A.  Yes.
17 Q.  And did Heather say anything to you
18 at that time about anything that had occurred at
19 AMSA that day with Tony that made her
20 uncomfortable?
21 A.  No.
22 Q.  Did she tell you anything at all
23 about any conversations that she had had with
24 Tony that day?

Page 59

1  A.  No.
2  Q.  Did she indicate at all that she
3  was fearful of being in the AMSA facility alone
4  with Tony?
5  A.  No.
6  Q.  How long were you at the Wendy's?
7  A.  Not long. We went and got the food
8  and she brought it back. So we didn't eat
9  there, no.
10 Q.  And did you bring the food back to
11 AMSA?
12 A.  Yes.
13 Q.  And did you eat it at AMSA?
14 A.  I don't remember if I did or I just
15 dropped her. I don't remember.
16 Q.  And where did you go from there?
17 A.  Back home.
18 Q.  And do you recall at any time
19 during the time that you went to AMSA to pick up
20 Heather and when you returned to AMSA to drop
21 her off did Tony ever exit the facility that you
22 saw?
23     MR. MCLEOD: Objection.
24     THE WITNESS: Not at that time.

Page 60

1  Q.  (By Ms. Romantz) During the time
2  that you were with Heather for this lunch break
3  did you discuss or did you make any plans to get
4  back together with Heather that evening after
5  she had finished work?
6  A.  Yes.
7  Q.  And tell me what it was that the
8  two of you discussed?
9  A.  That I was going to meet her at
10 work and we'd decide then what we were going to
11 do. We hadn't made any definite plans just we
12 were going to hang out after she got out of
13 work.
14 Q.  Did you make a definite time that
15 you were going to meet her?
16 A.  No, she was going to call me when
17 she was done with work because she wasn't sure
18 what time.
19 Q.  And after you dropped Heather off
20 where did you go?
21 A.  With my lunch back home.
22 Q.  And what did you do from the time
23 you dropped Heather off until the time that you
24 next heard from her?

Page 61

1  A.  Things at home. I don't remember.
2  I was at home though the whole time. I don't
3  recall what I did though.
4  Q.  Did you go to any stores?
5  A.  Not that I'm aware. I don't
6  remember.
7  Q.  Other than going to the Wendy's did
8  you and Heather go anywhere else during that
9  lunch break?
10 A.  Not that I can remember. I can't
11 really remember what I did that day at that
12 time.
13 Q.  Do you recall whether or not you
14 had any alcohol to drink that day?
15 A.  During the day?
16 Q.  Yes.
17 A.  No.
18 Q.  When did you next hear from
19 Heather?
20 A.  Later. I don't recall what time it
21 was, but she did call me later on.
22 Q.  Can you tell me about that
23 conversation to the extent you recall anything
24 about it?