# TAB 11

1

1    Volume:   I

2    Pages:    1-105

3    Exhibits: None

4

5    UNITED STATES DISTRICT COURT

6    DISTRICT OF MASSACHUSETTS

7

8    C.A. No. 04-10131 RBC

9    - - - - - - - - - - - - - - - - - - - - - x

10   HEATHER KIERNAN,

11        Plaintiff

12   vs.

13   ARMORED MOTOR SERVICE OF AMERICA, INC.

14   and FRANCESCO CIAMBRIELLO,

15        Defendants

16   - - - - - - - - - - - - - - - - - - - - - x

17

18        DEPOSITION OF EDWARD O'BRIEN

19     Thursday, June 16, 2005 - 9:59 a.m.

20          McLeod Law Offices

21          77 Franklin Street

22          Boston, Massachusetts

23          - - - - - - - - -

24   Reporter:  Maureen J. Manzi, CSR

Edward O'Brien                                                06/16/2005

91

1    systems involved.

2        Q.  And the two systems being?

3        A.  The money room system --

4        Q.  The money room system and another system?

5        A.  And then another black and white system.

6        Q.  And the black and white system would have

7    the same time imprinted on it?

8        A.  On all the cameras.

9        Q.  On all the cameras.  In terms of security at

10   that Attleboro facility, were there holdup buttons

11   located within the facility that an AMSA employee

12   could press to alert a facility, people outside AMSA

13   that there was some type of emergency in the

14   facility?

15           MR. MCLEOD:  Objection.

16       A.  Yes.

17       Q.  Do you recall how many of those buttons were

18   located in the Attleboro facility?

19       A.  I'm trying to remember specifically.  There

20   would be one in dispatch.  There would be one in the

21   money room.  Probably both money rooms.

22       Q.  Were there two money rooms in Attleboro?

23       A.  They walked through one directly and then

24   they walked down the hallway next to the other one.

Edward O'Brien                                          06/16/2005

92

1    There was one -- should have been one in the

2    manager's office, and then should have been one in

3    the vault.  That's our standard.

4        Q.  And can you describe for me what that button

5    looks like within the facility?

6        A.  Well, at the time there would have been

7    buttons on the wall.  They would have been white.

8    They should have been marked HOLDUP BUTTONS with

9    some type of paper above them where you put your

10   finger and pull it down.

11       Q.  And if somebody within the facility pushes

12   that button, what happens?

13       A.  It activates an alarm to one of our security

14   companies who calls the police.  There's no alarm in

15   the building.  It's a silent alarm.  And then the

16   police come down and surround the building.

17       Q.  And so each of the buttons within the

18   facility is marked in some way to alert people as to

19   exactly what it is?

20            MR. McLEOD:  Objection.

21       A.  It should be because it's not a public

22   facility.  We want our employees to know if there is

23   a problem.

24       Q.  And the language that you believe is on the

Edward O'Brien                                    06/16/2005

93

1   sign said HOLDUP BUTTON?

2           MR. McLEOD:  Objection.

3       A.  Would be HOLDUP BUTTON.

4           MS. ROMANTZ:  I don't have any

5   questions.

6           MR. McLEOD:  I have a couple.

7               REDIRECT EXAMINATION

8   BY MR. McLEOD:

9       Q.  Was there ever a diagram of the interior of

10  the Attleboro facility that showed where cameras

11  were located and what they would have viewed, like

12  what the viewing area of those cameras would have

13  been such as something that would have shown zones

14  or anything along those lines?

15      A.  Was there one at one point?

16      Q.  Yes.

17      A.  Yeah.

18      Q.  Was there one that existed at one point that

19  would have shown which cameras were attached to

20  which system in May of 2001?

21      A.  Yeah, there was.  I'm sure there was on the

22  initial when we went in to renovate it and built the

23  facility, put the systems in.  We had to go to the

24  contractors and show them where we wanted certain