# TAB 12

JOHN P. KIERNAN
November 30, 2004

Page 1

1   UNITED STATES DISTRICT COURT
2   DISTRICT OF MASSACHUSETTS
3   C.A. NO. 10131MW
4
5   * * * * * * * * * * * * * * * * *
6   HEATHER KIERNAN,                            *
7           Complainant                         *
8   vs.                                         *
9   ARMORED MOTOR SERVICES OF                   *
10  AMERICA, INC.,                              *
11          Respondent                          *
12  * * * * * * * * * * * * * * * * *
13
14          DEPOSITION OF JOHN P. KIERNAN
15          MORGAN, BROWN & JOY, LLP
16          One Boston Place, 16th Floor
17          Boston, Massachusetts
18      November 30, 2004      10:07 a.m.
19
20
21
22
23          Maryellen Coughlin
24      Registered Professional Reporter

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA   Worcester, MA   Boston, MA   Providence, RI   Manchester, NH

Page 67

```
 1   time Heather left the house to go to work?
 2        A.    Somewhere between 9 and 10 a.m.
 3        Q.    And did you understand she was
 4   going directly to work?
 5        A.    Yes.
 6        Q.    And did you have any plans with
 7   your wife for that evening when she got off work?
 8        A.    No, not to my knowledge, not that I
 9   can recall.
10        Q.    Do you know whether your wife had
11   made plans with anybody else for after she got
12   off work?
13        A.    Not to my knowledge.
14        Q.    Did she indicate to you that she
15   had made plans with anybody else and that she
16   would not come home directly after work?
17        A.    No.
18        Q.    And what time did you expect your
19   wife back home?
20        A.    Anywhere between 3 and 6 p.m.
21        Q.    And at some point since May 19th,
22   2001, have you learned that your wife was not
23   scheduled to work at AMSA on May 19th until
24   2 p.m.?
```

Page 81

1   A.   Yeah. Her father was sitting down
2   on the couch with her, and I was just kind of
3   standing.
4   Q.   Your son remained sleeping the
5   whole time?
6   A.   Correct.
7   Q.   In another room?
8   A.   Right.
9   Q.   From the time that your wife first
10  came home until the time that she left the
11  apartment with the E.M.T.s, it sounds like it was
12  approximately a half an hour.
13  A.   Yes, approximately. I don't think
14  we were logged into the -- it was around midnight
15  they were actually at the hospital.
16  Q.   And during that time, from the time
17  that she first came in the door until the time
18  that she left with the E.M.T.s, did she indicate
19  to you that she had come right home from work?
20  A.   We didn't even get into any of that
21  stuff.
22  Q.   Okay.
23  A.   There was too much going on.
24  Q.   Now, on May 19th, you never went