UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS AT BOSTON

_____

HEATHER KIERNAN,

                Plaintiff,

-v-                                   CIVIL NO.  04-10131 RBC

ARMORED MOTOR SERVICE OF
AMERICA, INC., and
FRANCESCO CIAMBRIELLO

                Defendants.

_____

**PLAINTIFF HEATHER KIERNAN'S OPPOSITION TO THE
MOTION FOR SUMMARY JUDGMENT FILED BY THE DEFENDANT
ARMORED MOTOR SERVICE OF AMERICA INC.**

      The Plaintiff, HEATHER KIERNAN, hereby opposes the Motion for

Summary Judgment filed by the Defendant Armored Motor Service of America,

Inc. (AMSA) on the grounds that there exists genuine disputes of material facts

and that AMSA is not entitled to judgment as a matter of law.

      In support of this Opposition, the Plaintiff files herewith a Memorandum of

Facts and Law In Support of her Opposition, as well as a Response to the

Defendant's Local Rule 56.1 Statement which is incorporated herein as if fully set

forth.

      WHEREFORE, your Plaintiff respectfully requests that her motion be

GRANTED and the either the Defendants be sanctioned, or alternatively, that the

issue of spoliation be bifurcated, and that the Court enter any other relief deemed

equitable, just and proper.

Respectfully submitted:
HEATHER KIERNAN


DATED:        February 27, 2006


/s/  William J. McLeod
William J. McLeod, BBO 560572
McLEOD LAW OFFICES, PC
77 Franklin Street
Boston, MA  02110
617.542.2956/phone
617.695.2778/fax
wjm@mcleodlawoffices.com


<u>Certificate of service</u>

In accordance with the rules of this Court, I hereby certify today, February 27, 2006, that I caused a true copy of this document with the Memorandum of Law In Support and all exhibits and attachments to be served on all parties listed below, who are participants in the Court's ECF program:

David Ardito, counsel for Ciambriello
Allison Romantz, counsel for AMSA


/s/  William J. McLeod
William J. McLeod