# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS AT BOSTON

HEATHER KIERNAN,

        Plaintiff,

-v-                              CIVIL NO. 04-10131 RBC

ARMORED MOTOR SERVICE OF
AMERICA, INC., and
FRANCESCO CIAMBRIELLO

        Defendants.

### AFFIDAVIT OF WILLIAM J. McLEOD

Now comes William J. McLeod, being duly sworn does hereby depose and say:

1. I am over the age of 18 and understand the meaning and obligation of an oath. All information herein is based on my personal knowledge.

2. All of the documents filed herewith were copied by me or under my supervision.

3. Exhibit C, filed herewith, are true and complete copies of certain pertinent pages of the deposition transcript of Jason Khoury.

4. Exhibit D, filed herewith, are true and complete copies of certain pertinent pages of the deposition transcript of Christina Parrott.

5. Exhibit E, filed herewith, are true and complete copies of certain pertinent pages of the deposition transcript of Heather Kiernan.

6. Exhibit F, filed herewith, are true and complete copies of certain pertinent pages of the deposition transcript of Francesco Ciambriello.

1

7. Exhibit G, are true and complete copies of certain pertinent pages of the deposition transcript of Edward O'Brien.

Signed under penalty of perjury this 28th day of February, 2006.

_____
William J. McLeod