# Exhibit G

```
                                                                    1

 1                                         Volume:    I

 2        CERTIFIED ORIGINAL              Pages:     1-105
           LEGALINK BOSTON
 3                                         Exhibits: None

 4


 5                UNITED STATES DISTRICT COURT

 6                 DISTRICT OF MASSACHUSETTS

 7

 8                                    C.A. No. 04-10131 RBC

 9    - - - - - - - - - - - - - - - - - - - - - x

10    HEATHER KIERNAN,

11              Plaintiff

12    vs.

13    ARMORED MOTOR SERVICE OF AMERICA, INC.

14    and FRANCESCO CIAMBRIELLO,

15              Defendants

16    - - - - - - - - - - - - - - - - - - - - - x

17

18         DEPOSITION OF EDWARD O'BRIEN

19         Thursday, June 16, 2005 - 9:59 a.m.

20              McLeod Law Offices

21               77 Franklin Street

22              Boston, Massachusetts

23              - - - - - - - - -

24    Reporter:  Maureen J. Manzi, CSR
```

Edward O'Brien                                                    06/16/2005

2

```
 1   APPEARANCES:
 2   ***    MCLEOD LAW OFFICES
 3              (BY WILLIAM J. MCLEOD, ESQ.)
 4              77 Franklin Street
 5              Boston, Massachusetts   02110
 6              (617) 542-2956
 7              Counsel for the Plaintiff
 8
 9   ***    MORGAN BROWN & JOY, LLP
10              (BY ALLISON K. ROMANTZ, ESQ.)
11              200 State Street
12              Boston, Massachusetts   02109
13              (617) 523-6666
14              Counsel for the Defendant, Armored Motor
15              Service of America, Inc.
16
17
18
19
20
21
22
23
24
```

```
                                                                    3
1                        I N D E X

2     EDWARD O'BRIEN

3     BY MR. McLEOD              4, 93

4     BY MS. ROMANTZ              84

5

6

7

8

9                        E X H I B I T S

10                         - NONE -

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

4

1              P R O C E E D I N G S

2          EDWARD O'BRIEN, having been

3  satisfactorily identified by the production of his

4  driver's license, and duly sworn by the Notary

5  Public, was examined and testified as follows:

6          MR. McLEOD:  Same stipulations as before

7          MS. ROMANTZ:  That's fine.

8               DIRECT EXAMINATION

9  BY MR. McLEOD:

10     Q.  Mr. O'Brien, you have the right to read the

11  transcript that the court reporter is going to be

12  preparing today and make any corrections that you

13  wish.  You'll be able to do that within a 30 day

14  period after we receive it.  Is that something you'd

15  like to do?

16     A.  I might.

17     Q.  I'll make it available for you then.

18     A.  Yes.

19     Q.  You'll have 30 days.  You won't have to sign

20  it in the presence of a notary.

21     A.  Okay.  I have to sign off on it though,

22  right?

23     Q.  You don't have to, but if you want to, you

24  have that right.

1   know what was going on up to that point.
2       Q.  And what did Mr. Bucci say or instruct you
3   to do, if anything?
4       A.  I don't recall anything that he instructed
5   me to do.  I believe I told him what we had to that
6   point and what was seen on the video, and that he
7   was going to confer with the HR Personnel Department
8   in how to handle the Ciambriello situation,
9   specifically the violation of going outside the
10  building -- leaving the building unattended which
11  is, you know, is subject -- it can be disciplined by
12  termination.
13      Q.  When you say unattended, what do you mean?
14      A.  There was nobody inside the building to
15  answer the radios of the other trucks that were out
16  there.  There was large quantities of cash in the
17  vaults.  A very dangerous situation for all
18  concerned.  It would be similar to, our trucks on
19  the road, there's always somebody in a truck.  You
20  know, they don't stand outside the truck.  If both
21  of them are outside, they'd both be fired because we
22  can't allow that to happen because bad guys are
23  watching us.  But they do, they watch that -- that
24  particular building, there had been a -- in

103

1  Q.  Ultimately responsible for the branch?
2  A.  Yeah, for all that.
3  Q.  I'm all set.
4       MS. ROMANTZ:  Great.  I am, too.
5       (Whereupon, at 12:09 p.m., the
6  deposition of Edward O'Brien adjourned.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

                                                                    104

1                    E R R A T A   S H E E T

2         I, EDWARD O'BRIEN, do hereby certify that I

3    have read the foregoing transcript of my testimony,

4    and further certify that it is a true and accurate

5    record of my testimony (with the exception of the

6    corrections listed below):

7    Page        Line              Correction

8    ____        ____       _____

9    ____        ____       _____

10   ____        ____       _____

11   ____        ____       _____

12   ____        ____       _____

13   ____        ____       _____

14   ____        ____       _____

15   ____        ____       _____

16   ____        ____       _____

17   ____        ____       _____

18   ____        ____       _____

19

20   Signed under the pains and penalties of perjury this

21   ____ day of _____, 2005

22

23                    _____

24                    EDWARD O'BRIEN

1  COMMONWEALTH OF MASSACHUSETTS

2  MIDDLESEX, ss.

3       I, Maureen J. Manzi, Certified Shorthand

4  Reporter and Notary Public, CSR #135093, duly

5  commissioned and qualified in and for the

6  Commonwealth of Massachusetts, do hereby certify

7  that there came before me on the 16th day of June,

8  2005 the person hereinbefore named, who was by me

9  duly sworn to testify to the truth and nothing but

10 the truth of their knowledge touching and concerning

11 the matters in controversy in this cause; that they

12 were thereupon examined upon their oath, and their

13 examination reduced to typewriting under my

14 direction and that the deposition is a true record

15 of the testimony given by the deponent.

16      In Witness Whereof, I have hereunto set my

17 hand and affixed my seal this 26th day of June,

18 2005.

19

20            *Maureen J. Manzi* (signature)

21

22      Notary Public

23      My Commission Expires:

24      January 17, 2008

CERTIFIED ORIGINAL
LEGALINK BOSTON