# Exhibit B

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10131

ORIGINAL

* * * * * * * * * * * * * * * * * * *

HEATHER KIERNAN, *

Plaintiff *

vs. *

ARMORED MOTOR SERVICE OF AMERICA, *

INC. AND FRANCESCO CIAMBRIELLO, *

Defendants *

* * * * * * * * * * * * * * * * * * *

DEPOSITION OF **HEATHER L. KIERNAN**

MORGAN, BROWN & JOY, LLP

200 State Street

Boston, Massachusetts

June 17, 2005 9:55 a.m.

Maryellen Coughlin

Registered Professional Reporter

Q. Okay. So tell me what happens when you tell him that your shoulder hurts?
A. He moves his chair up behind me, his rolling chair, and he's sitting behind me with his legs around the back of the chair, and he starts to try to massage my shoulders.
Q. And does he try to massage both of your shoulders --
A. I don't remember.
Q. -- or just one?
A. I believe both.
Q. And you're still sitting in the chair?
A. Yes.
Q. How high up does the back of the chair go?
A. Maybe halfway up my back.
Q. Okay. So sort of below your shoulder blades?
A. Yes.
Q. And is it one of those chairs that if you sort of push, lean back, does it go back?
A. It probably could have, but I have a lock on it so I wouldn't fall.

Q. And the lock means so that it won't sort of go back?
A. Yes.
Q. Okay. And does he actually touch your shoulders?
A. Yes.
Q. And what does he do?
A. What does he do with my shoulders?
Q. Yes.
A. He just started massaging them, and I told him not to do it.
Q. Okay. Did he use two hands?
A. I believe so, yes.
Q. And do you remember whether it was one hand on each shoulder or was it two hands on the injured shoulder?
A. I don't remember.
Q. Okay. And how long did he massage your shoulder or shoulders before you told him not to?
A. Not even a minute.
Q. And what specifically did you say to him?
A. I told him I didn't want him to do

that. I don't know my exact words, but I know I told him not to do it.

Q. What did he say, if anything, in response to that?

A. I don't think he responded to that.

Q. Did he stop rubbing your shoulder?

A. Yes.

Q. Okay. Did he move away from you in terms of the chair?

A. No.

Q. Okay. What happened next?

A. He tried to put his hand up my shirt.

Q. And when you say up your shirt, do you mean from going below so that it would --

A. Yes.

Q. -- come in -- did he try to put his hand under your shirt?

A. Yes.

Q. And from the below as opposed -- and by below I mean from your waist up as opposed to from the neck hole down.

A. I believe so.

Q. Okay. And what hand was it?

A. I have no idea.

MR. McLEOD: Objection.

Q. Was he still behind you?

A. Yes.

Q. Okay. And did he do that immediately after he stopped rubbing your shoulder?

A. Yes.

Q. And what did you say, if anything, to him when he did that?

A. I told him to stop.

Q. Did you push his hand away?

A. Yes.

Q. Was it both hands or one hand?

A. I believe it was only one hand, but I'm not sure.

MR. McLEOD: Objection. When you say both hands or one hand, I want to be clear who's touching -- whose hands are you talking about, hers or his?

MS. ROMANTZ: His?

MR. McLEOD: Okay. I wasn't sure if you were talking about the pushing away.

MS. ROMANTZ: Oh, okay.

How did you push away, let me ask you that? Did you push his hand away?

A. Yes.

Q. And how did you do that?

A. I just moved his hand and pulled my shirt back down.

Q. Where did he place his hands on your body under your shirt, if anywhere?

A. On my breasts.

Q. And do you recall which breast it was?

A. No.

Q. Were you wearing a bra?

A. Yes.

Q. And was it on top of your bra?

A. No.

Q. It was underneath your bra?

A. Yes.

Q. So did he put his hand under your shirt and then under your bra?

A. Yes.

Q. And what did he do with his hand once he put it there, if anything?

A. He was basically touching me

inappropriately under my bra.

Q. Was he moving his hand?

A. Yes.

Q. And how long was his hand there before you pushed it away?

A. Not even a minute.

Q. And let me ask you, 'cause I know witnesses have a tendency sometimes when I ask how long something takes, they say something like not even a minute. A minute is a very long time. I mean, do you think it was there for a minute or do you think it was there for a few seconds?

A. A few seconds.

Q. Okay. And let me ask you, because I asked you how long he was massaging your shoulder, and you said not even a minute. Do you think he was massaging your shoulder for longer than a few seconds?

MR. McLEOD: Objection.

A. It wasn't very long.

Q. Okay. Did you ever tell him when he was massaging your shoulders that it felt good?

A. No.

Q. Did you ever make any type of vocal expressions which would indicate that it felt good?

MR. McLEOD: Objection.

A. No.

Q. What happens -- do you both sort of physically take his hand away or push his hand away at the same time that you say something to indicate that you don't want him to do that?

MR. McLEOD: Objection.

A. Can you repeat the question?

Q. Sure. All right, let me ask you because I'm not even sure I did. Did you both physically push his hand away as well as vocally tell him that you didn't like him touching your breast?

A. Yes.

Q. And did you do that simultaneously?

A. Did I --

Q. At the same time, push his hand away and tell him that you didn't like it?

A. Yes.

Q. And do you remember specifically what it was that you said to him?

A. Not specifically. I know I told him to stop, but I don't know specifically the words that I used.

Q. Did you say it in a raised tone of voice?

A. I just told him to stop. I don't know what tone of voice I had or --

Q. Okay. Were you angry?

A. Yes.

Q. What did he say when you told him to stop?

A. He didn't really say anything. He just kept doing what he was doing.

Q. Okay. Was he saying anything to you while he was putting his hand under your shirt and touching your breast?

A. Not that I recall, no.

Q. I'm sorry, what was that?

A. Not that I recall, no.

Q. When you pushed his hand away and told him to stop, what happened then?

A. At some point he was attempting to kiss me.

Q. Was he still sitting behind you?

A. Yes.

Q. And when you say -- were his legs sort of straddling you, and by that I mean one on each side?

A. Yes.

Q. And so your back is to his front?

A. Yes.

Q. And how did he try to kiss you? Did he try to kiss you on your face?

A. Yes.

Q. And how does he try to do that?

MR. McLEOD: Objection.

Q. I guess I'm just trying to figure out physically how that happened if the back of your head is to him?

A. He moved my head back.

Q. And how did he move your head back?

A. With his hands.

Q. Okay. With both hands?

A. I believe so, yes.

Q. Okay. So he turns your head sort of towards him?

A. Yes.

Q. And his hands are where on your

head?

A. I don't recall.

Q. And is this after he touches your breast?

A. Yes.

Q. And what do you do when he puts his hand on your head and turns your head?

A. I turned away.

Q. You turned your head away or your body away?

A. My head.

Q. And did the two of you kiss?

A. No.

Q. Okay. Did any part of his lips make contact with any part of your head?

A. Yes.

Q. What part?

A. I believe my cheek. I remember being scraped by his facial hair on my face.

Q. Okay. And did he say anything while he was doing that?

A. I believe I repeated again that I didn't want to do that, and he said, "Why not?" That's about the only thing he said.

Q. And what did you say in response to the why not?

A. I believe I said, "I'm married. It's not right."

Q. And did he respond in any way to that?

A. No.

Q. Could you smell alcohol on his breath?

A. Not that I recall.

Q. And so what happens after you twist your head away?

A. Then he unbuttoned my pants and tried to put his hand down my pants.

Q. And are you still sitting down at this point?

A. Yes.

Q. And is he still sitting down?

A. I believe so, yes.

Q. And is he still sort of behind you with his legs one on each side of you?

A. Yes.

Q. And does he actually unbutton your pants?

A. Yes.

Q. And does he use one hand or two hands to unbutton the pants?

A. I'm not positive.

Q. Okay. Does he put both of his arms around you?

A. I believe so, yes.

Q. Okay. And what are you doing with your hands while he is unbuttoning your pants --

MR. McLEOD: Objection.

Q. -- if anything?

A. I know I had the timecards in my hands still.

Q. Did you have the timecards in your hands the entire time that he was massaging your shoulder, putting his hand under your shirt to touch your breast and then kissing you, or trying to kiss you?

A. I don't recall if I had them in my hands the whole time, but they were in front of me.

Q. Okay. But you do recall that you had the timecards in your hands when he tries to or does unbutton your pants?

A. I don't recall. I mean, they were in front of me, I know that much.

Q. Okay. And so far we've sort of talked about three or four different actions, for lack of a better word. Is this the chronology or the correct order in which they occurred? And by that I mean first the shoulder massage, then the hands under the shirt touching the breast, then the attempt to kiss you and then the unbuttoning of the pants.

A. Yes.

Q. Okay. And so you don't remember what, if anything, you did while he was unbuttoning your pants?

A. I know I pulled his hand out and buttoned my pants back up and zipped them back up.

Q. So did he both unbutton your pants and unzip your pants?

A. I believe so, yes.

Q. And you're still sitting down?

A. Yes.

Q. Did you try to stand up at all?

A. When I buttoned them back up and

zipped them up.

Q. Okay. Did you try to stop him after he had unbuttoned your pants but before he had unzipped them?

MR. McLEOD: Objection.

A. Yeah, I don't understand what you mean by that.

Q. Okay. Did he unbutton the pants before he unzipped the pants?

A. I don't know which way, how he did it.

Q. Okay. When he unbuttoned and unzipped the pants, what did he do then?

A. He put his hand down my pants.

Q. Okay. Were you wearing underwear?

A. Yes.

Q. Okay. Did he put his hands under your underwear?

A. Yes.

Q. And did he touch you anywhere on your body?

A. Yes.

Q. Okay. And where was that?

A. On my vagina.

Q. And other than touch you, did he do anything with his hand?

A. He didn't have time to. I removed his hand.

Q. Okay. And how long would you say it was that his hand was in your pants touching your vagina?

A. A couple of seconds.

Q. Okay. And at that point, is that when you stood up?

A. Yes.

Q. And when you stood up, is that when his hand was removed?

A. His hand was removed before I stood up.

Q. Okay. Did you physically remove his hand?

A. Yes.

Q. And how did you do that?

A. I just took his hand and took it out of my pants and buttoned my pants back up.

Q. Okay. Where did you touch him to remove his hand?

A. His wrist.

Q. And was it just one hand that he had down your pants?

A. I'm not sure.

Q. And he was still behind you?

A. Yes.

Q. Sitting down?

A. Yes.

Q. Okay. And did you say anything to him at that time?

A. I believe I said that I didn't want to do this and that it wasn't right, and that's when I was buttoning my pants back up.

Q. And is that when he said, "Why Not"?

A. Yes.

Q. Was he still sitting when you stood up?

A. I believe he also stood up.

Q. Okay. And what happened next?

A. That's when he asked me to go through the money room.

Q. Okay. What did he say specifically?

A. I'm not positive on his exact

words, but I know he said something along the line of come with me.

Q. And did he indicate where it was that he wanted you to go?

A. No.

Q. And what did you say when he said come with me?

A. I said no.

Q. And what happened next?

A. He ended up taking me through the money room down into Jay's office.

Q. Okay. Now, when you say he ended up taking me down through the money room or to the money room, where is the money room in relation to the dispatch area where you are?

A. Basically the desk you're sitting at at the window is to the left of that, and you got to go through the money room to get to Jay's office.

Q. Okay. And once you get through the money room, is there a corridor?

A. Yes.

Q. And Jay's office is at the end of that corridor?

A. Yes.

Q. And were the doors to the money room -- so you entered the money room and exited the money room through two different doors --

A. Yes.

Q. -- on opposite ends of the room?

A. Yes.

Q. And were both of those doors open?

A. Yes.

Q. And how was it -- when he said come with me, or words to that effect and you said no, how was it that you started walking?

A. He put his arm behind me and started to bring me down there.

Q. Did he threaten you in any way verbally?

A. Not verbally, no.

Q. Did he threaten you in any way nonverbally?

A. Yes.

Q. And how was that?

A. He was very forceful and stern I guess, I would say.

Q. And was he was forceful and stern