1    when he said come with me?
2       A.      Yes, and when I kept telling him no
3    and he kept going.
4       Q.      And that's while you were
5    proceeding into Jay's office?
6       A.      Yes. I believe I said I didn't
7    want to go in there, I don't want to go in there.
8       Q.      And did he respond in any way?
9       A.      No.
10      Q.      Nothing?
11      A.      No.
12      Q.      Just silence?
13      A.      I believe so.
14      Q.      Okay. How many times -- how long
15   did it take you to walk from where you were at
16   dispatch to go into Jason's office?
17      A.      Seconds.
18      Q.      Okay. And how many times during
19   that walk, if any, did you tell him you didn't
20   want to go back there or in there?
21      A.      At least twice.
22      Q.      Did you say anything else?
23      A.      Not that I recall.
24      Q.      Did he say anything?

1    A.    I don't think so.

2    Q.    Okay. And while you walked from
3 the dispatch area into Jason's office, did he
4 touch you in any way?

5    A.    He had his arm around me the whole
6 time, in back of me.

7    Q.    Okay. On what side of you was he?

8    A.    On my left side.

9    Q.    He was on your left side, and did
10 he have both arms around you?

11    A.    No.

12    Q.    Okay. One arm?

13    A.    Yes.

14    Q.    So if he was on your left side,
15 what arm did he have around you? Was it his
16 right arm?

17    A.    I believe so.

18    Q.    And when you say it was around you,
19 was it touching your body?

20    A.    Yes.

21    Q.    Okay. Where was it touching your
22 body?

23    A.    I believe it was around my lower
24 back and into the front.

1  Q.  Okay. And so his right hand was
2  actually -- was it on your waist?
3  A.  Yes.
4  Q.  And was he pulling you like toward
5  him?
6  A.  Yes.
7  Q.  Okay. And did he have his gun with
8  him at that time?
9  A.  Yes.
10  Q.  Where was it?
11  A.  I'm not positive, but I believe it
12  was on his left hip.
13  Q.  In his holster?
14  A.  Yeah, in his holster.
15  Q.  Had he ever up until that period of
16  time taken his gun out of the holster?
17  A.  Yes.
18  Q.  Okay. And by that I mean -- you
19  understood that to be on May 19th?
20  A.  No.
21  Q.  Okay. Good thing I clarified that.
22  On May 19th in your presence did he ever take his
23  gun out of the holster?
24  A.  No.

1      Q.     And do you believe that his gun
2  remained in the holster at all times on May 19th
3  when you were in his presence?
4      A.     What do you mean by in the holster?
5  Like the way it's suppose to be in the holster
6  or --
7      Q.     I guess.  I'm not that familiar
8  with it, so, yes, the proper way it's suppose to
9  be in the holster?
10             MR. McLEOD:  I'll just object.
11     A.     I'm really not sure if it was in
12 there the way it was suppose to be or not, but I
13 think it was there.
14     Q.     Okay.  Did he ever have the gun
15 tucked into the back of his pants?
16     A.     I'm not sure.
17     Q.     Okay.  Did you ever see him on
18 May 19th remove his gun from the holster and put
19 it into the back, tuck it into the back of his
20 pants?
21     A.     Not that I recall, no.
22     Q.     Did you ever see him remove his gun
23 or move his gun at all on May 19th?
24     A.     When he was pulling his pants down,

1  yes.
2     Q.   And is that when he's in
3  Mr. Khoury's office?
4     A.   Yes.
5     Q.   Okay, we'll get to that in a little
6  bit. But until that time, did you ever see him
7  touch his gun?
8     A.   On May 19th?
9     Q.   On May 19th.
10    A.   No.
11    Q.   Okay. You walked through the money
12 room, and you're in that corridor, and as you're
13 walking through the corridor, does he still have
14 his arm around you?
15    A.   Yes.
16    Q.   Okay. And at some point you get to
17 the end of the corridor and there's a door?
18    A.   Yes.
19    Q.   And is that door open or closed?
20    A.   Closed.
21    Q.   And is it locked or unlocked?
22    A.   Locked.
23    Q.   And what happens?
24    A.   Tony opens the door with a key.

159

```
 1        Q.        Where is the key?
 2        A.        On a big ring of keys that he had.
 3        Q.        Does he have to take the key -- is
 4   the key ring like attached to his belt loop?
 5        A.        I don't recall.
 6        Q.        Does he have to take the keys into
 7   his hand in some way?
 8        A.        Yeah.  I'm not really sure how he
 9   went about unlocking the door.  I know that he
10   unlocked it.
11        Q.        As he's unlocking it, is his right
12   arm still around you?
13        A.        Yes.
14        Q.        And is his hand still sort of
15   grabbing your waist?
16        A.        Yes.
17        Q.        And he opens the door with then his
18   other hand?
19        A.        Yes.
20        Q.        And would that be his left hand?
21        A.        Yes.
22        Q.        And where are you all standing in
23   relation to the doorknob?
24        A.        I'm not sure where the doorknob
```

160

1  was, but I know that he just got the door
2  unlocked with the key and opened it.
3       Q.    And is the doorknob at what
4  appeared to you to be like a normal level?
5       MR. McLEOD:  Objection.
6       A.    Yes.
7       Q.    Okay. And when he puts the key in
8  to open it, does he do that all with one hand?
9       A.    Yes.
10      Q.    And at the same time he's doing
11 that, his other hand is around you?
12      A.    Yes.
13      Q.    Okay. And does he pull the key out
14 of the door?
15      A.    I don't recall.
16      Q.    Okay. And that door gets you into
17 where?
18      A.    Jay's office.
19      Q.    Okay. Was there like an office --
20 was Jay's office -- did you have to go through
21 like Cindy's office to get to Jay's office?
22      A.    Yes. Her office was never locked.
23      Q.    Okay. And was there a door there?
24      A.    Not that was shut.

161

1    Q.    Not that was shut, okay. So you go
2 into Jay's office, and tell me what happens.
3    A.    He holds one of my hands behind my
4 back, pulls my pants down and has oral sex with
5 me.
6    Q.    Okay. Are you standing?
7    A.    Yes.
8    Q.    And is he holding both of your
9 hands with one of his hands?
10    A.    I don't recall if he's holding -- I
11 believe he's holding both of my hands. I'm not
12 sure. I know he has one on my pants that are on
13 the floor. I don't recall if he's holding both
14 hands or not.
15    Q.    Okay. And he unbuttons and unzips
16 your pants?
17    A.    Yes.
18    Q.    And while he unbuttons and unzips
19 your pants, is he still holding your hands?
20    A.    Yes.
21    Q.    Okay. And is he holding your hands
22 behind your back?
23    A.    Yes.
24    Q.    And I'm just not clear, are you

162

1  sure he's holding both hands or are you not sure
2  he's holding both hands?
3      A.    I'm not sure if he's holding both
4  hands.
5      Q.    Okay.  But you do know he's at
6  least holding one hand behind your back?
7      A.    Yes.
8      Q.    And how is he holding it behind
9  your back?  Is your hand bent?
10     A.    Yes.
11     Q.    And is he pressing it against your
12 back, is that how he's holding it?
13     A.    I don't recall exactly how he was
14 holding my hand.
15     Q.    Okay.  Could you move that hand?
16     A.    No.
17     Q.    Did you try?
18     A.    Yes.
19     Q.    Okay.  And it's possible that he
20 might have been holding both of your hands behind
21 your back?
22     A.    Yes.
23     Q.    Okay.  And he pulls down your pants
24 and your underwear?

1   A.   Yes.
2   Q.   And pulls them all the way down to
3 the floor, below your knees?
4   A.   Yes.
5   Q.   Okay. And you're standing there
6 while he's doing that?
7   A.   Yes.
8   Q.   And is he standing up?
9   A.   He was before he pulled down my
10 pants, and then he kneeled. Well, he knelt and
11 held my pants.
12  Q.   Okay. So he's got one hand holding
13 either one of your lands or both of your hands
14 behind your back --
15  A.   Yes.
16  Q.   -- and the other hand he's using to
17 unbutton your pants and unzip your pants and pull
18 them down.
19  A.   Yes.
20  Q.   And while he's doing that, pulling
21 your pants to the ground, he's kneeling?
22  A.   Yes.
23  Q.   And when he's kneeling, is he like
24 on both knees?

| | | |
|---|---|---|
| 1 | A. | I don't believe so.  I think he was |
| 2 | | on one knee.  I'm not positive. |
| 3 | Q. | And what does he do then? |
| 4 | A. | He has oral sex with me. |
| 5 | Q. | And how long did that happen? |
| 6 | A. | It felt like forever.  Five |
| 7 | | minutes.  I don't know. |
| 8 | Q. | Okay.  And are you trying to move |
| 9 | | away from him? |
| 10 | A. | Yes. |
| 11 | Q. | And do you have the use of either |
| 12 | | one of your hands? |
| 13 | A. | No. |
| 14 | Q. | So if you don't have the use of |
| 15 | | either one of your hands, is it because he's |
| 16 | | holding both of them? |
| 17 | A. | I believe so, yes. |
| 18 | Q. | Okay.  And that's behind your back? |
| 19 | A. | Yes. |
| 20 | Q. | Okay.  And when you say he has oral |
| 21 | | sex, what does he do specifically? |
| 22 | A. | He was putting his tongue on my |
| 23 | | vagina. |
| 24 | Q. | Okay.  Anything else? |

165

| | | |
|---|---|---|
| 1 | A. | He also used his fingers. |
| 2 | Q. | Okay. Do you know what hand? |
| 3 | A. | I have no idea what hand. |
| 4 | Q. | Okay. Did he insert his finger in |
| 5 | your vagina? | |
| 6 | A. | Yes. |
| 7 | Q. | Was it more than one finger? |
| 8 | A. | I'm not sure how many fingers. |
| 9 | Q. | Okay. And what were you doing |
| 10 | while he was doing that? | |
| 11 | A. | Panicking. |
| 12 | Q. | Were you moving at all? |
| 13 | A. | Yes. |
| 14 | Q. | Were you trying to get your hands |
| 15 | free? | |
| 16 | A. | Yes. |
| 17 | Q. | And were you able to? |
| 18 | A. | No. |
| 19 | Q. | So would it be fair to say that |
| 20 | he's holding your hands behind your back tightly? | |
| 21 | A. | Yes. |
| 22 | Q. | And then what happens? |
| 23 | A. | Then I finally was able to get out, |
| 24 | and on my way out, he pulled his pants down and | |

1  asked me to suck it, were his exact words, and I
2  walked out and into the bathroom down the hall.
3      Q.    While he was kneeling in front of
4  you, did you ever try to knee him?
5      A.    I couldn't even move.
6      MR. McLEOD:  Objection.
7      A.    I couldn't move my legs.
8      Q.    You couldn't move your legs, okay.
9  And how does that end, the oral sex part of him
10 performing oral sex on you?
11     MR. McLEOD:  Objection.
12     A.    How does it end?
13     Q.    How does that stop happening?
14     A.    I told him I had to leave and go to
15 the bathroom, and I got my hands free and went
16 out to the bathroom.
17     Q.    Okay.  And while he was performing
18 oral sex on you, were you saying anything?
19     A.    I'm telling him no.
20     Q.    How many times did you tell him no
21 while you were in that room?
22     A.    I don't know.  A number of times.
23     Q.    Okay.  More than ten?
24     A.    Yes.

211

1   A.   Yes.
2   Q.   When you left the building -- had
3   you talked inside the building about what you
4   were going to do when you left at all?
5   A.   No, no.
6   Q.   And when you exited the building,
7   did you have a discussion about what you were
8   going to do?
9   A.   We wanted to get out of the parking
10  lot as fast as possible. We went down the street
11  and parked and left one of our cars there and
12  discussed it then.
13  Q.   Did you when you were in the
14  parking lot have a place where -- I mean, you had
15  to have some discussion about where you were
16  going to go and meet up.
17  A.   She just said basically follow me
18  down here, follow me down the street, so I
19  followed, and I left my car, and she drove to
20  Mike's.
21  Q.   So you both drove separately out of
22  the AMSA parking lot?
23  A.   Yes.
24  Q.   And you followed her?

212

1     A.    Yes.

2     Q.    And where did you go?

3     A.    I believe it was the Shaw's parking lot. I think I left my car there.

5     Q.    And you got into her car?

6     A.    Yes.

7     Q.    And then what did you do?

8     A.    We went to Mike's house.

9     Q.    And how did it come about that you went to Mike's house?

11     A.    Chris had actually called him on the phone and let him know that we were coming there, something bad had happened, she didn't say over the phone, and then we went there.

15     Q.    Where did she call him from?

16     A.    Her cell phone.

17     Q.    In the car?

18     A.    Yes.

19     Q.    Were you in the car while she called him?

21     A.    I don't recall. I don't think I was.

23     Q.    Okay. When you got into the car and took her car, did she say anything to you?

| | | |
|---|---|---|
| 1 | A. | She asked me if I was all right. |
| 2 | Q. | And at that point she didn't know |
| 3 | what had happened, right? | |
| 4 | A. | No. |
| 5 | | MR. McLEOD: Objection. |
| 6 | Q. | Did you tell her what happened? |
| 7 | A. | I told her that -- I really didn't |
| 8 | get into any details with her.  I was really | |
| 9 | shaken up.  I went into that Tony had | |
| 10 | inappropriately done things to me that hurt me, | |
| 11 | and I didn't want any long drawn out details with | |
| 12 | her then.  I didn't feel like talking about it. | |
| 13 | Q. | Did she ask any questions? |
| 14 | A. | Yes. |
| 15 | Q. | I mean, tell me specifically what |
| 16 | it was that you said to her and what she said to | |
| 17 | you, to the best of your memory. | |
| 18 | A. | To the best of my memory, I said |
| 19 | that Tony had touched me in inappropriate places, | |
| 20 | and that I was scared, I didn't know what to do. | |
| 21 | I didn't know how I was going to tell my husband | |
| 22 | because he was going to flip out.  Basically | |
| 23 | that's what we talked about. | |
| 24 | Q. | Did you tell her that he had |

1  performed oral sex on you?

2  A.   I don't think I told her in the
3  car.  Eventually she found out, obviously.

4  Q.   Did you tell her that he had
5  dropped his trousers and held his penis and said
6  "Suck Me"?

7  A.   Not then I didn't.

8  MR. McLEOD:  Objection.

9  Q.   So all you said was he touched me
10 in inappropriate places?

11 A.   At that time in the car, yes.

12 Q.   In the car?

13 A.   Yes.

14 Q.   And that was after she had already
15 called Mike Pascetta?

16 A.   Yes.

17 Q.   Was she driving while you were
18 having this discussion?

19 A.   Yes.

20 Q.   And when you were telling her this,
21 what did she say to you?

22 A.   "Oh, my God, I can't believe this
23 is happening to you."

24 Q.   What else did the two of you talk

1 about?

2     A.    That's basically it.

3     Q.    Did you tell her that you wanted to
4 go to the police to report it?

5     A.    I told her I didn't know what to
6 do. I really had no idea. I was more
7 emotionally distraught than anything. I didn't
8 know what to do. I didn't know what to say.

9     Q.    Were you crying?

10     A.    Yes.

11     Q.    Did she suggest that you go to the
12 police instead of going to Mike Pascetta's house?

13     A.    I don't think she really knew what
14 to do either. Being my friend for 20 years, she
15 was kind of shocked too.

16     Q.    Did you suggest that rather than go
17 to Mike Pascetta's house you go home?

18     A.    No.

19     Q.    Go to your parents's house?

20     A.    No.

21     Q.    You get in the car, and she tells
22 you, "I've called Mike Pascetta, and we're going
23 to go to his house"?

24     MR. McLEOD:    Objection.

216

1  Q.    I mean, is that how it occurred?

2  A.    No. That was a kind of spur of the
3  moment going to his house. I didn't expect to go
4  there at all.

5  Q.    And she made the decision to go?

6  A.    Yes.

7  Q.    And had she made the -- I'm just
8  trying to figure out when it was that she called
9  him. Was it before or after you actually told
10 her specifically that Tony had touched you in
11 inappropriate places?

12 A.    Well, technically I told her he had
13 touched me in inappropriate places when she was
14 in the parking lot. I said "Something bad
15 happened." She knew then. So she told Mike when
16 she got in the car when we had left that
17 something bad had happened.

18 Q.    Okay. And just so that I can be
19 completely clear about what you told Christina
20 and when, when she came down to AMSA and you went
21 out into the parking lot and talked to her, other
22 than saying something bad happened, don't make
23 any faces, did you tell her what it was bad that
24 had happened?

1   A.  Not at that time, no.
2   Q.  And is it your testimony that by
3   virtue of the fact of you telling her that
4   something bad had happened that she understood
5   that to mean that Tony had touched you in
6   inappropriate places?
7   A.  I'm not understanding your
8   question.
9   Q.  Okay. Did Christina as far as you
10  know by being told that something bad had
11  happened to you know what that was?
12      MR. McLEOD:  Objection.
13  A.  When I told her something bad
14  happened, she -- you know, I was work with him by
15  myself, so she said that she figured it was
16  something that wasn't really good with him.
17  Q.  Did she say that she figured it was
18  some sexual thing?
19  A.  She didn't say anything 'cause I
20  told her not to make any comments. I didn't know
21  if I was videotaped and audiotaped outside. I
22  didn't want him hearing anything. I didn't know
23  anything. I was very nervous.
24  Q.  Okay. What time did your husband