218

1  expect that you were going to be home that
2  evening?
3              MR. McLEOD:  Objection.
4       A.      He didn't really expect me at any
5  time.  It fluctuated.  The trucks could be late.
6       Q.      How long did it take you to drive
7  from the Shaw's parking lot to Mike Pascetta's
8  house?
9       A.      About a half hour.
10      Q.      And other than telling Christina
11 that Mr. Ciambriello had touched you in
12 inappropriate places, did you talk more about
13 what it was that had occurred while you were at
14 work?
15      A.      Not really.  I was emotionally -- I
16 was crying.  I didn't really -- I told her I
17 didn't want to talk about it, and she accepted
18 that, and she said, "I hope you're okay" and gave
19 me time to relax.
20      Q.      And did you speak to her about
21 other things while you were driving?
22      A.      No.
23      Q.      What time did you get to Mike
24 Pascetta's house?

Case 1:04-cv-10131-RBC   Document 64-5   Filed 03/03/2006   Page 2 of 13

219

1    A.    I don't know exactly what time, but
2 probably 8:30, 9 o'clock.
3    Q.    Okay. What was he doing when you
4 got there, if you know? Was he outside?
5    A.    I believe he was watching a movie.
6    Q.    Was anybody else at his house?
7    A.    His mom was there, but she was
8 leaving.
9    Q.    Did you see her?
10    A.    Yes.
11    Q.    As you were coming in?
12    A.    I don't recall when it was that I
13 saw her, but she was going on a date. She was
14 actually -- she was there showering and doing all
15 that stuff.
16    Q.    Did you talk to her at all?
17    A.    No.
18    Q.    So tell me what happened once you
19 went inside Mike's house?
20    A.    We went in. We sat on the couch in
21 the living room where he was watching a movie,
22 and he asked what happened, and I told him what
23 happened. I told both of them because it was at
24 that time that I had actually sat down and taken

220

1  a breather, and I talked to them about it, and I
2  told them vaguely. I didn't get into details,
3  but I told them what happened.
4      Q.    Tell me specifically what it was
5  that you told them?
6      A.    I told them that I had been raped
7  at work.
8      Q.    Did you use that word raped?
9      A.    Yes.
10     Q.    And did you tell them how you had
11 been raped?
12     A.    No.
13     Q.    Did they ask?
14     A.    No.
15     Q.    Did you give them any details?
16     A.    Not really, no.
17     Q.    Okay. So you told them you had
18 been raped at work, what else?
19     A.    And that I didn't know what to do,
20 how to tell my husband. Excuse me. I didn't
21 know how to tell my husband because I was afraid
22 of his reaction.
23     Q.    Why would you be afraid of your
24 husband's reaction?

221

1  A.  'Cause I was raped. I didn't know
2  how to tell my husband I was raped, especially
3  with an infant.
4  Q.  While you were telling Mike and
5  Christina, were you drinking alcohol?
6  A.  I had a glass of wine.
7  Q.  Okay. Was Christina drinking
8  alcohol?
9  A.  No.
10 Q.  Was Mike drinking alcohol?
11 A.  I don't think so. I don't know.
12 Q.  Were you drinking a glass of wine
13 from the wine that you had brought?
14 A.  Yes.
15 Q.  Did Mike appear intoxicated to you?
16 A.  No.
17 Q.  Did he tell you he had been
18 drinking alcohol all day?
19 A.  No.
20 Q.  Was the movie playing while you
21 were telling them that you had been raped at
22 work?
23 A.  Honestly, I really don't know what
24 was going on around me?

222

```
 1        Q.      What was their response when you
 2   said that you had been raped at work?
 3        A.      Mike wanted to kill Tony and Chris
 4   the same way.  They were very angry.
 5        Q.      But they didn't ask you details of
 6   what exactly it was that had happened?
 7        A.      No.  They were more concerned if I
 8   was okay.
 9        Q.      Was there any suggestion by either
10   one of them once you disclosed that you had been
11   raped that you contact the police immediately?
12        A.      Yes.
13        Q.      And who was it that made that
14   suggestion?
15        A.      Both of them.
16        Q.      And what was your response?
17        A.      I really didn't know what to do.  I
18   wanted to tell the police.  I didn't know -- I
19   had to tell my husband first.  I had to get over
20   that hurdle first.  I really didn't know what to
21   do.
22        Q.      Why did you have to tell your
23   husband first?
24        A.      'Cause he's my husband.  I tell him
```

223

1  everything.
2     Q.    Okay. Did you call your husband
3  from Mike's house?
4     A.    No.
5     Q.    How long were you at Mike's house?
6     A.    About an hour, hour and a half.
7     Q.    And what did you do during that
8  hour and a half?
9     A.    Talked and sat there and drank my
10 glass of wine.
11    Q.    Did you drink more than one glass
12 of wine?
13    A.    No. I don't even think I finished
14 one glass.
15    Q.    And did you stay in -- was it the
16 living room that you were in?
17    A.    Yes.
18    Q.    And did you stay in there?
19    A.    Yes.
20    Q.    Were you crying?
21    A.    Yes.
22    Q.    Were you crying the whole time that
23 you were there?
24    A.    Yes.

Q. Did the mother ask why you were crying?
A. The mother really didn't come out. She was getting ready to leave, and she didn't really talk to me at all.
Q. Okay. Didn't say hello?
A. I'm sure she said hello, but she didn't really -- I don't know if she didn't want to get involved, but I didn't really talk to her.
Q. Okay. Did you talk about anything else while you were there?
A. No.
Q. And how was it that you all decided to leave?
A. I don't understand the question.
Q. After an hour and a half, how was it that you decided to leave?
MR. McLEOD: Objection.
A. How was it that I decided that I wanted to leave?
Q. Who decided to leave?
A. I did.
Q. Okay. Did you tell Christina that you wanted to leave?

225

1  A.   Yes.
2  Q.   What time was that at?
3  A.   9:30. I really don't know.
4  Q.   Okay. During the hour, hour and a half that you were there, did you eat anything?
6  A.   I don't think so, no.
7  Q.   Did Christina eat anything?
8  A.   No.
9  Q.   Did Mike eat anything?
10 A.   Not that I know of.
11 Q.   And Mike didn't drink any alcohol the entire time that you were there?
13 A.   Not that I know of.
14 Q.   Was he in your presence the whole time that you were there?
16 A.   No. He was in the kitchen doing stuff and then coming back in the room.
18 Q.   Okay. Where did you go from there?
19 A.   I had Chris drop me off at my car and go to my house.
21 Q.   And how long was it -- how long did it take you to get back from Mike's house to your car?
24 A.   About a half hour, forty minutes.

226

1     Q.    And then when she dropped you off,
2 did you get right in your car and drive right
3 home?
4     A.    No, I talked to her before then.
5 She made sure I was all right. She wanted to
6 know if I wanted her to follow me home, and then
7 I left.
8     Q.    How long did you talk to her while
9 you were at Shaw's?
10     A.    Maybe 20 minutes.
11     Q.    All right. And did you go straight
12 home from there?
13     A.    Yes.
14     Q.    And what time did you get home?
15     A.    I believe it was around 11 p.m.,
16 11, 11:30.
17     Q.    And tell me what happens when you
18 got home.
19     A.    When I walked in the door, I told
20 my husband that something bad had happened at
21 work, and then I went right into the bathroom
22 because I wanted to brush my teeth and take a
23 shower, and my husband came right into the
24 bathroom after me and ask me what had happened,

1  and I told him I had been raped at work, and he
2  told me, "Do not brush your teeth, don't get in
3  the shower," and he called an ambulance, and my
4  father came over and watched my son, and I was
5  taken by an ambulance to Sturdy Memorial
6  Hospital.
7        Q.    When you -- I'm sorry, it was an
8  apartment that you were living in at that time?
9        A.    Yes.
10       Q.    When you walked into the apartment,
11 where was your husband?
12       A.    In the living room which was right
13 inside the door.
14       Q.    What was he doing?
15       A.    Watching TV.
16       Q.    Where was your son?
17       A.    Sleeping.
18       Q.    What was the first thing that your
19 husband said to you when you walked in the door?
20       A.    He asked me what was wrong, where
21 have I been, and that's when I said something bad
22 happened to me at work.
23       Q.    And that's all you said, "Something
24 bad happened to me at work"?

228

1   A.   Yes.
2   Q.   And then you didn't wait to finish
3   that conversation, you just went into the
4   bathroom?
5   A.   I wanted to take a shower.
6   Q.   Okay.  Did you tell him you were
7   going to take a shower?
8   A.   Yes.
9   Q.   And he comes into the bathroom, and
10  what are you doing in the bathroom when he comes
11  in?
12  A.   Getting ready to brush my teeth and
13  take a shower.
14  Q.   Are your clothes on?
15  A.   Yeah.
16  Q.   And so when you say you were
17  getting ready to brush your teeth and take a
18  shower, can you be more specific with me as to
19  what exactly you were doing?
20  A.   I was getting a towel ready,
21  putting toothpaste on the toothbrush.
22  Q.   And he comes in and says what?
23  A.   "Don't take a shower and don't
24  brush your teeth.  You can't do that.  Whatever

1   you might have on you is" --
2    Q.    Okay. Well, let's back up, because
3   all you've testified to so far is that you told
4   him something bad had happened?
5    A.    No, I told him I was raped at work
6   after I told him that.
7    Q.    Okay. Did you say that while you
8   were still in the living room?
9    A.    When he came to the bathroom.
10    Q.    Okay. So when he comes into the
11  bathroom, you're getting ready to take a shower,
12  getting a towel, putting toothpaste on your
13  toothbrush.
14    A.    Yes.
15    Q.    At that point tell me exactly what
16  it was that you said to him.
17    A.    I said I was raped at work because
18  he came in and asked me obviously what happened,
19  and I told him.
20    Q.    And when you said you were raped at
21  work, did you tell him by who?
22    A.    He didn't even give me a chance to
23  even get that out of my mouth. He didn't want me
24  to take a shower. He didn't want me to brush my

230

1    teeth.
2        Q.     He didn't ask you for the details
3    of the rape --
4        A.     Not at that moment he didn't, no.
5        Q.     -- or how you were raped?
6        A.     Not at that time. After the
7    ambulance and everything was called, he did.
8        Q.     Okay. So you tell him that, he
9    immediately says stop what you're doing, and then
10   what?
11       A.     After --
12       Q.     Does he call the ambulance from the
13   bathroom?
14       A.     No. Out in the living room.
15       Q.     And is that the first phone call
16   that he made?
17       A.     I'm not sure if he called my dad to
18   watch my son first or if it was the ambulance.
19   He might have even called the police. Honestly,
20   I really don't know who called who first or what.
21   I was very upset.
22       Q.     Where were you while he was making
23   these phone calls?
24       A.     In the bathroom.