# Exhibit E

THIS LETTER IS JUST TO CONFIRM THAT DETECTIVE OTRANDO HAS TAPES D, E, AND F FROM 5-19-01 AND HE HAS REQUESTED TAPES A, B, AND C FOR THAT DAY AS WELL.

DETECTIVE OTRANDO IS NOW IN POSSESSION OF ALL 6 VIDEO TAPES FROM 5-19-01 A-F #2).

DETECTIVE John A. Otrando   5/17/01

Branch Manager