# Exhibit R

```
                              Volume: 1
                              Pages:  156
                              Exhibits: Per Index
```

COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss.                                    SUPERIOR COURT
Indictment No. BRCR2002-0773

**COMMONWEALTH OF MASSACHUSETTS**

vs.

**FRANCESCO CIAMBRIELLO**

BEFORE: CHIN, J.

**TRIAL TRANSCRIPT**

<u>APPEARANCES</u>:

   **Jeanne M. Veenstra, Assistant District Attorney**, Bristol District, 888 Purchase Street, New Bedford, Massachusetts 02740, for the Commonwealth.

   **David R. Ardito, Esq.**, BISIO & DUPONT, 228 County Street, Attleboro, Massachusetts 02703, for the Defendant.

```
                              New Bedford Superior Courthouse
                              New Bedford, Massachusetts
                              Wednesday, November 19, 2003
```

---

MARILYN SILVIA
Official Court Reporter

# I N D E X

| Witnesses | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| Heather Kiernan | | | | |
|   by Ms. Veenstra: | 23 | | | 100 |
|   by Mr. Ardito: | | 54 | | |
| Larry Silvestre | | | | |
|   by Ms. Veenstra: | 100 | | | |
|   by Mr. Ardito: | | 102 | | |
| Suzanne Silva | | | | |
|   by Ms. Veenstra: | 103 | | | |
|   by Mr. Ardito: | | 112 | | |
| Michael Pascetta | | | | |
|   by Ms. Veenstra: | 117 | | | |
|   by Mr. Ardito: | | 121 | | |
| John Kiernan | | | | |
|   by Ms. Veenstra: | 127 | | | |
|   by Mr. Ardito: | | 133 | | |
| Christina Parrott | | | | |
|   by Ms. Veenstra: | 135 | | | |
|   by Mr. Ardito: | | 145 | | |

# E X H I B I T S

| No. Evid. | Description | Iden. |
|---|---|---|
| 1 | Videotape | 60 |

```
 1          mean to say I was dragged.
 2     Q.   You didn't mean to say you were dragged?
 3     A.   No.
 4     Q.   And do you remember telling Detective Otrando that
 5          your hands were behind your back?
 6     A.   I don't recall.
 7     Q.   Okay.  If Detective Otrando said that, would he be
 8          lying?
 9               MS. VEENSTRA:  Objection.
10               THE COURT:  Sustained.
11     Q.   What did you tell Detective Otrando?
12     A.   I'm not understanding your question.
13     Q.   How did you tell -- what did you tell Detective
14          Otrando about Mr. Ciambriello leading you down to
15          Jay's office?
16     A.   What I meant to tell --
17     Q.   What you meant to tell?
18     A.   Yes.
19     Q.   You did tell him the truth?
20     A.   Yes, I told him the truth.
21     Q.   What was that truth?
22     A.   That Mr. Ciambriello was behind me with his arm
23          behind me.
24     Q.   You never used the words "dragged" or "pulled,"
25          that's your testimony today?
```

| | | |
|---|---|---|
| 1 | A. | That's not my testimony. I said I made a mistake. |
| 2 | Q. | Well, I'm asking you point blank, did you use the |
| 3 | | word "drag" or "pull"? |
| 4 | A. | Yes. |
| 5 | Q. | And that's not true, is it? |
| 6 | A. | I didn't mean to say dragged. |
| 7 | Q. | I'm asking you, is that true or not true? That's |
| 8 | | not true? |
| 9 | A. | I'm not understanding what you're asking. |
| 10 | Q. | You told Detective Otrando you were dragged or |
| 11 | | pulled, was that the truth? Yes or no. |
| 12 | A. | That I told him this? |
| 13 | Q. | Yes. |
| 14 | A. | Yes. |
| 15 | Q. | But you weren't in fact dragged or pulled? |
| 16 | A. | I was escorted. |
| 17 | Q. | That's not my question. Answer my question. Were |
| 18 | | you dragged or pulled? |
| 19 | A. | No. |
| 20 | Q. | So you lied to Detective Otrando? |
| 21 | A. | No. |
| 22 | Q. | You told him the truth? |
| 23 | A. | I wasn't thinking clearly at that time. |
| 24 | Q. | We'll move on. |
| 25 | | MR. ARDITO: Your Honor, at this time I |

## CERTIFICATE

I, Marilyn J. Silvia, Official Court Reporter, do hereby certify that the foregoing record, Pages 1-1 through 1-156 is a complete, accurate, and true transcription of my stenographic notes taken in the aforementioned matter to the best of my skills and ability.

*[Signature: Marilyn Silvia]*

MARILYN J. SILVIA
Official Court Reporter

Please note:

The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or direction of the certifying reporter.

-5-