# Exhibit W

COMMONWEALTH OF MASSACHUSETTS

BRISTOL, SS.                                              SUPERIOR COURT
                                                          GRAND JURY


IN THE MATTER OF: FRANCESCO CIAMBRIELLO


APPEARANCE:   Jeanne Veenstra
              Assistant District Attorney
              Bristol County
              District Attorney's Office
              888 Purchase Street
              New Bedford, Massachusetts 02740
              Representing the Commonwealth.

PLACE:        Fall River Durfee Complex
              Grand Jury Room
              289 Rock Street
              Fall River, Massachusetts 02720

DATE:         Thursday, June 27, 2002


YVETTE J. PERRY
Certified Court Reporter
Office of the District Attorney
Bristol District
888 Purchase Street
P.O. Box 973
New Bedford, Massachusetts 02741-0973
(508) 997-0711

(REPORTER'S NOTE: If this transcript contains certain quoted material, such material is reproduced as read or quoted by the speaker.)

### I N D E X

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|

Heather Kiernan
By Ms. Veenstra     3
Detective John Otrando
By Ms. Veenstra     48

### E X H I B I T S

| NO. | DESCRIPTION | FOR I.D. | IN EVID. |
|---|---|---|---|
| 1 | Kiernan medical records | | 3 |
| 2 | Photograph | | 42 |
| 3 | Photograph | | 42 |
| 4 | Photograph | | 43 |
| 5 | Photograph | | 44 |
| 7 | Kiernan statement | | 45 |
| 7 | Parrott statement | | 68 |
| 8 | Pascetta statement | | 70 |
| 9 | John Kiernan statement | | 71 |
| 10 | Criminalistics report | | 76 |

YVETTE J. PERRY
COURT REPORTER

I-3

**P R O C E E D I N G S**

1
2  MS. VEENSTRA: As part of this
3  presentation, I would ask to mark what was
4  previously marked as Grand Jury Exhibit
5  No. 1 with regard to Commonwealth versus
6  John Doe. They are medical records
7  regarding the treatment of Heather
8  Kiernan, date of birth August 4th, 1978,
9  beginning on or about May 19th, 2001,
10 through May 20th, 2001.
11     I would ask now that they would
12 be marked as Exhibit No. 1.
13     (Exhibit 1, Kiernan medical records;
14     marked into evidence.)
15     <u>Heather Kiernan, Sworn</u>
16     <u>DIRECT EXAMINATION</u>
17 <u>BY MS. VEENSTRA:</u>
18 Q. Could you please introduce yourself to the
19    members of the grand jury and spell your
20    last name, please.
21 A. My name is Heather Kiernan, K-I-E-R-N-A-N.
22 Q. And if you could just keep your voice up;
23    okay? There's microphone; okay?
24     And how old are you, Heather?

YVETTE J. PERRY
COURT REPORTER

I-60

1  like I said, it does pick up sound, and you
2  could hear voices, but you really couldn't
3  make it out because of this humming noise
4  that was in the background.
5  Q. And did you subsequently receive some
6     information with regard to something that
7     was heard said as Heather was being
8     directed out toward Jay's office?
9  A. Yes.
10 Q. And what was that information you received?
11 A. I received information that audio picked up
12    Kiernan stating, no, no, I don't want to go
13    back there.
14 Q. And that was not just from Heather; is that
15    right?
16 A. That's correct.
17 Q. Other people who viewed the tape; is that
18    right?
19 A. That's correct.
20 Q. Did Heather also speak with Officer Boisse
21    of your department?
22 A. Yes, she did.
23 Q. And she also wrote a report with regard to
24    this incident; is that right?

YVETTE J. PERRY
COURT REPORTER

I-83

1  **C E R T I F I C A T E**

2

3

4       I, Yvette J. Perry, Court Reporter

5  and notary public for the Commonwealth of

6  Massachusetts, do hereby certify that the

7  foregoing pages <u>1</u> through <u>83</u> are a true

8  and accurate transcript of the grand jury

9  proceedings, In Re Francesco Ciambriello,

10 taken to the best of my skill and ability.

11

12

13

14  _____

15

16           YVETTE J. PERRY
             COURT REPORTER
17

18

19  PLEASE NOTE: The foregoing certification
    of this transcript does not apply to any
20  reproduction of the same by any means
    unless under the direct control and/or
21  direction of the court reporter.

22                9/11/02

23

24

YVETTE J. PERRY
COURT REPORTER