UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS AT BOSTON

_____

HEATHER KIERNAN,

      Plaintiff,

-v-                                          CIVIL NO.  04-10131 RBC

ARMORED MOTOR SERVICE OF
AMERICA, INC., and
FRANCESCO CIAMBRIELLO

      Defendants.

_____

**PLAINTIFF HEATHER KIERNAN'S NOTICE OF GROUNDS OF OBJECTIONS
TO THE PROPOSED EXHIBITS OF
DEFENDANTS ARMORED MOTOR SERVICE OF AMERICA, INC. and
<u>FRANCESCO CIAMBRIELLO</u>**

Pursuant to paragraph 10 of this Court's Order for Pre-Trial Conference and For Trial dated November 14, 2006, the Plaintiff in the above captioned matter hereby gives notice of her objections to the Defendants' offered exhibits.[1]

TO THE DEFENDANTS, the Plaintiff objects as follows:

1. Application for Criminal Complaint filed by Sgt. David Dawes, North Attleboro Police Department charging Heather Kiernan with violation of M.G.L. 266, §§ 20 and 30.

    **OBJECTION: Hearsay, irrelevant and prejudicial.  It is also not evidence of a conviction.  See Fed.R.Evid. 403, 801, 802 and 609.**

---

[1] These exhibits are identified in the pretrial memoranda.  This objection does not address any proposed exhibit in a supplemental filing.

2. Criminal Docket Sheet, Docket No. 0034CR005097. **OBJECTION: Hearsay, irrelevant and prejudicial. It is also not evidence of a conviction. See Fed.R.Evid. 403, 801, 802 and 609.**

3. Sworn Affidavit of Heather Kiernan filed with the Massachusetts Probate Court, Bristol County, dated September 18, 2001. **OBJECTION: Hearsay, irrelevant and prejudicial. See Fed.R.Evid. 403, 801 and 802.**

4. Sworn Affidavit of Heather Kiernan filed with the Massachusetts Probate Court, Bristol County, dated July 16, 2003. **OBJECTION: Hearsay, irrelevant and prejudicial. See Fed.R.Evid. 403, 801 and 802.**

5. Complaint for Protection from Abuse filed by Heather Kiernan July 15, 2003. **OBJECTION: Hearsay, irrelevant and prejudicial. See Fed.R.Evid. 403, 801 and 802.**

6. Complaint for Protection from Abuse filed by Heather Kiernan October 22, 2001. **OBJECTION: Hearsay, irrelevant and prejudicial. See Fed.R.Evid. 403, 801 and 802.**

7. March 27, 2005 Affidavit by John Kiernan. **OBJECTION: Hearsay, irrelevant and prejudicial. See Fed.R.Evid. 403, 801 and 802.**

8. September 19, 2001 Affidavit by John Kiernan.

   **OBJECTION: Hearsay, irrelevant and prejudicial. See Fed.R.Evid. 403, 801 and 802.**

9. "Valuing and Respecting Each Other" training video.

   **OBJECTION: Relevancy. Failure to identify and disclose during discovery. As Plaintiff has never seen this video, all other objections are reserved.**

|  |  |
|---|---|
| DATED:   April 11, 2007 | Respectfully submitted:<br>The Plaintiff,<br><br>HEATHER KIERNAN<br>By her attorney:<br><br>/s/  William J. McLeod<br>William J. McLeod, BBO No. 560572<br>McLEOD LAW OFFICES, PC<br>77 Franklin Street<br>Boston, MA  02110<br>617.542.2956/phone<br>617.695.2778/fax<br>wjm@mcleodlawoffices.com |

## CERTIFICATE OF SERVICE

Pursuant to Rule 5.2 (b) and 5.4 (c), I hereby certify that on April 11, 2007 a true copy of the above documents was served on each of the attorneys identified below who are are participants in the Court's ECF program:

    David Ardito, counsel for Ciambriello
    Allison Romantz, counsel for AMSA
    Laurence J. Donoghue, counsel for AMSA
    Robert P. Joy, counsel for AMSA

                    /s/  William J. McLeod
                    William J. McLeod