# EXHIBIT A

COMMONWEALTH OF MASSACHUSETTS

BRISTOL, SS

Docket No:

FILED
SEP 18 2001
PROBATE COURT
BRISTOL, SS

Plaintiff ) Heather Kiernan
)
) SWORN AFFIDAVIT
)
v. )
)
Defendant ) John Kiernan

I would like to have custody of my 7mo. old son Matthew. My husband has been abusive to me recently and in the past. I am not aware of my husband and my sons whereabouts right now and am afraid my son is in danger. I feel this is an emergency because I feel my son is in danger with my husband I don't know what he is capable of.

Signed under the pains and penalties of perjury:

Date: 9/18/01    Signature: Heather Kiernan

| AFFIDAVIT | Describe in detail the most recent incidents of abuse. The Judge requires as much information as possible, such as what happened, each person's actions, the dates, locations, any injuries, and any medical or other services sought. Also describe any history of abuse, with as much of the above detail as possible. |
|---|---|

On or about July 14th & 15, 2003, the Defendant John Kiernan

My husband told me he wished he could just cut my vocal cords so he never had to hear me again. My husband also held the door in my bedroom so I could not leave the bedroom. In the past my husband has punched me in the mouth and give me a fat lip. He has also pulled the phone cords out of the wall so I could not call the police or my friends for help.

If more space is needed, attach additional pages and check this box: ☐

I declare under penalty of perjury that all statements of fact made above, and in any additional pages attached, are true.

| DATE SIGNED | PLAINTIFF'S SIGNATURE | | |
|---|---|---|---|
| 7/16/03 | x Heahny Keirnan | | |
| WITNESSED BY | | PRINTED NAME OF WITNESS | TITLE/RANK OF WITNESS |
| x | | | |

**CONFIDENTIAL**

# COMPLAINT FOR PROTECTION FROM ABUSE
(G.L. c.209A) Page 1 of 2

## TRIAL COURT OF MASSACHUSETTS

☐ BOSTON MUNICIPAL COURT ☐ DISTRICT COURT ☒ PROBATE & FAMILY COURT ☐ SUPERIOR COURT   Division: Bristol Probate

**Name of Plaintiff (person seeking protection):** Heather Killian  DOB 8-4-78

**Name of Defendant (person accused of abuse):** John Killian

**Def. Date of Birth:** 11-17-70   **Defendant's Alias, if any:**

Plaintiff's Address: DO NOT complete if the Plaintiff is asking the Court to keep it confidential. See K. 4 below.

**Defendant's Address:** 45 Wendy Lane, Attleboro, MA   **Day Phone:** 212-5019

**Daytime Phone No.:**

If the Plaintiff left a former residence to avoid abuse, write that address here:

**Sex:** ☒ M ☐ F

**Social Security #:** 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   **Place of Birth:** Natick, MA

**Defendant's Mother's Maiden Name (first & last):** Marie Suraz

☒ I am over the age of eighteen.
☐ I am under the age of eighteen, and _____ (relationship to Plaintiff) has filed this complaint for me.

**Defendant's Father's Name (first & last):** Jay Killian

The Defendant ☐ is ☒ is not under the age of eighteen.

To my knowledge, the Defendant possesses the following guns, ammunition, firearms identification card, and/or license to carry: no

The Defendant and Plaintiff:
☐ are currently married to each other
☐ were formerly married to each other
☐ are not married but we are related to each other by blood or marriage, specifically, the Defendant is my _____
☒ are the parents of one or more children
☐ are not related but live in the same household
☐ were formerly members of the same household
☐ are or were in a dating or engagement relationship

Are there any prior or pending court actions in any state or country involving the Plaintiff and the Defendant for divorce, annulment, separate support, legal separation or abuse prevention? ☐ No ☒ Yes
If Yes, give Court, type of case, date, and (if available) docket no.
Bristol Probate 1204 A/815 1993-35   01 DV 432

Does the Plaintiff have any children? ☐ No ☒ Yes. If yes, the Plaintiff shall complete the appropriate parts of Page 2.

I suffered abuse when the Defendant:

On or about (dates) July 14 + 15

☒ attempted to cause me physical harm            ☐ placed me in fear of imminent serious physical harm
☐ caused me physical harm                         ☐ caused me to engage in sexual relations by force, threat of force or duress

**THEREFORE, I ASK THE COURT TO ORDER:**

☒ 1. the Defendant to stop abusing me by harming, threatening or attempting to harm me physically, or placing me in fear of imminent serious physical harm, or by using force, threat or duress to make me engage in sexual relations unwillingly.

☒ 2. the Defendant not to contact me, unless authorized to do so by the Court.

☒ 3. the Defendant to leave and remain away from my residence which is located at: _____

If this is an apartment building or other multiple family dwelling, check here ☐

☐ 4. that my address be impounded to prevent its disclosure to the Defendant, the Defendant's attorney, or the public. Attach Request for Address Impoundment form to this Complaint.

☒ 5. the Defendant to leave and remain away from my workplace which is located at: _____

☐ 6. the Defendant to pay me $_____ in compensation for the following losses suffered as a direct result of the abuse:

You may not obtain an Order from the Boston Municipal Court or a District or Superior Court covering the following item 7 if there is a prior or pending Order for support from the Probate and Family Court.

☐ 7. the Defendant, who has a legal obligation to do so, to pay temporary support for me.
☒ 8. the relief requested on page two of this Complaint pertaining to my minor child or children.
☐ 9. the following: _____

☐ 10. the relief I have requested, except for temporary support for me and/or my child(ren) and for compensation for losses suffered, without advance notice to the Defendant because there is a substantial likelihood of immediate danger of abuse. I understand that if the Court issues such a temporary Order, the Court will schedule a hearing within 10 court business days to determine whether such a temporary Order should be continued, and I must appear in Court on that day if I wish the Order to be continued.

**DATE:** 6/14/18   **PLAINTIFF'S SIGNATURE:** X Heather Killian

Please complete affidavit on reverse of this page

**COMPLAINT FOR PROTECTION FROM ABUSE**
(G.L. c.209A) Page 2 of 2

COURT USE ONLY - DOCKET NO.
0120397-107

**TRIAL COURT OF MASSACHUSETTS** 

## ISSUES PERTAINING TO CHILDREN

**A. RELATED PROCEEDINGS.** Is there any proceeding that the Plaintiff knows of or has participated in which is pending or has been concluded in any Court in the Commonwealth or any other state or country involving the care or custody of the child or children of the parties?   ☒ YES   ☐ NO
If Yes, the Plaintiff shall complete and file with this Complaint an Affidavit Disclosing Care or Custody Proceedings as required by Trial Court Uniform Rule IV, and provide copies of documents required by the Rule. This Affidavit and related information are available from the office of the Clerk-Magistrate or Register of Probate of the Court.

**B. RELATED PROCEEDINGS.** Are there any prior or pending court actions in any state or country involving the Plaintiff and the Defendant for paternity:   ☐ YES   ☒ NO

**C. CUSTODY.**
The Plaintiff may not obtain an Order from the Boston Municipal Court or a District or Superior Court for custody if there is a prior or pending Order for custody from the Probate and Family Court or Juvenile Court.
☒ I request custody of the following minor child or children of the parties:

| NAME | DATE OF BIRTH | NAME | DATE OF BIRTH |
|------|---------------|------|---------------|
| Matthew Kinnon | 7-22-01 | | |

**D. CONTACT WITH CHILDREN.** I ask the Court to order the Defendant not to contact the following child or children unless authorized to do so by the Court:

| NAME | NAME |
|------|------|
| | |
| | |

The specific reasons for this request are: _____

_____

_____

If the Plaintiff alleges that the Defendant has abused the above-named child or children, a separate Complaint may be filed on behalf of each child.

**E. VISITATION.** If the Plaintiff is filing this Complaint in the Probate and Family Court, the Plaintiff may request a Visitation Order. Such Orders are not available in other Courts. Regarding visitation, I ask the Court to
☒ permit visitation.
☒ order no visitation between the Defendant and our minor child or children.
☐ permit visitation only at the following visitation center: _____ (name)
   to be paid for by _____ (name)
☐ permit only visitation supervised by _____ (name)
   at the following times: _____ to be paid for by _____ (name)
☐ order visitation only if a third party, _____ (name), picks up and drops off our minor child or children.

**F. TEMPORARY SUPPORT.**
The Plaintiff may not obtain an Order from the Boston Municipal Court or a District or Superior Court for temporary support if there is a prior or pending Order for support from the Probate and Family Court or Juvenile Court.
☐ I ask the Court to order the Defendant, who has a legal obligation to do so, to pay temporary support for any children in my custody.

DATE: July 16, 03   PLAINTIFF'S SIGNATURE: X _____

| ABUSE PREVENTION ORDER (G.L. c. 209A) Page 1 of 2 | DOCKET NO. 01R0397-AB1 | TRIAL COURT OF MASSACHUSETTS |
|---|---|---|
| PLAINTIFF'S NAME: Heather Kiernan | Defendant's Name and Address: John Kiernan, 47 Juniper Rd., Apt. B3, No. Attleboro, MA 02760 | Alias, if any |
| NAME & ADDRESS OF COURT: Bristol Division Probate & Family Court 2nd fl, 11 Court Street Taunton, MA. 02780 | Sex: ☒ M ☐ F | Date of Birth: 11/19/70  SS# 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 | Place of Birth: Framingham  Daytime Phone # ( ) |
| | Mother's Maiden Name (First & Last): Suarez | |
| | Father's Name (First & Last): Jack Kiernan | |

**VIOLATION OF THIS ORDER IS A CRIMINAL OFFENSE** punishable by imprisonment or fine or both.

A. THE COURT HAS ISSUED THE FOLLOWING ORDERS TO THE DEFENDANT: (only those items checked shall apply)

☐ [Order was communicated by telephone from the Judge named below to:] Police Officer _____

[handwritten: Fax to Elaine Berkowski @ 781-441-9068]

☒ This Order was issued without advance notice because the Court determined that there is a substantial likelihood of immediate danger of abuse.

☒ 1. YOU ARE ORDERED NOT TO ABUSE THE PLAINTIFF [...] Plaintiff in fear of imminent serious physical harm, or [...] or attempting to harm the Plaintiff physically or by placing the [...] to make the Plaintiff engage in sexual relations unwillingly.

☒ 2. YOU ARE ORDERED NOT TO CONTACT THE PLA[INTIFF] [...] or for notification of court proceedings as permitted [...] In this section, either in person, by telephone, in w[...] someone else, and to stay at least 50 yards [...] from the Plaintiff even if the Plaintiff seems to [...] proceedings is permissible only by mail, or by [...] sheriff or other authorized officer when require[d]

☒ 3. YOU ARE ORDERED TO IMMEDIATELY LEAVE [...]'S RESIDENCE, except as permitted in 8 below, located at **IMPOUNDED** [...] reason to know the Plaintiff may reside. The Court also ORDERS you (a) to surrender any keys to that res[idence] [...] damage any belongings of the Plaintiff or any other occupant, (c) not to shut off or cause to be shut off any ut[ilities] [...] the Plaintiff, and (d) not to interfere in any way with the Plaintiff's right to possess that residence, except by appropriate leg[al means].

☒ If this box is checked, the Court also ORDERS you to immediately lea[ve and] [...] away from the entire apartment building or other multiple family dwelling in which the Plaintiff's residence is located. [...] Plaintiff's residence is to be impounded by the Clerk-Magistrate or

☐ 4. PLAINTIFF'S ADDRESS IMPOUNDED. The Court ORDERS that the address of the Plaintiff's residence is to be impounded by the Clerk-Magistrate or Register of Probate so that it is not disclosed to you, your attorney, or the public.

☐ 5. YOU ARE ORDERED TO STAY AWAY FROM THE PLAINTIFF'S WORKPLACE located at _____

☒ 6. CUSTODY OF THE FOLLOWING CHILDREN IS AWARDED TO THE PLAINTIFF:

| NAME | DOB | NAME | DOB |
|---|---|---|---|
| Matthew Kiernan | 2/22/01 | | |

☒ 7. YOU ARE ORDERED NOT TO CONTACT THE CHILDREN LISTED ABOVE OR ANY CHILDREN IN THE PLAINTIFF'S CUSTODY LISTED BELOW, either in person, by telephone, in writing or otherwise, either directly or through someone else, and to stay at least 50 yards away from them unless you receive written permission from the Court to do otherwise.
☒ You are also ordered to stay away from the following school, day care, other: location

| NAME | DOB | NAME | DOB |
|---|---|---|---|
| | | | |

☐ 8. VISITATION WITH THE CHILDREN LISTED IN SECTION 6 IS PERMITTED ONLY AS FOLLOWS (may be ordered by Probate and Family Court only):
_____ at the following times _____
☐ Visitation is only allowed if supervised and in the presence of _____ to be paid for by _____ (third party), and not by you.
☐ Transportation of children to and from this visitation is to be done by _____
☐ You may contact the Plaintiff by telephone only to arrange this visitation.

☐ 9. YOU ARE ORDERED TO PAY SUPPORT for ☐ the Plaintiff and ☐ your child or children listed above, at the rate of $_____ per ☐ week or per ☐ _____, beginning _____, 199___ ☐ directly to the Plaintiff ☐ through the Probation Office of this Court ☐ through the Massachusetts Department of Revenue ☐ by income assignment.

☐ 10. YOU MAY PICK UP YOUR PERSONAL BELONGINGS in the company of police at a time agreed by the Plaintiff.

☐ 11. YOU ARE ORDERED TO COMPENSATE THE PLAINTIFF for $_____ in losses suffered as a direct result of the abuse, to be paid in full on or before _____, 199___ ☐ directly to the Plaintiff ☐ through the Probation Office of this Court.

☒ 12. THERE IS A SUBSTANTIAL LIKELIHOOD OF IMMEDIATE DANGER OF ABUSE. YOU ARE ORDERED TO IMMEDIATELY SURRENDER to the **North Attleborough** Police Department all guns, ammunition, gun licenses and FID cards. Your license to carry a gun, if any, and your FID card, if any, are suspended immediately.
▶ You may ask the Court to change this Order by going to the Court and filing a petition. The Court will schedule a hearing on your petition, whether or not you file a petition.
▶ You must immediately surrender all the items listed above, and also comply with all other Orders in this case, whether or not you file a petition.
▶ If you need a firearm, rifle, shotgun, machine gun, or ammunition for your job, you may ask for a hearing within two days.

☒ 13. YOU ARE ALSO ORDERED The Plaintiff may remove her personal belongings and that relating to the child in the company of a police officer

05/31/2005 11:48 FAX    LAW OFFICE BYRON TAYLOR    @003/012

| ABUSE PREVENTION ORDER | DOCKET NO. | TRIAL COURT OF MASSACHUSETTS |
|---|---|---|
| (G.L. c. 209A) Page 2 of 2 | 01R0397-AB1 | |

14. Police reports are on file at the _____ Police Department.
15. OUTSTANDING WARRANTS FOR THE DEFENDANT'S ARREST: _____ (PCF #) _____
   (DOCKET #s) _____
☒ 16. An imminent threat of bodily injury exists to the petitioner. Notice issued to North Attleborough Police
   Department(s) by ☐ telephone ☒ other by a copy of this order

☒ **B. NOTICE TO LAW ENFORCEMENT.**
1. An appropriate law enforcement officer shall serve upon the Defendant in hand a copy of the Complaint and a certified copy of this Order (and Summons), and make return of service to this Court. If this box is checked ☐, service may instead be made by leaving such copies at the Defendant's address shown on Page 1 but only if the officer is unable to deliver such copies in hand to the Defendant.
☒ 2. Defendant Information Form accompanies this Order.
☐ 3. Defendant has been served in hand by the Court's designee: Name _____ Date _____

| 9/8/01 | Order P NAPD to serve D PSO | October 2, 2001 | | October 2, 2001 |
| DATE OF ORDER | TIME OF ORDER | EXPIRATION DATE OF ORDER | NEXT HEARING DATE: | |
| 9/8/01 | 2:50 ☐ A.M. ☒ P.M. | 10/2/01 at 4 P.M. | at 9:00 ☒ A.M. ☐ P.M. in Courtroom New Bedford |
| | | | SIGNATURE/NAME OF JUDGE [signature] Robert Cant |

The above and any subsequent Orders expire on the expiration dates indicated. Hearings on whether to continue and/or modify Orders will be held on dates and times indicated.

☒ **C. PRIOR COURT ORDER EXTENDED.** W/ Leave
After a hearing at which the Defendant ☐ appeared ☐ did not appear, the Court has ORDERED that the prior Order dated 9/8/01 = 1998 shall continue in effect until the next expiration date below ☐ without modification
☒ with the following modification(s): modified and Paragraph 8 is included to permit visitation as per the stipulation attached

Paragraph 7 is modified...

☐ Return of items ordered surrendered or suspended in A.12. on Page 1 presents a likelihood of abuse to the Plaintiff.

| DATE OF ORDER | TIME OF ORDER | EXPIRATION DATE OF ORDER | NEXT HEARING DATE: 10/1/02 @ | |
| 10/2/01 | 11:30 ☒ A.M. ☐ P.M. | 10/1/02 at 4 P.M. | at 9:00 ☐ A.M. ☒ P.M. In Courtroom New Bedford |
| SIGNATURE/NAME OF JUDGE [signature] Lyman Nevel | | | | |

Copies given to pltf + deft / probate

☒ **D. FURTHER EXTENSION.** Mo Lytton
After a hearing at which the Defendant ☒ appeared ☐ did not appear, the Court has ORDERED that the prior Order dated 10/2 , 199 01 shall continue in effect until the next expiration date below ☐ without modification
☒ with the following modification(s): Item #2 and 3 deleted; item #9 added, all per terms of agreement of this date.

☒ Return of items ordered surrendered or suspended in A.12. on Page 1 presents a likelihood of abuse to the Plaintiff.

| DATE OF ORDER | TIME OF ORDER | EXPIRATION DATE OF ORDER | NEXT HEARING DATE: 10/1/02 | |
| 10/22/01 | 1:00 ☐ A.M. ☒ P.M. | 10/1/02 at 4 P.M. | at 9 ☒ A.M. ☐ P.M. In Courtroom New Bedford |
| SIGNATURE/NAME OF JUDGE [signature] | | | | |

☐ **E. PRIOR COURT ORDER MODIFIED.** ☐ appeared ☐ did not appear
Upon motion by the ☐ Plaintiff ☐ Defendant and after a hearing at which the Plaintiff ☐ appeared ☐ did not appear and the Defendant ☐ appeared ☐ did not appear, the Court has ORDERED that the prior Order dated _____, 199___ shall be modified as indicated below:

☐ Return of items ordered surrendered or suspended in A.12. on Page 1 presents a likelihood of abuse to the Plaintiff.

| DATE OF ORDER | TIME OF ORDER ☐ A.M. ☐ P.M. | EXPIRATION DATE OF ORDER at 4 P.M. | NEXT HEARING DATE: at ☐ A.M. ☐ P.M. in Courtroom |
| SIGNATURE/NAME OF JUDGE | | | |

☐ **F. PRIOR COURT ORDER VACATED.**
This Court's prior Order is vacated. Law enforcement agencies shall destroy all records of such Order.
☐ VACATED AT PLAINTIFF'S REQUEST.

A True Copy Attest:

| | DATE OF ORDER [signature] | TIME OF ORDER ☐ A.M. ☐ P.M. |
| SIGNATURE/NAME OF JUDGE | Register | |

A true copy, attest (Asst.) Clerk Magistrate/ (Asst.) Register of Probate

WITNESS - FIRST OR CHIEF JUSTICE

COURT COPY

FA 2A (9/95)

**CONFIDENTIAL**

Jun. 1. 2005 3:00PM    LAW OFFICE    No.1237 P. 3