UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS AT BOSTON

_____

HEATHER KIERNAN,

       Plaintiff,

-v-                                        CIVIL NO. 04-10131 RBC

ARMORED MOTOR SERVICE OF
AMERICA, INC., and
FRANCESCO CIAMBRIELLO

       Defendants.

_____

## SUPPLEMENTAL JOINT PRETRIAL MEMORANDUM[1]

Pursuant to the Court's Electronic Order granting the Joint Motion to Permit the Filing of a Supplemental List of Exhibits and Witnesses [Docket no. 76], the Plaintiff and the Defendant Armored Motor Service of America (AMSA, hereby submit the following:

1. **Supplemental Exhibit List:[2]**

    a. <u>For the Plaintiff</u>:

        i. Armored Motor Services of America, Inc.'s Position Statement and Answer to the MCAD Charge of Discrimination;

        ii. Defendant Francesco Ciambriello's Answer to the Complaint dated March 10, 2004.

---

[1] Filed by Plaintiff and Defendant AMSA.

[2] Written objections must be served and filed by the close of business, Wednesday, April 25, 2007.

1

    iii.  Complaint filed by Heather Kiernan dated January 20, 2004.

b.    <u>For the Defendant AMSA</u>:

  i.  Separation Agreement between Heather Kiernan and John Kiernan dated September 11, 2006;

  ii.  Affidavit of John Kiernan dated April 5, 2006;

  iii.  Police Report of Gerald Larsen;

  iv.  Police Report of Officer Susan Boisse;

  v.  Supplemental Police Report of Officer John Otrando;

  vi.  AMSA Sexual Harassment Training Materials;

  vii.  Selected Portions of Video from AMSA Security Video of May 19, 2001 showing:

- Ms. Kiernan and Mr. Ciambriello entering branch manager's office;
- Ms. Kiernan and Mr. Ciambriello smoking cigarettes in parking lot of AMSA;
- Ms. Kiernan leaving branch manager's office and Ms. Kiernan and Mr. Ciambriello in break room office;
- Ms. Kiernan in dispatch area.

**2.    Supplemental Witness List[3]**

    a.    <u>For the Plaintiff</u>:

        i.   Diane L. Depippo, formerly at New Hope, Incorporated.

        ii.  Officer Gerald Larsen

        iii. Officer Russell Castro

    b.    <u>For the Defendant AMSA</u>:

        i.   Larry Silvestre

DATED:    April 20, 2007

Respectfully submitted:
HEATHER KIERNAN

/s/  William J. McLeod
William J. McLeod, (BBO #560572)
McLEOD LAW OFFICES, PC
77 Franklin Street
Boston, MA  02110
617.542.2956/phone
617.695.2778/fax
wjm@mcleodlawoffices.com

ARMORED MOTOR SERVICES OF AMERICA, INC.

/s/ Allison K. Romantz
Allison K. Romantz (BBO # 554909)
MORGAN, BROWN & JOY LLP
200 State Street
Boston, MA 02109
617.523.6666/phone
aromantz@morganbrown.com

---

[3] Motions in Limine pertaining to these disclosures must be filed by the close of business on Wednesday, April 25, 2007.