UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS AT BOSTON

_____

HEATHER KIERNAN,

    Plaintiff,

-v-                                      CIVIL NO. 04-10131 RBC

ARMORED MOTOR SERVICE OF
AMERICA, INC., and
FRANCESCO CIAMBRIELLO

    Defendants.

_____

## **PLAINTIFF HEATHER KIERNAN'S STATUS REPORT**

The undersigned reports that there is no change in the Plaintiff's medical condition. A Status Report shall be filed no later than the close of business on Thursday, May 3, 2007, if not sooner.

                                                Respectfully submitted:
                                                The Plaintiff,

                                                HEATHER KIERNAN
DATED:    April 30, 2007            By her attorney:

                                                /s/ William J. McLeod
                                                William J. McLeod, BBO No. 560572
                                                McLEOD LAW OFFICES, PC
                                                77 Franklin Street
                                                Boston, MA 02110
                                                617.542.2956/phone
                                                617.695.2778/fax
                                                wjm@mcleodlawoffices.com

## **CERTIFICATE OF SERVICE**

Pursuant to Rule 5.2 (b) and 5.4 (c), I hereby certify that on April 30, 2007 a true copy of the above document was served on each of the attorneys identified below who are participants in the Court's ECF program:

>David Ardito, counsel for Ciambriello
>Allison Romantz, counsel for AMSA
>Laurence J. Donoghue, counsel for AMSA
>Robert P. Joy, counsel for AMSA

>/s/  William J. McLeod
>William J. McLeod

2