# United States District Court
# District of Massachusetts

HEATHER KIERNAN,
    Plaintiff,

v.

CIVIL ACTION NO:
04-10131-RBC

ARMORED MOTOR SERVICE
OF AMERICA, INC., ET AL,
    Defendants.

## ORDER RE: SETTLEMENT

COLLINGS, U.S.M.J.

Counsel have advised that the above-styled case has settled.

Accordingly, counsel are directed to file the papers necessary to remove this case from the Court's docket **on or before the close of business on Monday, June 4, 2007.**

/s/ Robert B. Collings

ROBERT B. COLLINGS
United States Magistrate Judge

May 7, 2007.