UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 MAY -4 P 12: 17

U.S. DISTRICT COURT
DISTRICT OF MASS.

HEATHER KIERNAN,
    Plaintiff,

V

ARMORED MOTOR SERVICES OF
AMERICA, INC., and FRANCESCO
CIAMBRIELLO,
    Defendants.

Civil Action No. 10131

## MOTION TO VOIR DIRE

Now comes David R. Ardito, counsel for the Defendant, Francesco Ciambriello, in the above-captioned matter, who moves this Honorable Court to Voir Dire the jury. As reasons set forth, to avoid bias or prejudice on this issue.

Respectfully submitted,
David R. Ardito,

*/s/ David R. Ardito*

David R Ardito, Esq.
Bates Building, Suite #215
7 North Main Street
Attleboro, MA 02703
1-508-431-2222
BBO#$ 630025

Dated: May 2, 2007