UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 MAY -4  P 12: 47

U.S. DISTRICT COURT
DISTRICT OF MASS.

HEATHER KIERNAN,
    Plaintiff,

V

Civil Action No: 10131

ARMORED MOTOR SERVICES OF
AMERICA, INC., and FRANCESCO
CIAMBRIELLO,
    Defendants.

## PROPOSED VOIR DIRE

Now comes David R. Ardito, counsel for the Defendant, Francesco Ciambriello, in the above-captioned matter, who proposes the following Voir Dire:

1. Do any of the jurors know the claimant, Heather Kiernan, or the Defendant, Francesco Ciambriello?

2. Are any of the jurors familiar with this case?

3. Have any of the jurors seen read or heard about any of the newspaper articles, television interviews or other media reports relative to this case?

4. Have any of the jurors even been a victim of rape or sexual assault?

5. Have any of the jurors' family members ever been a victim of rape of sexual assault?

6. Have any of the jurors' friends or acquaintances been a victim of rape or sexual assault?

7. Have any of the jurors ever been charged or accused of rape or sexual assault?

8. Have any of the jurors' family members ever been charged or accused of rape or sexual assault?

9. Have any of the jurors' friends or acquaintances ever been charged or accused of rape or sexual assault?

Dated: May 2, 2007

Respectfully submitted,
**FRANCESCO CIAMBRIELLO,**
By and through counsel,

*[signature]*

David R. Ardtio, Esq.
Bates Building, Suite #215
7 North Main Street
Attleboro, MA 02703
1-508-431-2222
BBO# 630025

## Certificate of Service

I, David R. Ardito, hereby certify that I have served the foregoing documents to all interested parties by mailing first-class, postage pre-paid on this 3rd day of May 2007 as follows:

William McLeod, Esq.
McLeod Law Offices
77 Franklin Street
Boston, MA 02110

Allison Romantz
Morgan Brown and Joy
200 State Street
Boston, MA 02110