UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

HEATHER KIERNAN

        Plaintiff,

-v-                                               CIVIL NO. 04-10131 RBC

ARMORED MOTOR SERVICE OF
AMERICA, INC., ET AL.

        Defendant.

_____

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the Plaintiff, Heather Kiernan, the Defendant Armored Motor Service of America, Inc., and the Defendant Francesco Ciambriello voluntarily agree and stipulate that this action shall be dismissed with prejudice, each party to pay his or its own costs and attorneys' fee, and that all rights of appeal are waived.

| | |
|---|---|
| HEATHER KIERNAN | ARMORED MOTOR SERVICE OF AMERICA, INC. |
| By her Attorney, | By its Attorneys, |
| /s/ William J. McLeod | /s/ Allison K. Romantz[*] |
| William J. McLeod, BBO #560572 | Allison K. Romantz, BBO # 554909 |
| McLeod Law Offices, PC | Morgan, Brown & Joy, LLP |
| 77 Franklin Street – 2nd Floor | 200 State Street |
| Boston, MA 02110 | Boston, MA 02109 |
| Phone: 617-542-2956 | Phone: 617-523-6666 |

_____

[*] By Attorney William J. McLeod

1

Francesco Ciambriello
By his Attorney,


_____/s/ David R. Ardito*_____
David R. Ardito, BBO #630025
7 North Main Street
Bates Building, Suite 215A
Attleboro, MA  02703
508-431-2222

Dated:     May 29 2007

---

* By Attorney William J. McLeod